# Exhibit 3

**Golden Heaven Group Holdings Ltd.- Loss Chart**
**between April 13, 2023 and December 8, 2023**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 0.72 |
| Bhavik Desai | 12/7/2023 | 7,000 | ($20.83) | ($145,810.00) | 12/7/2023 | 7,000 | $5.85 | $40,950.00 | 0 | 0 | ($104,860.00) | |