# EXHIBIT A

**Golden Heaven Group Holdings Ltd. (GDHG)**
**Class Period: April 13, 2023 to December 8, 2023**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 71-Days* Mean Price $0.7467 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Account 1 | 12/7/2023 | 18,555 | $22.1387 | ($410,784) | 12/13/2023 | (3,100) | $1.3750 | $4,263 | | | | |
| Account 1 | | | | | 12/15/2023 | (808) | $1.3583 | $1,098 | | | | |
| Account 1 | | | | | 1/19/2024 | (6,331) | $0.8861 | $5,610 | | | | |
| Account 1 | | | | | 1/22/2024 | (695) | $0.8716 | $606 | | | | |
| Account 1 | | | | | 1/23/2024 | (127) | $0.8592 | $109 | | | | |
| Account 1 | | | | | 1/25/2024 | (7,494) | $0.8479 | $6,354 | | | | |
| **Account 1** | | **18,555** | | **($410,784)** | | **(18,555)** | | **$18,039** | **18,555** | **0** | **$0** | **($392,744)** |
| Account 2 | 12/7/2023 | 10,000 | $17.0068 | ($170,068) | 12/13/2023 | (5,000) | $1.3750 | $6,875 | | | | |
| Account 2 | 12/7/2023 | 43,000 | $18.2845 | ($786,234) | 12/15/2023 | (900) | $1.3583 | $1,223 | | | | |
| **Account 2** | | **53,000** | | **($956,302)** | | **(5,900)** | | **$8,098** | **53,000** | **47,100** | **$35,171** | **($913,033)** |
| **Account 3** | **12/7/2023** | **1,250** | **$18.0000** | **($22,500)** | **1/19/2024** | **(1,250)** | **$0.8861** | **$1,108** | **1,250** | **0** | **$0** | **($21,392)** |
| **Rahul Patange** | | **72,805** | | **($1,389,585)** | | **(25,705)** | | **$27,244** | **72,805** | **47,100** | **$35,171** | **($1,327,170)** |

*Avg Closing Prices from December 8, 2023 through February 16, 2024