POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Movant Rahul Patange and*
*Proposed Lead Counsel for the Class*

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD PARKS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN HEAVEN GROUP HOLDINGS LTD., QIONG JIN, and JINGUANG GONG,<br><br>Defendants. | Case No. 2:23-cv-10619-HDV-SK<br><br>**DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF RAHUL PATANGE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL**<br><br>DATE:  April 11, 2024<br>TIME:  10:00 a.m.<br>JUDGE:  Hernán D. Vera<br>CTRM:  5B |

DECLARATION - 2:23-cv-10619-HDV-SK; 2:24-cv-00423-HDV-SK

MAHAFUJUR RAHMAN, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOLDEN HEAVEN GROUP HOLDINGS LTD., QIONG JIN, and JINGUANG GONG,

Defendants.

Case No. 2:24-cv-00423-HDV-SK

I, Jennifer Pafiti, hereby declare as follows:

1.      I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Rahul Patange ("Patange"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Patange's motion for consolidation of the above-captioned related actions (the "Related Actions"), appointment as Lead Plaintiff for the Class, and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:   Chart setting forth Patange's financial interest in this litigation;

Exhibit B:   Press release published via *Business Wire* on December 19, 2023, announcing the pendency of the first-filed of the Related Actions;

Exhibit C:   Shareholder Certification executed by Patange;

Exhibit D:   Declaration executed by Patange; and

Exhibit E:   Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on February 26, 2024.

/s/ Jennifer Pafiti
Jennifer Pafiti

DECLARATION - 2:23-cv-10619-HDV-SK; 2:24-cv-00423-HDV-SK

1

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti