LINK 46

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JARROD PARKS, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GOLDEN HEAVEN GROUP HOLDINGS LTD., QIONG JIN, and JINGUANG GONG,<br><br>Defendants. | Case No. 2:23-cv-10619-HDV-SK<br><br>[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE<br><br>DATE:  April 11, 2024<br>TIME:  10:00 a.m.<br>JUDGE:  Hernán D. Vera<br>CTRM:  5B |

[PROPOSED] ORDER - 2:23-cv-10619-HDV-SK; 2:24-cv-00423-HDV-SK

MAHAFUJUR RAHMAN, Individually and on behalf of all others similarly situated,

        Plaintiff,

        v.

GOLDEN HEAVEN GROUP HOLDINGS LTD., QIONG JIN, and JINGUANG GONG,

        Defendants.

~~Case No. 2:24-cv-00423-HDV-SK~~

WHEREAS, the Court has considered J. Alexander Hood II's Request for Remote Appearance (the "Remote Appearance Request") at the hearing currently scheduled for April 11, 2024 at 10:00 a.m. before this Court (the "Hearing") to consider Rahul Patange's unopposed motion for consolidation of the above-captioned related actions, appointment as Lead Plaintiff, and approval of Pomerantz LLP as Lead Counsel (Dkt. No. 32), as well as the accompanying Declaration of J. Alexander Hood II in Support of the Remote Appearance Request,

IT IS HEREBY ORDERED THAT:

1.    The Remote Appearance Request is GRANTED in its entirety.  J. Alexander Hood II may appear ~~telephonically~~ Zoom at the Hearing currently scheduled for April 11, 2024 at 10:00 a.m. before the Court. Zoom link can be found on the Court's website.

SO ORDERED.

Dated: ___4/9/_____, 2024
          Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA