UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | 2:23-cv-10619-HDV-SKx<br>2:24-cv-00423-HDV-SKx | Date | April 11, 2024 |
|---|---|---|---|
| Title | *Jarrod Parks v. Golden Heaven Group Holdings Ltd. et al*<br>*Mahafujur Rahman v. Golden Heaven Group Holdings Ltd. et al* | | |

Present: The Honorable    Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):

Alexander Hood, II (ZOOM)

Attorney(s) Present for Defendant(s):

Jenny Johnson-Sardella

**Proceedings:**    MOTION OF BHAVIK DESAI TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL [28]

MOTION OF RAHUL PATANGE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL [32]

MOTION OF KEVEN MOELKER FOR CONSOLIDATION AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL [36]

FILED IN 2:24-CV-00423-HDV-SKx:
MOTION OF BHAVIK DESAI TO CONSOLIDATE RELATED ACTIONS, FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CHOICE OF COUNSEL [12]

MOTION OF RAHUL PATANGE FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL [16]

MOTION OF KEVEN MOELKER FOR CONSOLIDATION AND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL [20]

Having heard oral argument on the motions, the Court takes the motions under submission.

**IT IS SO ORDERED.**

**Time: /07**