LINK  61

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br> *ALL ACTIONS* | Case No. 2:23-cv-10619-HDV-SK <br><br> [~~PROPOSED~~] ORDER RE: FILING OF CORRECTED CONSOLIDATED AMENDED COMPLAINT <br><br> JUDGE:  Hernán D. Vera |

WHEREAS, the Court has considered the Stipulation regarding the filing of the Corrected Consolidated Amended Complaint and the Briefing Schedule on Defendants' anticipated Motion to Dismiss;

IT IS HEREBY ORDERED THAT:

1.     Lead Plaintiff shall re-file a Corrected Amended Complaint promptly upon entry of a Court Order endorsing this Stipulation.  The Amended Complaint shall reflect no substantive changes to the Amended Complaint as originally filed (ECF No. 52), apart from correcting the name of the Lead Plaintiff.

2.     All previously ordered deadlines relating to Defendants' motion to dismiss the Amended Complaint and all associated briefing (*see* ECF No. 51) shall remain the same.

SO ORDERED.

Dated:   07/16/ _____, 2024
         Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA