POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Plaintiff*

*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

RAHUL PATANGE, Individually and on behalf of all others similarly situated,

Plaintiff,

v.

GOLDEN HEAVEN GROUP HOLDINGS LTD., QIONG JIN, JINGUANG GONG, BIN CHEN, DAOFU LIN, REVERE SECURITIES LLC, R.F. LAFFERTY & CO., BF BORGERS CPA PC, COGENCY GLOBAL INC., and COLLEEN A. DE VRIES,

No. 2:23-cv-10619-HDV-SK

**AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

<u>CLASS ACTION</u>

JURY TRIAL DEMANDED

# TABLE OF CONTENTS


I. VIOLATIONS OF THE EXCHANGE ACT ... 1

A. The Nature Of The Exchange Action ... 1

B. Jurisdiction And Venue for the Exchange Act Claims ... 3

C. The Exchange Act Parties ... 4

D. The Exchange Act Substantive Allegations ... 6

1. Chinese-Based Amusement Park Company, Golden Heaven, Solicits U.S. Funding for IPO. ... 6

2. During the IPO and After, Golden Heaven Touts Strong Demand from Park Guests and Well-Maintained Rides and Attractions at its Six Parks. ... 8

3. Unknown to U.S. Investors, The Golden Heaven Parks Are Largely Empty, With Poorly Maintained Rides and Attractions. ... 13

4. Unknown to U.S. Investors, The Parties Promoting Golden Heaven's IPO and Financing Have A Shady Record of Performance. ... 14

5. Two Investigations Confirm Golden Heaven's Fraud. ... 19

E. Materially False and Misleading Statements For the Exchange Act Claims ... 21

F. The Truth Emerges ... 38

G. Plaintiff's Independent Investigation Confirms The Truth ... 52

H. Scienter Allegations for the Exchange Act Claims ... 84

I. Class Action Allegations for the Exchange Act Claims ... 87

J. Claims Under Section 10(b) and 20(a) of the Exchange Act ... 91

COUNT I ... 91

COUNT II ... 94

II. VIOLATIONS OF THE SECURITIES ACT ... 95

A. The Nature Of The Securities Action ... 95

B. Jurisdiction And Venue for the Securities Act Claims ... 97

C. The Securities Act Parties ... 98

D. The Securities Act Substantive Allegations ... 103

1. Chinese-Based Amusement Park Company, Golden Heaven, Solicits U.S. Funding for IPO. ..... 103
2. During the IPO and After, Golden Heaven Touts Strong Demand from Park Guests and Well-Maintained Rides and Attractions at its Six Parks. ..... 105
3. Unknown to U.S. Investors, The Golden Heaven Parks Are Largely Empty, With Poorly Maintained Rides and Attractions. ..... 109
4. Unknown to U.S. Investors, The Parties Promoting Golden Heaven's IPO and Financing Have A Shady Record of Performance. ..... 110
5. Two Investigations Confirm Golden Heaven's Fraud. ..... 116

E. Materially False and Misleading Statements For the Securities Act Claims ..... 118

F. The Registration Statement Failed to Comply with SEC Rules and Regulations and Applicable Accounting Principles. ..... 129

G. Events and Disclosures Following the Offering ..... 133

1. Golden Heaven Claims Strong Continued Growth in Park Attendance and Revenue Following the IPO. ..... 133
2. Hindenburg Research Confirms the Falsity of These Statements. ..... 138
3. Plaintiff's Investigative Firm Confirms the Falsity of These Statements. ..... 152

H. Class Action Allegations for the Securities Act Claims ..... 184

I. Claims Under Section 11 of the Securities Act ..... 186

COUNT I ..... 186

COUNT II ..... 189

COUNT III ..... 191

III. PRAYER FOR RELIEF ..... 193

IV. DEMAND FOR TRIAL BY JURY ..... 193

Plaintiff Rahul Patange ("Plaintiff"), individually and on behalf of all others similarly situated, by Plaintiff's undersigned attorneys, for Plaintiff's complaint against Defendants (defined below), alleges the following based upon personal knowledge as to Plaintiff and Plaintiff's own acts, and information and belief as to all other matters, based upon, *inter alia*, the investigation conducted by and through Plaintiff's attorneys, which included, among other things, a review of the Defendants' public documents, public filings, wire and press releases published by and regarding Golden Heaven Group Holdings Ltd. ("Golden Heaven" or the "Company"), and information readily obtainable on the Internet. Plaintiff believes that substantial, additional evidentiary support will exist for the allegations set forth herein after a reasonable opportunity for discovery.

# I. VIOLATIONS OF THE EXCHANGE ACT

## A. The Nature Of The Exchange Action

1. This is a class action on behalf of persons or entities who purchased or otherwise acquired publicly traded Golden Heaven securities between April 13, 2023 and December 8, 2023, inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Founded in 2020 and headquartered in China, Golden Heaven is a Cayman Islands holding company that, through six Chinese-based operating companies,

"manages and operates six properties consisting of amusement parks, water parks, and complementary recreational facilities."

3. In an April 2023 IPO, Golden Heaven's Offering Documents touted the throngs of park guests visiting its facilities—numbers in the hundreds of thousands in every fiscal year the Company has existed. And, now that China's COVID-era policies were dissipating, the Company also assured investors that this growth would only continue given the thrilling, well-maintained rides and attractions drawing in continued demand from the nearly 21 million local Chinese citizens living nearby the parks' gates. Given this strong infrastructure and runway for expansion, the IPO valued the Company's six parks at $200 million. Over the next few months following the IPO, apparently upon further assurances of growth, the stock rose an unbelievable 300%.

4. The truth, however, was not so golden. Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that Defendants' (1) vastly overstated the reported numbers of park guests (and thus revenue from that attendance), (2) severely inflated the number of employees maintaining these parks, and (3) mislead the market about the true state of the park's rides and attractions. In reality, as confirmed by Hindenburg Research and Plaintiff's own investigative firm, the parks were ill-

maintained "dystopian hellscapes," attracting a small fraction of their reported capacity—and for some, no visitors at all.

5. When this truth came out—and the Company failed to offer a promised rebuttal— Golden Heaven shares took a nosedive, down 88.99%. As the Hindenburg Research founder related, "[u]nfortunately, the Nasdaq exchange is littered with dozens of obvious China-based scams," "lur[ing] in unsuspecting U.S. retail investors through Telegram, Discord, or WhatsApp chat groups then exit[ing] through the kind of 'rug pull' decline we are seeing with Golden Heaven."

6. Indeed, as a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## B. <u>Jurisdiction And Venue for the Exchange Act Claims</u>

7. The claims asserted herein arise under and pursuant to Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b), 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

8. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

9. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)) as the alleged misstatements entered and the subsequent damages took place in this judicial district.

10. In connection with the acts, conduct and other wrongs alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

**C. <u>The Exchange Act Parties</u>**

11. Plaintiff, as set forth in the accompanying Certification, incorporated by reference herein, purchased Golden Heaven securities during the Class Period and was economically damaged thereby.

12. Golden Heaven is an offshore holding company incorporated in the Cayman Islands with principal executive offices located at No. 8 Banhouhaichuan Road, Xiqin Town, Yanping District, Nanping City, Fujian Province, the People's Republic of China ("China") 353001. Golden Heaven's shares trade in an efficient market on the Nasdaq Capital Market ("NASDAQ") under the ticker symbol "GDHG".

13. Defendant Qiong Jin ("Jin") has served as Golden Heaven's Chief Executive Officer ("CEO") and as Chairman of the Company's Board of Directors at all relevant times.

14. Defendant Jinguang Gong ("Gong") has served as Golden Heaven's Chief Financial Officer at all relevant times.

15. Defendant Bin Chen ("Chen") has served as one of Golden Heaven's Directors at all relevant times.

16. Defendant Daofu Lin ("Lin") has served as one of Golden Heaven's Directors at all relevant times.

17. Defendant Colleen A. De Vries ("De Vries") was at the time of the IPO Golden Heaven's duly authorized representative in the United States ("U.S."). Defendant De Vries signed the materially false and misleading Registration Statement on her own behalf and on behalf of Defendant Cogency Global Inc. ("Cogency Global"), Defendant De Vries' employer.

18. Defendants Jin, Gong, Chen, Lin and De Vries are collectively referred to herein as the "Individual Defendants."

19. Each of the Individual Defendants directly participated in the management of the Company; was directly involved in the day-to-day operations of the Company at the highest levels; was privy to confidential proprietary information concerning the Company and its business and operations; was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein; was directly or indirectly involved in the oversight or

implementation of the Company's internal controls; was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or approved or ratified these statements in violation of the federal securities laws.

20. The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of *respondeat superior* and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

21. The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to Golden Heaven under *respondeat superior* and agency principles.

22. Defendant Golden Heaven and the Individual Defendants are collectively referred to herein as "Defendants."

## D. <u>The Exchange Act Substantive Allegations</u>

### 1. Chinese-Based Amusement Park Company, Golden Heaven, Solicits U.S. Funding for IPO.

23. Founded in 2020, Golden Heaven is a Cayman Islands holding company that, through six Chinese-based operating companies, "manages and operates six properties consisting of amusement parks, water parks, and complementary recreational facilities" with "[t]he parks provid[ing] a wide range of exciting and entertaining experiences, including thrilling rides, family-friendly

attractions, water attractions, gourmet festivals, circus performances, and high-tech facilities" across southern China.

24. Golden Heaven's "corporate headquarters is in Yanping District, Nanping City, Fujian Province, China," which Golden Heaven dubs the "the birthplace of [the] Chinese amusement park industry."

25. Golden Heaven generates its revenue solely from those six amusement parks that it owned through its operating entities in China—i.e., Changde Park, Qujing Park, Tongling Park, Yuxi Park, Yueyang Park, and Mangshi Park.

26. Golden Heaven set its sights on the U.S. markets for an influx of cash in an upcoming April 2023 IPO. In a March 2023 investor presentation, Golden Heaven boasted that the six parks occupy 426,560 square meters, 139 rides and attractions, with a hefty 21 million "accessible population" from nearby Chinese residents. In that same presentation, "investment highlights," included offering "easily accessible amusement park locations," "experienced senior management teams," "continued guest committed," and "quality and variety of cost-effective entertainment options," for those many guests.

27. In a snapshot of the "business overview," Golden Heaven showcased the lively, vibrant scenes from its parks:




28. The March 2023 presentation also lauded how "park guests have demonstrated their commitment to continually visiting the . . . parks, with guests revisiting the parks and reloading their prepaid [park access] cards . . . [and] [w]e estimate each prepaid card is used for approximately two to three times per week"—meaning visitors were coming back again and again throughout even a single week.

29. Golden Heaven also noted how, with COVID-era restrictions largely a thing of the past, it was poised for further growth in number of guests.

**2. During the IPO and After, Golden Heaven Touts Strong Demand from Park Guests and Well-Maintained Rides and Attractions at its Six Parks.**

30. The April 13, 2023 Prospectus echoed this rosy picture of Golden Heaven's current and future potential "as a leading amusement park operator in

Yanping District and an active player in developing the Chinese amusement park industry," "aim[ing] to become the leading regional amusement park operator in China," promising "[t]o achieve our goal, we will endeavor to enhance guest experiences, develop appealing recreational products and services, boost our operational efficiency, and improve cost controls."

31. Like the investor presentation in March, the April Prospectus touted that "[t]he parks of the operating entities occupy approximately 426,560 square meters of land in the aggregate and are located in geographically diverse markets across the south of China," and "[d]ue to the geographical locations of the parks and the ease of travel, the parks are easily accessible to an aggregate population of approximately 21 million people," with "139 rides and attractions" drawing hundreds of thousands of people each year.

32. In the Prospectus, the Company showcased the strong numbers of park attendants throughout the last three fiscal years:

| **Golden Heaven Park** | **# of Guests attracted Fiscal Year Ended September 30, 2023** | **# of Guests attracted Fiscal Year Ended September 30, 2022** | **# of Guests attracted Fiscal Year Ended September 30, 2021** | **Full Park Capacity (# of Park Guests)** |
|---|---|---|---|---|
| Yueyang Amusement World | 600,000 | 890,000 | 930,000 | 1,100 |
| Changde Jinsheng Amusement Park | 350,000 | 530,000 | 520,000 | 850 |

| | | | | |
|---|---|---|---|---|
| Tongling West Lake Amusement World | 340,000 | 350,000 | 350,000 | 700 |
| Yuxi Jinsheng Amusement Park | 340,000 | 370,000 | 320,000 | 530 |
| Qujing Jinsheng Amusement Park | 140,000 | 160,000 | 160,000 | 480 |
| Mangshi Jinsheng Amusement Park | 50,000 | 110,000 | 120,000 | 740 |

33. The numbers are important because, as the Prospectus noted, Golden Heaven's main revenue source (by far) is from park admittance. As the Company related, "[o]ur revenue is primarily generated from selling access to rides and attractions," and "revenue and net income have remained largely stable over the years." Indeed, "[i]n the fiscal years ended September 30, 2021, and 2022, our revenue was US$38,517,742 and US$41,788,19, respectively. For the same fiscal years, our net income was US$13,580,375 and US$14,328,374, respectively, and the number of guest visits at the parks totaled approximately 2.40 million and 2.41 million, respectively." This revenue from "guest spending on rides and attractions" "accounted for 97.17% and 94.23% of the total revenue, respectively."

34. Golden Heaven also lauded the condition and quality of the rides and attractions drawing these large crowds. As the Offering Documents attested, "[t]he parks offer a broad selection of exhilarating and recreational experiences, including both thrilling and family-friendly rides, water attractions, gourmet festivals, circus

performances, and high-tech facilities." Indeed, the parks' rides and attractions are an impressive list including "roller coasters," "water coasters," "luxury carousels," "double-decker carousels," "pirate ships," "pendulum rides," "sky-high swing rides," "ice rinks," "bumper cars," "boat rides," and "Ferris wheels."

35. Golden Heaven also assured the market about the safety and condition of the rides and attractions. "Each park is managed by a full-time onsite professional team which is responsible for operations and management of such park" and "[t]he responsibilities of the park management team consist of overseeing daily operations, repairs and maintenance, marketing and sales, human resources and finance." "The operating entities review and maintain the safety and efficiency of all the rides and attractions" and the "professional maintenance personnel are well versed in the applicable safety standards, and they conduct both daily and monthly inspections on all of the rides and attractions, to ensure compliance with the applicable national and industrial safety standards."

36. The Prospectus likewise assured investors that these "management teams were dedicated to maintaining the rides, ensuring the quality and safety of guest experience." Indeed, "[t]he operating entities are driven by the mission to provide quality services and valued experiences to each guest" and "[s]uch mission cannot be achieved without concerted efforts of the employees." Thus, Golden

Heaven boasted a robust network of employees supporting these parks whereby "[i]n the fiscal years ended September 30, 2020, 2021, and 2022, the operating entities collectively hired 607, 610, and 617 full-time employees, respectively" and noting the Company "did not hire any seasonal or part-time employees."

37. Defendants maintained these representations after the IPO concluded on April 14, 2023. In June and July 2023, for instance, the Company issued press releases noting the continued—and, indeed, increasing—high summer demand for its rides and attractions. And, on the Company's first earnings call on August 3, 2023, Defendants reiterated this positive summer trend, seeing that guest count has "returned to normal" after China's COVID restrictions lifted. Defendants also teased that the six parks were undergoing "comprehensive upgrades" during June 2023, with expected completion by September 2023. And, on August 9, 2023, the Company stated it had "partnered" with a construction company to build three new parks.

38. Apparently given this positive forecast, Golden Heaven stock continued to climb in the months after the IPO. In fact, by November 6, 2023, the stock had *surged 320%* from the IPO price. (Quam Ltd., "Golden Heaven Group - Another Gamestop?," Nov. 6, 2023). As one report noted, "that rapid rise has given Golden Heaven a lofty price-to-earnings (P/E) ratio of 44," whereas "U.S. giants Six

Flags (SIX) and SeaWorld Entertainment (SEAS) trade well below that at multiples of 22 and 12, respectively." (Bamboo Works, Golden Heaven Group Coasts On Major Amusement Park Expansion, Nov. 3, 2023.) Indeed, as of November 12, 2023, Golden Heaven reported a market capitalization of an astounding $1.2 billion.

### 3. Unknown to U.S. Investors, The Golden Heaven Parks Are Largely Empty, With Poorly Maintained Rides and Attractions.

39. Unbeknownst to U.S. investors, Golden Heaven grossly overstated its prospects for current and future revenue. Critically, Defendants misrepresented the number of park guests attending the parks each year—many of the cited valuation figures of attendance, when divided by 365 day per year, *exceed the daily maximum park capacity*. *Infra* ¶¶ 58-67. For instance, for Golden Heaven's largest park (by guest capacity), Yueyang Amusement World, Golden Heaven must have inflated the number of guests attending in the year 2023, given the stated number of 600,000 divided by 365 days in a year is 1,644, well beyond the park's stated maximum capacity of 1,100 per day. The numbers become even more unlikely for the stated attendance numbers for 2022, given 890,000 divided by 365 days is 2,438 guests per day, and for the year 2021, given 930,000 divided by 365 days is 2,547 guest per day. As Golden Heaven's revenue depends almost entirely on park attendance, Golden Heaven also must be misstating its stated revenue.

40. In addition to these blatant mischaracterizations, in both November 2023 and June 2024, investigators visited each park, discovering the truth that each is largely empty of guests (some entirely abandoned) and that the rides and attractions are in various states of disrepair. *Infra* ¶¶ 101-145. Moreover, close to *no* employees are managing and operating these rides, nor are they maintaining them.

41. The IPO also valued Golden Heaven at $200 million dollars, despite disclosures in the Prospectus relating that Defendant Jin had sold all six parks from a related entity for only $7.5 million a year earlier—another confirmation that the parks are wildly overvalued.

**4. Unknown to U.S. Investors, The Parties Promoting Golden Heaven's IPO and Financing Have A Shady Record of Performance.**

42. Unknown to U.S. investors, the Individual Defendants running Golden Heaven had a host of legal troubles. Chinese media reported in 2019 that Golden Heaven's CEO, Defendant Jin, and her husband were accused of defrauding investors in China in a pharmaceutical company they controlled.

43. In addition, according to Qichacha (a Chinese database on business credit ratings), Defendant CEO Jin is also subject to a limit on high consumption and equity freeze for her failure to satisfy outstanding judgments. An order restricting high consumption is an enforcement measure a Chinese court against a

debtor until she fulfills her judgment obligations, and the intent is to limit the judgment debtor's high and nonessential spending for personal or business matters. Such limits include prohibitions on above-economy class accommodations for flights, trains, or ships; luxury hotels; real estate purchases or property construction; leased luxury apartments or offices; non-business-essential vehicles; luxury travel and vacations; high-end private schools; high premiums for insurance and financial products; or any other non-essential high consumption activities related to personal and professional life. To collect on a judgment, the Chinese government may also freeze assets, including the shares of Golden Heaven owned by Defendant Jin.




(Source: QCC)

44. Moreover, to go public in the U.S., Golden Heaven also employed brokers and auditors with questionable professional practices.

45. According to Bookrunner, IPO underwriters RF Lafferty and Revere have a track record of failed microcap IPOs, with a combined 2023 IPOs down an average of 51%.

**2023 Transactions as Underwriter, Bookrunner**

| | Date | Company | IPO Price | Closing Price on 11/10/2023 | ~Return since IPO |
|---|---|---|---|---|---|
| RF Lafferty | | | | | |
| | November-23 | Globavend Holdings | $ 4.00 | $ 1.89 | -53% |
| | October-23 | Northann Corp | $ 5.00 | $ 4.84 | -3% |
| | August-23 | Gym Direct/ Fitell | $ 5.00 | $ 2.80 | -44% |
| | July-23 | Janover | $ 4.00 | $ 0.74 | -82% |
| | July-23 | Prestige Wealth | $ 5.00 | $ 2.10 | -58% |
| | April-23 | HiTEK Global | $ 5.00 | $ 1.20 | -76% |
| | April-23 | Golden Heaven Group | $ 4.00 | **$ 23.75** | 494% |
| | April-23 | Millenium Group Intl | $ 4.00 | $ 1.01 | -75% |
| | March-23 | Clean Energy Technologies | $ 4.00 | $ 1.70 | -58% |
| | Average Return Excluding Golden Heaven | | | | -56% |
| Revere | | | | | |
| | July-23 | Bowen Acquistion Corp | $ 10.00 | $ 10.37 | 4% |
| | July-23 | Prestige Wealth | $ 5.00 | $ 2.10 | -58% |
| | July-23 | Gym Direct / Fittell | $ 5.00 | $ 2.80 | -44% |
| | April-23 | Golden Heaven Group | $ 4.00 | $ 23.75 | 494% |
| | April-23 | Millenium Group Intl | $ 4.00 | $ 1.01 | -75% |
| | March-23 | TMT Acquisition Corp | $ 10.00 | $ 11.00 | 10% |
| | January-23 | Brera Holdings | $ 5.00 | $ 0.62 | -88% |
| | January-23 | AlphaTime Aqcuisition Corp | $ 10.00 | $ 10.86 | 9% |
| | January-23 | MGO Global | $ 5.00 | $ 0.50 | -90% |
| | January-23 | Cadenal Therapeutics | $ 5.00 | $ 0.42 | -92% |
| | Average Return Excluding Golden Heaven | | | | -47% |

46. And, according to BrokerCheck, RF Lafferty has had multiple FINRA censures and fines throughout the years, including allegations that the firm failed to properly detect suspicious transactions.

47. Golden Heaven's authorized accounting firm auditing the Registration Statement, BF Borgers CPA PC, also has a checkered history culminating in a SEC investigation. On May 3, 2024, the SEC charged audit firm BF Borgers CPA PC and its owner, Benjamin F. Borgers "with deliberate and systemic failures to comply with Public Company Accounting Oversight Board (PCAOB) standards in its audits and reviews incorporated in more than 1,500 SEC filings from January 2021 through June 2023." (SEC Press Release, "SEC Charges Audit Firm BF Borgers and Its Owner with

Massive Fraud Affecting More Than 1,500 SEC Filings," May 3, 2024). "The SEC also charged the [the firm and founder] with falsely representing to their clients that the firm's work would comply with PCAOB standards; fabricating audit documentation to make it appear that the firm's work did comply with PCAOB standards; and falsely stating in audit reports included in more than 500 public company SEC filings that the firm's audits complied with PCAOB standards." (*Id.*)

48. "Ben Borgers and his audit firm, BF Borgers, were responsible for one of the largest wholesale failures by gatekeepers in our financial markets," said Gurbir S. Grewal, Director of the SEC's Division of Enforcement. (SEC Press Release, "SEC Charges Audit Firm BF Borgers and Its Owner with Massive Fraud Affecting More Than 1,500 SEC Filings," May 3, 2024). "As a result of their fraudulent conduct, they not only put investors and markets at risk by causing public companies to incorporate noncompliant audits and reviews into more than 1,500 filings with the Commission, but also undermined trust and confidence in our markets. Because investors rely on the audited financial statements of public companies when making their investment decisions, the accountants and accounting firms that audit those statements play a critical role in our financial markets. Borgers and his firm completely abandoned that role, but thanks to the painstaking work of the SEC staff, Borgers and his sham audit mill have been permanently shut down." (*Id.*)

49. On November 2, 2023, Golden Heaven filed a Form 6-K announcing it had appointed Assentsure PAC ("Assentsure") as its new, independent registered public accounting firm. Assentsure, however, only has 5 engagement partners, and the companies Assentsure has audited mostly endured drastic stock price decreases in the past years.












50. That these partners have their own shady histories confirm that Golden Heaven is sham company looking to mislead foreign investors far from Chinese soil.

### 5. Two Investigations Confirm Golden Heaven's Fraud.

51. On November 13, 2023, during market hours, Hindenburg Research ("Hindenburg") posted on X.com (formerly known as Twitter) a series of posts entitled:

"NEW FROM US: We Are Short Golden Heaven Group, Another Classic 'China Hustle.'" Hindenburg noted how Golden Heaven's share price has dramatically gone up in value since the Company's April 2023 initial public offering, despite little news to justify the gains. Hindenburg also stated how Golden Heaven had claimed that, in 2022, it had hosted 2.41 million guests across its six parks, driving over $41.8 million in revenue for the 2022 fiscal year. Hindenburg stated that these were "hardly levels" that would justify the Company's $1.2 billion market capitalization as of November 12, 2023.

52. Indeed, investigators from Hindenburg "visited each [Golden Heaven] park on the weekend, typically when amusement parks are busiest, expecting to find vibrant and heavily trafficked parks as suggested in the company's investor materials." Yet the truth was Hindenburg found largely vacant parks with poorly maintained rides and attractions. *Infra* ¶¶ 101-115 (detailing Hindenburg's findings).

53. For instance, Hindenburg noted that Golden Heaven's largest park (by number of guests), Yueyang Park, accounted for 36% of total guests alleged by the Company: "[a]ccording to the company, [Yueyang Park] had 890,000 guests in 2022, or 2,400/day, despite having just a 1,100 guest capacity": in reality, Hindenburg's investigator visited the property on a Saturday and observed only "***about 10 cars in the lot around noon***", and that the amusement park was nearly empty. (Emphasis added.)

Hindenburg noted that, what Golden Heaven touts as a "water attraction" in fact was a "large pond full of trash." The same was true of Golden Heaven's other parks.

54. Following this November 13, 2023 report, Golden Heaven issued a statement vowing to address these purported "baseless allegations," yet instead of responding, the Company issued a press release that it is negotiating an agreement with a third-party Chinese amusement park group to "enhanc[e] Golden Heaven's market position." *Infra* ¶¶ 116-123. Following these disclosures, Golden Heaven's share price fell $18.76 per share, or 88.99%, to close at $2.32 per share on December 7, 2023. *Infra* ¶¶ 116-126.

55. Plaintiff's own investigator confirmed these findings. In June 2024, an investigative firm likewise visited the Golden Heaven parks, revealing that each were vastly unattended, had little to no employees, and that the parks were in various states of disrepair. *Infra* ¶¶ 127-145 (detailing Plaintiff's investigator's findings).

### E. Materially False and Misleading Statements For the Exchange Act Claims

56. The Class Period begins on April 13, 2023, when Golden Heaven filed with the U.S. Securities and Exchange Commission ("SEC") a prospectus pursuant to Rule 424(b)(4) (the "April 13 Prospectus").

57. In the April 13 Prospectus, the Company stated that it has large demand in guests visiting, robust management teams, and working rides in the six parks prior to the IPO.

58. The April 13 Prospectus contained the following about Yueyang Amusement World ("Yueyang Park"), the largest park in terms of capacity:

> ***Yueyang Amusement World features a double-decker carousel, pirate ship, pendulum ride, sky-high swing ride, ice rink, bumper cars, boat rides, and the Dongting Eye Ferris wheel. As of the date of this annual report, its management team consists of approximately 135 members and it can accommodate approximately 1,100 guests at the full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 600,000, 890,000, and 930,000 guests, respectively***.

(Emphases added.)

59. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 600,000 divided by 365 days is 1,644, well beyond the park's maximum capacity of 1,100 per day, (2) it inflated the number of possible guests attending in the year 2022, given 890,000 divided by 365 days is 2,438, well beyond the park's maximum capacity of 1,100 per day, (3) it inflated the number of possible guests attending in the year 2021, given 930,000 divided by 365 days is 2,547, well beyond the park's maximum capacity of 1,100 per day, (4) investigative journalists and due diligence teams have confirmed the park is nearly empty, and (5) it omitted that Yueyang Park is not a well-maintained facility. Rather, as one investigative journalist found, Yueyang Park contained a "large pond full of trash" as of November 13, 2023. A due diligence team, moreover, confirmed the rides are in disrepair and largely nonfunctional.

60. The April 13 Prospectus contained the following about the Changde Jinsheng Amusement Park ("Changde Park"):

> ***Changde Jinsheng Amusement Park features a Ferris wheel, luxury carousel, pirate ship, pendulum ride, sky-high swing ride, roller coaster, and bumper cars**. As of the date of this annual report, its management team consists of approximately 115 members and **it can accommodate approximately 850 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 350,000, 530,000, and 520,000 guests, respectively**.*

(Emphases added.)

61. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 350,000 divided by 365 days is 959, well beyond the park's maximum capacity of 850 per day, (2) it inflated the number of possible guests attending in the year 2022, given 530,000 divided by 365 days is 1,452, well beyond the park's maximum capacity of 850 per day, (3) it inflated the number of possible guests attending in the year 2021, given 520,000 divided by 365 days is 1,424, well beyond the park's maximum capacity of 850 per day, (3) a due diligence team confirmed the park is at a fraction of capacity, and (4) it omitted that Changde Park is not a well-maintained facility, but instead contains rusty and dilapidated rides.

62. The April 13 Prospectus contained the following about the Mangshi Jinsheng Amusement Park ("Mangshi Jenshing Park"):

> ***Mangshi Jinsheng Amusement Park features a Ferris wheel, luxury carousel, pirate ship, and pendulum ride**. As of the date of this annual*

> ***report, its management team consists of approximately 60 members and it can accommodate approximately 740 guests at full operating capacity.*** For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 50,000, 110,000, and 120,000 guests, respectively. It is managed by Mangshi Jinsheng Amusement Park Co., Ltd., one of the operating entities. ***Mangshi Jinsheng Amusement Park has been temporarily closed since September 30, 2023***. Such park closure was a strategic decision to explore the future business development of the park. Mangshi Jinsheng Amusement Park may be re-opened in the future with a new business model, once the detailed plans are finalized by our management.

(Emphasis added.)

63. This statement was materially false and misleading because (1) it omitted that the Mangshi Jenshing Park is in generally poor condition and (2) based on investigative research visits, the park has been closed far longer than September 30, 2023.

64. The April 13 Prospectus contained the following about the Tongling West Lake Amusement World ("Tongling West Lake"):

> ***Tongling West Lake Amusement World features a double-decker carousel, roller coaster, pirate ship, pendulum ride, sky-high swing ride, water coaster, electricity-free park attractions, and bumper cars***. ***As of the date of this annual report, its management team consists of approximately 115 members and it can accommodate approximately 700 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 340,000, 350,000, and 350,000 guests, respectively***.

(Emphasis added.)

65. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 340,000 divided by 365 days is 932, well beyond the park's maximum capacity of 700 guests per day, (2) it inflated the number of possible guests attending in the year 2022, given 350,000 divided by 365 days is 958, well beyond the park's maximum capacity of 700 guests per day, (3) it inflated the number of possible guests attending in the year 2021, given 350,000 divided by 365 days is 958, well beyond the park's maximum capacity of 700 guests per day, (4) investigative journalists and due diligence teams have confirmed the park is nearly empty, and (5) it omitted that Tongling West Lake is not a well-maintained facility. In particular, as of November 13, 2023, Tongling West Lake had a large empty swimming pool that had a blow-up swimming pool within it, which contained visibly dirty water.

66. The April 13 Prospectus contained the following about the Yuxi Jinsheng Amusement Park ("Yuxi Park"):

> ***Yuxi Jinsheng Amusement Park features a double flying ride, luxury carousel, pirate ship, and bumper cars. As of the date of this annual report, its management team consists of approximately 100 members and it can accommodate approximately 530 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 340,000, 370,000, and 320,000 guests, respectively.***

(Emphasis added.)

67. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 340,000 divided by 365 days is 932, well beyond the park's maximum capacity of 530 guests per day, (2) it inflated the number of possible guests attending in the year 2022, given 370,000 divided by 365 days is 1,013, well beyond the park's maximum capacity of 530 guests per day, (3) it inflated the number of possible guests attending in the year 2021, given 320,000 divided by 365 days is 876, well beyond the park's maximum capacity of 530 guests per day, (4) due diligence teams confirmed the park is at a fraction of its capacity, and (5) it omitted that Yuxi Park is not a well-maintained facility.

68. The April 13 Prospectus contained the following about the Qujing Jinsheng Amusement Park ("Qujing Park"):

> ***Qujing Jinsheng Amusement Park features a Ferris wheel, carousel, pirate ship, and pendulum ride**. **As of the date of this annual report, its management team consists of approximately 80 members and it can accommodate approximately 480 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 140,000, 160,000, and 160,000 guests, respectively.***

(Emphasis added.)

69. This statement was materially false and misleading because (1) due diligence teams confirmed the park is empty, and (2) it omitted that Qujing Park is not a well-maintained facility; rather, the rides and equipment were old, rusty, and needed maintenance.

70. Similarly, under the "Products and Services" section, the Company stated:

> *Rides and Attractions*
>
> ***The operating entities generate significant revenue from guest spending on rides and attractions.*** To enjoy the rides and attractions that the parks offer, the guests need to obtain prepaid cards at ticket booths. The guests can load any amount of money onto the prepaid cards and receive rebates, depending on the amount of money that they add to the prepaid cards. Thereafter, the guests are able to enjoy the rides and attractions by paying with their prepaid cards for each access to each facility. ***For the fiscal years ended September 30, 2023, 2022 and 2021, the sales of in-park recreation amounted to US$30,115,995, US$39,377,906 and US$37,427,388, respectively, which accounted for approximately 94.74%, 94.23% and 97.17% of the total revenue, respectively.***

(Emphasis added.)

71. The Company also stated that it believed the "following strengths contribute to our growth and differentiate us from our competitors":

- easily accessible amusement park locations;
- ***continued guest commitment***;
- experienced senior management teams; and
- the ***quality*** and variety of cost-effective entertainment offerings.

(Emphases added.)

72. These statements in ¶¶ 70-71 were materially false and misleading because (1) the "operating entities" do not "generate significant revenue from guest spending on rides and attractions" close to "US$30,115,995, US$39,377,906 and US$37,427,388," given guest attendance is the main form of revenue and, as stated above, the parks are

nearly empty, and (2) many of the Company's parks are in generally poor condition and do not attract high levels of attendance.

73. The Prospectus also lauded the management teams and maintenance of the rides: "***Each park is managed by a full-time onsite professional team which is responsible for operations and management of such park***." Under the "*Maintenance and Safety*" subheading, the Company goes on:

> ***The operating entities review and maintain the safety and efficiency of all the rides and attractions. Every ride at the parks is inspected regularly, by both onsite maintenance personnel and external experts*. *Every ride is inspected daily by maintenance personnel before use by guests. If the maintenance personnel identify any safety concerns with a ride, the ride will be repaired by the maintenance personnel or the ride manufacturer, to ensure proper and safe operation***.

(Emphases added.)

74. To manage these key parks, the Offering Documents highlighted the significance of Golden Heaven's employees to Golden Heaven's business and operation, by stating that "[t]he operating entities are driven by the mission to provide quality services and valued experiences to each guest" and that "[s]uch mission cannot be achieved without concerted efforts of the employees. ***In the fiscal years ended September 30, 2020, 2021, and 2022, the operating entities collectively hired 607, 610, and 617 full-time employees***, ***respectively***." (Emphasis added.)

75. The Company noted that it "did not hire any seasonal or part- time employees," but that the Company's "operating entities provide benefits to all of the employees, including endowment insurance, medical insurance, unemployment insurance, employment injury insurance, maternity insurance, housing provident funds, and job promotion opportunities."

76. The April 13 Prospectus contained the following statement about the Company's business model:

> Each of our six operating entities manages one amusement park in their respective locations. Under our current business model, the operating entities conduct their business in progressive steps. They begin by selecting and leasing the real property appropriate for amusement park development, and then construct the park infrastructure in coordination with various support from the local governments in China. In the course of park construction and development, the operating entities plan the rides and attractions to be installed, assess amusement facility suppliers, and source quality rides and attractions from select suppliers. Such suppliers assemble, deliver, install, and test-run the rides and attractions in accordance with the applicable national and industrial safety standards, as well as the operating entities' requirements. After the park infrastructure are constructed and the amusement facilities are installed, the operating entities then open the parks for guest visits. ***In the ordinary course of business, the operating entities inspect the rides and attractions according to regular schedules and seek ways to upgrade their entertainment offerings and improve their business operations.***

(Emphasis added.)

77. The statements regarding the management personnel at each park and overall employee counts across the parks in ¶¶ 73-76 were false and misleading because, based on the information obtained by Tianyancha.com (a Chinese database with

information on public companies) regarding the employees enrolled in basic social endowment insurance as disclosed by Golden Heaven and its six respective subsidiaries in their annual reports, the employee counts in the Offering Documents were dramatically inflated. The real numbers reported to China's social endowment office show that (1) for the year 2020, that Golden Heaven actually had 385 employees, rather than the total 607 reported in the Prospectus—an inflation of 58%; (2) for the year 2021, that Golden Heaven actually had 193 employees, rather than the total 610 reported in the Prospectus—an inflation of 216%; and (3) for the year 2022, that Golden Heaven actually had 132 employees, rather than the total 617 reported in the Prospectus—an inflation of 367%, (3) investigators and due diligence teams have confirmed the parks are not well maintained by Company personnel, and (4) because the operating entities have, in actuality, allowed many of the Company's facilities to fall into poor condition.

78. The April 13 Prospectus contained the following regarding key factors that affect operating results and, in particular, investment in new amusement facilities:

> ***We believe that innovative amusement facilities will enable us to maintain the existing guest patronage, attract new guests, and provide guests with better experiences.*** In the past 9 years, we have kept introducing new facilities in our amusement parks. We have built one virtual reality science lab and one virtual reality experience hall and will build additional similar facilities in the future. We will introduce other new amusement facilities in the future, which may require significant commitments of capital investment and will likely cause short-term decrease in revenue.
>
> (Emphasis added.)

79. And, under the "*Capital Investments*," section, the Company relates: "***The operating entities make targeted investments to support the existing amusement park facilities*** and enable the development of new amusement park attractions…." (Emphasis added.)

80. The statements in ¶¶ 78-79 were materially false and misleading because site visits in November 2023 and June 2024 revealed that there is no "targeted investment" to "support the existing" parks.

81. The Company noted the following "risks" in the April 13 Prospectus:

> ***Declines in discretionary guest spending and guest confidence, or changes in guest tastes and preferences, could affect the profitability of the operating entities' business.***
>
> The operating entities' success depends to a significant extent on (i) ***their ability to provide quality entertainment products***, (ii) their ability to satisfy changing guest preferences, and (iii) the availability of discretionary guest spending. ***If the operating entities are unable to meet the changing preferences of the markets or the entertainment products that they offer do not achieve sufficient guest acceptance, they may not be able to maintain the existing guest patronage or attract new guests.*** In addition, severe economic downturns coupled with high volatility and uncertainty as to the future economic landscape could have an adverse effect on guests' discretionary income and guest confidence. ***If the operating entities are unable to meet the changing guest demands, or if discretionary guest spending decreases, the operating entities' business, and our financial condition and results of operations could be materially and adversely affected.***

(First emphasis in original.)

82. The April 13 Prospectus contained the following risk disclosure on reputational risk:

> ***Incidents or adverse publicity concerning the parks or the amusement park industry in general could harm the brand, reputation or profitability of the operating entities.***
>
> The park operation involves the risk of accidents, illnesses, environmental issues, and other incidents which may cause a loss of guest confidence, reduce guest attendance, and harm the operating entities' brand, reputation or profitability. ***In addition, other types of adverse publicity concerning the operating entities' business, their management teams, or the amusement park industry in general could harm the business of the operating entities***. The considerable expansion in the use of social media over recent years has compounded the impact of negative publicity. There may be perception issues and negative media attention that could materially adversely affect the business of the operating entities, and, in turn, our financial condition, and results of operations.

(First emphasis in original.)

83. These risk statements in ¶¶ 81-82 were materially false and misleading because (1) due to the poor condition of many of the amusement parks, the Company's operating entities were at a heightened risk of being unable to attract guests, and (2) it omitted that the Company was at a heightened risk of negative publicity due to the poor condition of many of its amusement parks.

84. On June 6, 2023, Golden Heaven posted a press release on its website, entitled "Golden Heaven Group Holdings Ltd. Achieves an Approximately 30% Year-over-Year Traffic Growth During China's Labor Day Holiday," which asserted:

> Since China has eased its COVID-19 pandemic control measures, ***the Company believes that demand for travel has increased, and amusement parks have become attractive destinations for local families***... The Company strives to provide visitors with immersive experiences integrating entertainment, catering, and shopping in a variety of forms.
>
> [Defendant] Jin . . . commented, "***We are excited to see excellent growth during the Labor Day holiday***. ***The recovery of the domestic tourism market and its potential are expected to lay a solid foundation for growing our business. Looking forward, we will speed up equipment upgrades and continue to innovate services to better meet the consumers' demand for entertainment***."

(Emphases added.)

85. This statement was materially false and misleading because it omitted that Golden Heaven's theme parks are in generally poor condition, hindering the Company's growth prospects.

86. On July 5, 2023, Golden Heaven posted a press release on its website, entitled "Golden Heaven Group Holdings Ltd. Holds Summer Carnival with Free Entry in One of its Amusement Parks from July 1 to August 12, 2023," which stated:

> Golden Heaven Group Holdings Ltd. (the "Company" or "Golden Heaven") (Nasdaq: GDHG), an amusement park operator in China, announced today that the Company is holding a summer carnival (the "Summer Carnival") from July 1 to August 12, 2023 in one of its amusement parks, Tongling West Lake Amusement World (the "Park"). ***The Park features a double-decker carousel, roller coaster, pirate ship, pendulum ride, sky-high swing ride, water coaster, children's park, and bumper cars.*** The Park can accommodate approximately 700 guests at full operating capacity and attracted approximately 350,000 guests in 2021 and 2022.

> … ***As part of the Company's strategic initiative, the Company believes that the Summer Carnival will attract more visitors to the Park and increase the Company's brand awareness in China's amusement park market***.
>
> [Defendant] Jin . . . commented, "We are thrilled to unveil our plan for the Summer Carnival to the public this year. The Summer Carnival will last approximately one month and a half and offer free entry to the visitors. We expect that the Summer Carnival will not only contribute to the local community, but also attract more visitors to the Park during the peak season of summer vacation. We welcome adults, teenagers and children to join us in this fun event. ***We believe that the Summer Carnival will spur our growth by encouraging word-of-mouth referrals and attracting more guests, which is expected to eventually turn into long-term value for our shareholders***."

(Emphases added.)

87. This statement was materially false and misleading because it omitted that (1) Tongling West Lake has a water feature that is simply a large blow-up pool within an empty swimming pool, which at times is filled with dirty water, and that (2) the Park has not experienced high demand for tourists.

88. On August 3, 2023, before the market opened, the Individual Defendants participated in the Company's First Half of Fiscal Year 2023 Earnings Conference Call.

89. On this call, Defendant Jin stated the following about the Company's prospects in light of industry recovery from the effects of the COVID-19 pandemic: "As the tourism and entertainment industries are recovering, ***we expect an increasing number of tourists***. Especially during the summer holiday, we look forward to seeing

more young people and their friends and families visit our amusements and water parks. We will make every effort to ensure they enjoy their visit." (Emphasis added.)

90. Defendant Jin also stated: "***We are seeing more visitors as our parts return to normal operations, and we keep enhancing management and operations to control costs, improve efficiency, and enhance visitor satisfaction***."

***91.*** CFO Gong also stated: "***Gross profit from sales of in-park recreation increased RMB7.1 million compared to the same period in 2022, primarily due to increased revenue from higher visitor numbers, as the amusement parks largely returned to normal operations during the period as a result of the reduced COVID-19 restrictions in China***."

92. During the Q&A portion of the call, in response to a question "about how the proceeds from this IPO are being spent to support your strategic initiatives?," Defendant Jin answered: "***We have started a comprehensive upgrade of our six parks since June 11, 2023, and this upgrade is expected to be completed by the end of September this year, and move is expected to further improve with just experience and safety***."

93. For another Q&A regarding the "net income has gone up by roughly 12%, which is really impressive. So what are the key factors that contributed to this big increase?," Defendant Jin stated: "***China's lessened COVID-19 restrictions have led to***

***a recovery in its tourism industry. And because of this, the operations of our six parks have all returned to the pre-pandemic level***."

94. In response to another question about "the easing of COVID-19 restrictions in China, so how is Golden Heaven Group planning to ensure the safety of your park visitors?," Defendant Jin answered: "***As mentioned earlier, we have started a comprehensive upgrade of our six parks on June 11 this year [2023], and as it is expected to be completed by the end of this September [2023].*** This move is expected to further improve the tourist experience and safety."

95. CFO also reiterated that "[a]t present lessened COVID-19 restrictions have led to a recovery in China's tourism ***and the operations of our six parks have all returned to the pre-pandemic level***."

96. Defendant Jin further stated that "[w]e are ***mapping our strategy initiatives to improve the environment and facilities of our amusement parks***, leveraging our parks good geographic locations and fun rides attractions, ***we are well positioned for even stronger business growth***, which we believe will translate into greater shareholder value." (Emphases added.)

97. These August 3, 2023 statements in ¶¶ 89-96 were materially false and misleading because they (1) omitted that many of the Company's parks were in poor condition and as such attracted little attendance, resulting in limited prospects for

business growth (2) overstated the extent to which the Company could reasonably expect increasing numbers of tourists, given the poor conditions at many of the Company's parks, (3) the Company did not, as of June 2024, complete or otherwise meaningfully conduct a "comprehensive upgrade" of its six parks, (4) operations could not have returned to reported pre-pandemic levels given those were beyond many of the parks' capacities and the poor condition of the facilities would not attract that level of demand, and (5) thus, the reported "gross profit" increase based on park attendance cannot be accurate.

98. On October 23, 2023, the Company released a press release, entitled "Golden Heaven Group Holdings Ltd. Announces Approximately 10% Year-on-Year Traffic Growth during China's 2023 Mid-Autumn Festival and National Day Holidays", wherein the Company stated that, "[s]ince September 30, 2023, Mangshi Jinsheng Amusement Park, which is one of the six parks, has been temporarily closed." Further, the Company announced that the temporary closure of Mangshi Jenshing Park was a "strategic decision to explore the future business development of such park[.]"

99. These statements were materially false and misleading because, on information and belief, the Mangshi Jenshing Park had likely been closed for a longer period of time than September 30, 2023, as discussed below.

100. The statements contained in ¶¶ 57-99 were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations and prospects, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Golden Heaven's amusement parks are in generally poor condition; (ii) Golden Heaven materially overstated the number of visitors to its amusement parks and overall growth prospects, and (iii) as a result, Defendants' statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

### F. The Truth Emerges

101. On November 13, 2023, during market hours, Hindenburg Research ("Hindenburg") posted on X.com (formerly known as Twitter) a series of posts under the heading "NEW FROM US: We Are Short Golden Heaven Group, Another Classic 'China Hustle.'"

102. Hindenburg first noted that Golden Heaven purportedly operates six properties in southern China, including amusement parks, water parks and recreational facilities. Hindenburg then noted that Golden Heaven's share price has dramatically

gone up in value since the Company's April 2023 initial public offering, despite little news to justify the gains. Hindenburg posted, in relevant part, the following:


Hindenburg Research @HindenburgRes · Nov 13

$GDHG IPO'd on NASDAQ in April 2023 at $4/share.

Its stock has mysteriously rocketed ~493% in 7 months despite little news to justify such a move.

(3/n)

- August 03, 2023 - the company reported 10% year over year growth in traffic during China's mid-autumn and national day holiday.
- August 09, 2023 - the company announced it had "partnered" with a construction company to help it build new parks.
- October 06, 2023 - the company announced that its underwriters agreed to provide a waiver for unlocking insider shares early.
- October 23, 2023 - the company announces lackluster results, with total revenue declines of 3.3% year over year and net income increasing by 2%.

2 11 135 49K

103. Hindenburg then noted how Golden Heaven had claimed that, in 2022, it had hosted 2.41 million guests across its six parks, driving over $41.8 million in revenue for the 2022 fiscal year. Hindenburg stated that these were "hardly levels" that would justify the Company's $1.2 billion market capitalization as of November 12, 2023.

104. Hindenburg then stated that its research showed that Golden Heaven's CEO, Defendant Jin, has "a history of undisclosed fraud allegations and asset freezes in China", that "[t]he company was taken public by securities firms with multiple FINRA

infractions" and that Golden Heaven's "***claimed high-tech parks appear to be dystopian hellscapes***." (Emphasis added.)

105. Hindenburg then referenced how Defendant Jin and her husband were accused of defrauding Chinese investors in Fujian Haichuan Pharmaceutical Technology Development Co., Ltd. ("Fujian"), a company that they controlled. According to Hindenburg, "[u]npaid judgments from the alleged fraud resulted in Jin Qiong being restricted from travel[.]"

106. Hindenburg then stated "[w]e visited each [Golden Heaven] park on the weekend, typically when amusement parks are busiest, expecting to find vibrant and heavily trafficked parks as suggested in the company's investor materials."

107. In particular, Hindenburg noted that Golden Heaven's largest park (by number of guests), Yueyang Park, accounted for 36% of total guests. As seen below, Hindenburg stated that, "[a]ccording to the company, [Yueyang Park] had 890,000 guests in 2022, or 2,400/day, despite having just a 1,100 guest capacity":




108. In contrast to Golden Heaven's claims about Yueyang Park, Hindenburg stated that its investigator visited the property on a Saturday and observed only "***about 10 cars in the lot around noon***", and that the amusement park was nearly empty. (Emphasis added.)

109. Hindenburg noted that, as seen below, a "water attraction" was a "large pond full of trash":

**Hindenburg Research** @HindenburgRes · Nov 13

Our investigator visited $GDHG's claimed most-visited property on a Saturday and observed only about 10 cars in the lot around noon.

The park was nearly empty.

A "water attraction" was a large pond full of trash.

(15/n)



6 59 316 110K

110. Hindenburg then discussed Golden Heaven's second largest park by number of guests, the Changde Jinsheng Amusement Park, which Hindenburg stated had accounted for 21% of guests across all parks. Hindenburg stated that "[w]e visited [the Changde Jinsheng Amusement Park] on a Sunday at around 10am. ***There were about 20 cars in the lot and slightly more visitors.***" (Emphasis added.) Hindenburg then showed

images of the park with very few guests on rides, calling into question Golden Heaven's claims about its visitor numbers:




111. Hindenburg then noted that Golden Heaven's third largest park, the Yunnan Yuxi Jinsheng Amusement Park ("Yunnan Yuxi Park"), which purportedly accounted for 16% of total guests in 2022, had a reported 370,000 guests in 2022, an average of a little over 1,000 guests per day.

112. Hindenburg revealed that its investigator arrived at Yunnan Yuxi Park "around 9am on a Saturday, and stayed for around 7 hours." Further, "[t]he investigator

checked the parking lot roughly every hour. The checks show activity peaked at around 63 cars in the afternoon." Hindenburg then included the below image in its posts, showing that Yunnan Yuxi Park was uncrowded on a Saturday:



(Source: Hindenburg Investigator)

113. Hindenburg then noted that Tongling West Lake, Golden Heaven's fourth largest park, which purportedly accounted for 15% of Golden Heaven's total guests in 2022, had a "***'water feature' [that] was a small blow-up pool with dirty water in what seemed to be a far larger, otherwise empty pool structure***." (Emphasis added). Below is an image of the blow-up pool:

Hindenburg Research @HindenburgRes · Nov 13

The company's 4th Largest Park, Tongling West Lake, accounted for 15% Of Golden Heaven's total guests in 2022.

Its 'water feature' was a small blow-up pool with dirty water in what seemed to be a far larger, otherwise empty pool structure.

(20/n)



(Source: Hindenburg Investigator)

3 13 135 45K

114. According to Hindenburg, Golden Heaven's next-largest amusement park is the Qujing Jinsheng Amusement Park. Hindenburg stated that it "***counted a maximum of 44 cars in the parking lot during late morning and early afternoon***" and that "[a]n attendant told our investigator ***that the park was as 'busy as it normally was***.'" (Emphases added.)

115. Golden Heaven's sixth largest park by attendance, the Mangshi Jenshing Park, was temporarily closed as of September 30, 2023. However, while Hindenburg

noted that Golden Heaven disclosed that the park has been closed since September 30, 2023, Hindenburg found evidence that this particular park has been closed for a longer-than-disclosed period of time. In particular, Hindenburg found that the park had been "overgrown with mature weeds and other signs of long-term deterioration", and provided the following images of the park:



(Source: Hindenburg Investigator)




游乐
请各位家长
工作人员开门后
游玩，禁止擅自进入
后果自负
感谢您的

116. On this news, Golden Heaven's share price declined by $6.63 per share, or 27.9%, on high trading volume, to close at $17.12 per share on November 13, 2023.

117. On November 16, 2023, during pre-market hours, Golden Heaven issued a response to Hindenburg's allegations in a press release (the "November 16 Press Release"), entitled "Golden Heaven Group Holdings Ltd. Offers Response to Deceptive, Fabricated Postings", which largely failed to address, much less rebut, Hindenburg's allegations.

118. Golden Heaven issued the press release in what it described as "in response to baseless allegations that appeared on certain websites believed to be supported and working in concert with short sellers."

119. In that statement, the Company attacked the credibility of the Hindenburg report and vowed to respond to those "allegations" and to "hold[] those behind these baseless attacks responsible."

> Golden Heaven strongly believes that the carelessly assembled report contains numerous errors of facts, misleading speculations and malicious interpretations of events surrounding the Company's operations.
>
> The report presents both an array of factual errors and numerous inflammatory and misleading statements demonstrating a fundamental lack of understanding of the Company financial statements and our business.
>
> Moreover the report was designed to encourage market fear by taking unsubstantiated and uncorroborated pictures and assertions that are designed to cause fear and panicked selling in a global capital market that is already precarious.

> Golden Heaven's Board of Directors has been informed of the allegations and will consider and decide on the necessary and appropriate course of action in response to the allegations.
>
> ***Golden Heaven will release additional, detailed information concerning the allegations in due course.***
>
> ***The Company is committed to providing full and accurate disclosure to investors and to rebutting any false claims that attempt to undermine confidence in its business, management, operations and prospects. The Company is planning on launching a full investigation and holding those behind these baseless attacks responsible.***
>
> The Company's management and Board of Directors wishes to thank its loyal shareholders who were able to tell the truth from the baseless scare tactics that has kept the stock price stable.

(Emphasis added.)

120. Following publication of the November 16 Press Release, in apparent response to the Company's lack of a detailed rebuttal, Golden Heaven's stock price fell $1.35 per share, or 6.83%, to close at $18.43 per share on November 16, 2023.

121. On December 6, 2023, during after-market hours, and still without having issued a more detailed response to Hindenburg's allegations—despite the Company stating it would do so nearly two months earlier in the November 16 Press Release—Golden Heaven issued another press release (the "December 6 Press Release"), entitled "Golden Heaven Group Holdings Ltd. Intends to Enter into an Operating Lease Framework Agreement with a Top-tier Chinese Amusement Group", the contents of

which signaled to investors that Golden Heaven could not rely on its own amusement parks to fuel the Company's desired business growth and market position in China. Specifically, the December 6 Press Release stated:

> Golden Heaven . . . today announced that it intends to enter into an operating lease framework agreement . . . with a top-tier Chinese amusement group . . .The Group is a subsidiary of a prominent Chinese tourism group, ranking among China's top 30 national cultural enterprises and top 20 tourism groups.
>
> This Agreement is expected to mark a significant step in Golden Heaven's strategic business expansion efforts, and is aimed at enhancing Golden Heaven's market position by leveraging the Group's strong presence in the Chinese amusement park industry.
>
> Pursuant to the Agreement, that is presently under negotiation, the Group's theme park . . . is expected to become the pilot leased park to the [Golden Heaven]. The finalized operating lease rights, lease schedules and other terms of the Agreement will be settled with the ongoing negotiation.

122. As Defendant Jin commented:

> "We are thrilled to collaborate with an established player in the amusement park business. We anticipate that the proposed Agreement we are negotiating will assist us in our journey for market expansion in China and believe it may pave the way for more strategic partnerships. . . By drawing on the strengths of our partner, who we understand has a market base in many large cities in China, we hope to accelerate our expansion and elevate our guest experiences."

123. Following publication of the December 6 Press Release, Golden Heaven's stock price fell $18.76 per share, or ***88.99%***, to close at $2.32 per share on December 7, 2023.

124. Then, on December 8, 2023, during market hours, *Bloomberg* published an article (the "Bloomberg Article"), entitled "Chinese Amusement Park Falls 90% a Month After Hindenburg Short" (subsequently updated to "Chinese Park Owner Falls 93% a Month After Hindenburg Short"), which, in addition to commenting on Golden Heaven's recent sharp share price decline on December 7, 2023, quoted an email from Hindenburg's founder, stating, *inter alia*:

> ***"Unfortunately, the Nasdaq exchange is littered with dozens of obvious China-based scams. These companies commonly lure in unsuspecting U.S. retail investors through Telegram, Discord, or WhatsApp chat groups then exit through the kind of 'rug pull' decline we are seeing with Golden Heaven," Anderson, founder of Hindenburg Research, said in an email, adding that he has raised the issue with Nasdaq.***
>
> Golden Heaven Group did not respond to a Bloomberg News request for comment outside of its normal business hours.
>
> Earlier this week, Golden Heaven Group announced strategic initiatives to expand its business, and said it intends to enter into an operating lease framework agreement with an unnamed top-tier Chinese amusement group.

(Emphasis added.)

125. Following publication of the Bloomberg Article, Golden Heaven's stock price fell $0.96 per share, or 41.38%, to close at $1.36 per share on Friday, December 8, 2023. The Company's stock price continued to fall the following trading session by $0.05 per share, or 3.68%, to close at $1.31 per share on Monday, December 11, 2023.

126. In addition, on March 6, 2024, the Company filed a form 6-K with the SEC relating that Defendant CEO Jin "notified Golden Heaven . . . of her resignation as the chief executive officer, the chairperson of the board of directors . . . and a director of the Company, effective March 4, 2024." Defendant Jin "has advised that her resignation was due to personal reasons and not as a result of any disagreement with the Company on any matter related to the operations, policies, or practices of the Company."

127. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's common shares, Plaintiff and other Class members have suffered significant losses and damages.

### G. Plaintiff's Independent Investigation Confirms The Truth

128. Plaintiff's own independent investigation confirmed Hindenburg Research's revelation about the actual low attendance and poor state of the Golden Heaven parks. A due diligence team from Plaintiff's investigative firm also visited the six parks in the month of June 2024—peak summertime for vacations and attractions.

129. In late June 2024,[1] the due diligence team spent the entire day at the Yueyang Amusement World—Golden Heaven's largest park, with a capacity of 1,100 parkgoers. Investigators found, during that entire day, the park was almost completely

[1] Given the low number of visitors in each park, date visits are intentionally approximated to avoid identifying the investigative team.

empty. On that day, the investigative team counted about 12 visitors at noon, and only about 20 guests total throughout the afternoon.

130. The Yueyang Amusement Worlds parking lot tells the same story about the true lack of visitors. The due diligence team noted that there were 0 cars in the lot at 9:00AM, three cars at 12:00PM, and five cars at 3:00PM.

131. A picture of this lot taken at 11:00AM is below. Only two cars are visible.



132. The park's two entrances were equally bereft of activity. The investigator also noted that the promotional information at the entrance is still for the Chinese New Year Festival period, which is from February 10th to February 16, 2024—four months earlier.







133. Pictures of the main rides and attractions showcase a ghost town, with rusty, idle rides ridden by no park-goers.















134. Also in late June 2024, the due diligence team spent the day at the second largest park, Changde Jinsheng Amusement Park, which has a capacity of 850 guests. During that day, the team witnessed anywhere from 100 to maximum 200 visitors.

135. The entrances of the park had no line, and both were empty:





136. Pictures from inside the park reveal a largely empty facility, and rides that are not well maintained:








冰河部落
出口






137. In late June 2024, the team visited the fourth largest park, the Tongling West Lake Amusement World, with a capacity of 700 guests. There were barely any cars in the parking lot or visitors in the park. And, according to the conversation with the employees in the park, the parking lot can handle only about 60 cars.

138. The park's entrance was barren.






139. The rides and attractions also had hardly any attendees.








入口


入口






TAGADA


梦幻儿童乐园




140. Early in June 2024, the due diligence team visited the Yuxi Jinsheng Amusement Park, the fifth largest park with a capacity of 530 visitors. During that time, the team witnessed only about 50 visitors in the morning, and around 80-120 guests in the afternoon.

141. Photos of the park entrance and office reveal no line or crowd overflow, and also no signs of human life. In addition, the park office has no employees or park attendants.



(Entrance)




(Office)

142. Like the other parks, the pictures of the rides and attractions reveal no little to no crowds or riders:






双人飞天 15元/船
咖啡杯 15元/船
太空漫步 20元/车
激战鲨鱼岛 20元/船
花果山漂流 15元/船
售卡处







143. Also early in June 2024, the due diligence team visited the sixth largest park, the Qujing Jinsheng Amusement Park, with a capacity of 480 guests.

144. The park appeared to be completely vacant. The diligence team saw *no* visitors the entire day. No one was using the rides and attractions. Moreover, the team passed the park office two times, but did not see a single Golden Heaven employee.

145. The park entrances were completely barren.






146. The team also noted how the equipment of those rides and attractions looked old, rusty, and in disrepair.








花果山漂流


水帘洞



147. In mid-June 2024, the due diligence team visited the third largest park, Mangshi Jinsheng Amusement Park, with a capacity of 740. While the Company stated in the annual report that this park has been temporarily closed since September 30, 2023, the due diligence team nevertheless visited the park.

148. While there were no visitors due to the closure, the team noticed that the equipment was in need of maintenance.







**H. <u>Scienter Allegations for the Exchange Act Claims</u>**

149. During the Class Period, Defendants had both the motive and opportunity to commit fraud. They also had actual knowledge of the misleading nature of the statements they made, or acted in reckless disregard of the true information known to them at the time. In so doing, Defendants participated in a scheme to defraud and committed acts, practices, and participated in a course of business that operated as a fraud or deceit on purchasers of the Company's securities during the Class Period.

150. ***Financial motivation for fraud in U.S***. Immediately before and after the IPO, Defendant Jin owned 15 million ordinary shares of Golden Heaven, constituting 30% of Golden Heaven's total outstanding shares before the IPO and 28.85%

immediately after the IPO. As it is nearly impossible for Golden Heaven to go public in China with the condition of these six parks, going public in the U.S. with an inflated IPO valuation is far more lucrative for such an insider shareholder. In addition, going public in the U.S. means the stocks of Golden Heaven can be sold and transacted in U.S. dollars, which can be exchanged into any other currency. However, if the controllers of the Company only hold stocks/assets in terms of RMB (currency in China), instead of U.S. dollar, they would be subject to the capital control rules from the Chinese government if they want to exchange the RMB assets into other currency assets, such as U.S. dollar. Moreover, a U.S. IPO avoids domestic (Chinese) legal financial enforcement actions. Where assets potentially subject to fraud are overseas (i.e. in the U.S., not in China), the legal financial enforcement in China may not be able to apply to the controllers' assets overseas. In addition, Defendant CEO Jin's asset freeze could provide motivation for other sources of quick cash.

151. ***Magnitude of the fraud***. As alleged above, Golden Heaven severely inflated the number of park guests, which is the admitted key metric providing revenue for the Company. While the Company's disclosures would have the market believe the parks were over maximum capacity, in reality, the parks barely attracted a fraction of that amount—and in some cases, were totally abandoned. In addition, the Company wildly overstated the condition and quality of the rides and attractions that form the basis

of the demand among those guests. While the Company continuously lauded the thrilling array of options for parkgoers, the reality reveals shoddy and ill-maintained equipment that could not foster any current or future demand. Moreover, Defendants' public statements since the IPO relayed how capital would be used to "upgrade" the parks by September 2023—yet site visits in November 2023 and June 2024 show no progress. Finally, the Company also misrepresented the personnel available to ensure those facilities are working and safe to accommodate any demand from guests—overstating the number of hires three times over. The magnitude and duration of this fraud is strongly indicative of scienter.

152. ***Denial of the specific fraud with no counterstatement***. Defendants pointedly denied that the specific frauds alleged herein were occurring. In a press statement issued on November 16, 2023, Golden Heaven described the allegations of inflated park guests and poor condition of the parks as am "array of factual errors and numerous inflammatory misleading statements," assuring the public that Golden Heaven "will release additional, detailed information concerning the allegations in due course." Yet to date, over seven months later, Golden Heaven has *not* responded to these "allegations." The lack of any true defense is strong evidence that the Defendants statements were, in fact, fraudulent.

153. ***Sale of Golden Heaven parks a year prior***. While the IPO valued Golden Heaven at $200 million dollars, disclosures in the Prospectus relate that Defendant Jin had sold all six parks from a related entity for only $7.5 million a year earlier—another confirmation that the parks are wildly overvalued.

154. ***Defendant CEO Jin's departure***. Defendant Jin's departure so soon after the truth was revealed raises an inference of misconduct at the executive level with respect to the Golden Heaven launch and post-launch representations about its financial status.

155. ***Core operations***. These operations and metrics were so important to Golden Heaven's business that Defendants knew, or were severely reckless in not knowing about them. Indeed, Golden Heaven has related how the vast majority of its revenue (over 90%) derives from park attendance. That attendance, in turn, relies on the condition of the parks. It strains credulity to believe that Defendants were not aware these key drivers of revenue were not accurate, particularly in light of the repeated statements during and after the IPO touting these inflated numbers.

## I. Class Action Allegations for the Exchange Act Claims

156. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class consisting of all persons or entities other than defendants who acquired the Company's securities publicly traded on the NASDAQ during the Class Period, and who were damaged thereby (the "Class").

Excluded from the Class are Defendants, the officers and directors of the Company, members of the Individual Defendants' immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

157. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, the Company's securities were actively traded on the NASDAQ. While the exact number of Class members is unknown to Plaintiff at this time and can be ascertained only through appropriate discovery, Plaintiff believes that there are hundreds, if not thousands of members in the proposed Class.

158. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

159. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation. Plaintiff has no interests antagonistic to or in conflict with those of the Class.

160. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

- whether the Exchange Act was violated by Defendants' acts as alleged herein;

- whether statements made by Defendants to the investing public during the Class Period misrepresented material facts about the business and financial condition of the Company;
- whether Defendants' public statements to the investing public during the Class Period omitted material facts necessary to make the statements made, in light of the circumstances under which they were made, not misleading;
- whether the Defendants caused the Company to issue false and misleading filings during the Class Period;
- whether Defendants acted knowingly or recklessly in issuing false filings;
- whether the prices of the Company's securities during the Class Period were artificially inflated because of the Defendants' conduct complained of herein; and
- whether the members of the Class have sustained damages and, if so, what is the proper measure of damages.

161. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

162. Plaintiff will rely, in part, upon the presumption of reliance established by the fraud-on-the-market doctrine in that:

- the Company's shares met the requirements for listing, and were listed and actively traded on the NASDAQ, an efficient market;

- as a public issuer, the Company filed periodic public reports;
- the Company regularly communicated with public investors via established market communication mechanisms, including through the regular dissemination of press releases via major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services;
- the Company's securities were liquid and traded with moderate to heavy volume during the Class Period; and
- the Company was followed by a number of securities analysts employed by major brokerage firms who wrote reports that were widely distributed and publicly available.

163. Based on the foregoing, the market for the Company's securities promptly digested current information regarding the Company from all publicly available sources and reflected such information in the prices of the shares, and Plaintiff and the members of the Class are entitled to a presumption of reliance upon the integrity of the market.

164. Alternatively, Plaintiff and the members of the Class are entitled to the presumption of reliance established by the Supreme Court in *Affiliated Ute Citizens of the State of Utah v. United States*, 406 U.S. 128 (1972), as Defendants omitted material information in their Class Period statements in violation of a duty to disclose such information as detailed above.

**J. <u>Claims Under Section 10(b) and 20(a) of the Exchange Act</u>**

**<u>COUNT I</u>**

**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)**

165. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

166. This Count is asserted against Defendants and is based upon Section 10(b) of the Exchange Act, 15 U.S.C. § 78j(b), and Rule 10b-5 promulgated thereunder by the SEC.

167. During the Class Period, Defendants, individually and in concert, directly or indirectly, disseminated or approved the false statements specified above, which they knew or deliberately disregarded were misleading in that they contained misrepresentations and failed to disclose material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading.

168. Defendants violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder in that they:

- employed devices, schemes and artifices to defraud;
- made untrue statements of material facts or omitted to state material facts necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or
- engaged in acts, practices and a course of business that operated as a fraud or deceit upon plaintiff and others similarly situated in

connection with their purchases of the Company's securities during the Class Period.

169. Defendants acted with scienter in that they knew that the public documents and statements issued or disseminated in the name of the Company were materially false and misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated, or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the securities laws. These defendants by virtue of their receipt of information reflecting the true facts of the Company, their control over, and/or receipt and/or modification of the Company's allegedly materially misleading statements, and/or their associations with the Company which made them privy to confidential proprietary information concerning the Company, participated in the fraudulent scheme alleged herein.

170. The Individual Defendants, who are the senior officers of the Company, had actual knowledge of the material omissions and/or the falsity of the material statements set forth above, and intended to deceive Plaintiff and the other members of the Class, or, in the alternative, acted with reckless disregard for the truth when they failed to ascertain and disclose the true facts in the statements made by them or any other of the Company's personnel to members of the investing public, including Plaintiff and the Class.

171. As a result of the foregoing, the market price of the Company's securities was artificially inflated during the Class Period. In ignorance of the falsity of Defendants' statements, Plaintiff and the other members of the Class relied on the statements described above and/or the integrity of the market price of the Company's securities during the Class Period in purchasing the Company's securities at prices that were artificially inflated as a result of Defendants' false and misleading statements.

172. Had Plaintiff and the other members of the Class been aware that the market price of the Company's securities had been artificially and falsely inflated by Defendants' misleading statements and by the material adverse information which Defendants did not disclose, they would not have purchased the Company's securities at the artificially inflated prices that they did, or at all.

173. As a result of the wrongful conduct alleged herein, Plaintiff and other members of the Class have suffered damages in an amount to be established at trial.

174. By reason of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder and are liable to Plaintiff and the other members of the Class for substantial damages which they suffered in connection with their purchases of the Company's securities during the Class Period.

**COUNT II**

**(Violations of Section 20(a) of the Exchange Act Against the Individual Defendants)**

175. Plaintiff repeats and realleges each and every allegation contained in the foregoing paragraphs as if fully set forth herein.

176. During the Class Period, the Individual Defendants participated in the operation and management of the Company, and conducted and participated, directly and indirectly, in the conduct of the Company's business affairs. Because of their senior positions, they knew the adverse non-public information about the Company's false financial statements.

177. As officers of a publicly owned company, the Individual Defendants had a duty to disseminate accurate and truthful information with respect to the Company's' financial condition and results of operations, and to correct promptly any public statements issued by the Company which had become materially false or misleading.

178. Because of their positions of control and authority as senior officers, the Individual Defendants were able to, and did, control the contents of the various reports, press releases and public filings which the Company disseminated in the marketplace during the Class Period concerning the Company's results of operations. Throughout the Class Period, the Individual Defendants exercised their power and authority to cause the Company to engage in the wrongful acts complained of herein. The Individual

Defendants, therefore, were "controlling persons" of the Company within the meaning of Section 20(a) of the Exchange Act. In this capacity, they participated in the unlawful conduct alleged which artificially inflated the market price of the Company's securities. By reason of the above conduct, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act for the violations committed by the Company.

## II. VIOLATIONS OF THE SECURITIES ACT

### A. The Nature Of The Securities Action

179. This is a class action on behalf of persons or entities who purchased or otherwise acquired publicly traded Golden Heaven securities between April 13, 2023 and December 8, 2023, inclusive (the "Class Period"). Plaintiff seeks to recover compensable damages caused by Defendants' violations of the federal securities laws under the Securities Act of 1933 (the "Securities Act").

180. Founded in 2020 and headquartered in China, Golden Heaven is a Cayman Islands holding company that, through six Chinese-based operating companies, "manages and operates six properties consisting of amusement parks, water parks, and complementary recreational facilities."

181. In an April 2023 IPO, Golden Heaven's Offering Documents touted the throngs of park guests visiting its facilities—numbers in the hundreds of thousands in every fiscal year the Company has existed. And, now that China's COVID-era policies were dissipating, the Company also assured investors that this growth would only

continue given the thrilling, well-maintained rides and attractions drawing in continued demand from the nearly 21 million local Chinese citizens living nearby the parks' agates. Given this strong infrastructure and runway for expansion, the IPO valued the Company's six parks at $200 million. Over the next few months following the IPO, apparently upon further assurances of growth, the stock rose an unbelievable 300%.

182. The truth, however, was not so golden. Throughout the Class Period, Defendants made materially false and misleading statements regarding the Company's business, operations, and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that Defendants' (1) vastly overstated the reported numbers of park guests (and thus revenue from that attendance), (2) severely inflated the number of employees maintaining these parks, and (3) mislead the market about the true state of the park's rides and attractions. In reality, as confirmed by Hindenburg Research and Plaintiff's own investigative firm, the parks were ill-maintained "dystopian hellscapes," attracting a small fraction of their reported capacity—and for some, no visitors at all.

183. When this truth came out—and the Company failed to offer a promised rebuttal— Golden Heaven shares took a nosedive, down 88.99%. As the Hindenburg Research founder related, "[u]nfortunately, the Nasdaq exchange is littered with dozens of obvious China-based scams," "lur[ing] in unsuspecting U.S. retail investors through

Telegram, Discord, or WhatsApp chat groups then exit[ing] through the kind of 'rug pull' decline we are seeing with Golden Heaven."

184. Indeed, as a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

**B. <u>Jurisdiction And Venue for the Securities Act Claims</u>**

185. The claims asserted herein arise under and pursuant to Sections 11 and 12(a)(2) of the Securities Act, 15 U.S.C. §§§§ 77k, 77l(a)(2).

186. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331, and Section 22 of the Securities Act, 15 U.S.C. § 77v.

187. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b) and Section 22 of the Securities Act (15 U.S.C. § 77v) as the alleged misstatements entered and the subsequent damages took place in this judicial district.

188. In connection with the acts, conduct and other wrongs alleged in this complaint, Defendants, directly or indirectly, used the means and instrumentalities of interstate commerce, including but not limited to, the United States mails, interstate telephone communications and the facilities of the national securities exchange.

**C. <u>The Securities Act Parties</u>**

189. Plaintiff, as set forth in the accompanying Certification, incorporated by reference herein, purchased Golden Heaven securities during the Class Period and was economically damaged thereby.

190. Golden Heaven is an offshore holding company incorporated in the Cayman Islands with principal executive offices located at No. 8 Banhouhaichuan Road, Xiqin Town, Yanping District, Nanping City, Fujian Province, the People's Republic of China ("China") 353001. Golden Heaven's shares trade in an efficient market on the Nasdaq Capital Market ("NASDAQ") under the ticker symbol "GDHG".

191. Defendant Qiong Jin ("Jin") has served as Golden Heaven's Chief Executive Officer ("CEO") and as Chairman of the Company's Board of Directors at all relevant times.

192. Defendant Jinguang Gong ("Gong") has served as Golden Heaven's Chief Financial Officer at all relevant times.

193. Defendant Bin Chen ("Chen") has served as one of Golden Heaven's Directors at all relevant times.

194. Defendant Daofu Lin ("Lin") has served as one of Golden Heaven's Directors at all relevant times.

195. Defendant Colleen A. De Vries ("De Vries") was at the time of the IPO Golden Heaven's duly authorized representative in the United States ("U.S.").

Defendant De Vries signed the materially false and misleading Registration Statement on her own behalf and on behalf of Defendant Cogency Global Inc. ("Cogency Global"), Defendant De Vries' employer.

196. Defendants Jin, Gong, Chen, Lin and De Vries are collectively referred to herein as the "Individual Defendants."

197. Each of the Individual Defendants directly participated in the management of the Company; was directly involved in the day-to-day operations of the Company at the highest levels; was privy to confidential proprietary information concerning the Company and its business and operations; was directly or indirectly involved in drafting, producing, reviewing and/or disseminating the false and misleading statements and information alleged herein; was directly or indirectly involved in the oversight or implementation of the Company's internal controls; was aware of or recklessly disregarded the fact that the false and misleading statements were being issued concerning the Company; and/or approved or ratified these statements in violation of the federal securities laws.

198. The Company is liable for the acts of the Individual Defendants and its employees under the doctrine of respondeat superior and common law principles of agency because all of the wrongful acts complained of herein were carried out within the scope of their employment.

199. The scienter of the Individual Defendants and other employees and agents of the Company is similarly imputed to Golden Heaven under respondeat superior and agency principles.

200. Defendant Golden Heaven and the Individual Defendants are collectively referred to herein as "Defendants."

201. Defendant Revere Securities LLC ("Revere") served as an underwriter for the Company's IPO.

202. Defendant R.F. Lafferty & Co., Inc. ("R.F. Lafferty") served as an underwriter for the Company's IPO.

203. Defendants Revere and R.F. Lafferty are referred to herein as the "Underwriter Defendants."

204. Pursuant to the Securities Act, the Underwriter Defendants are liable for the false and misleading statements in the Registration Statement as follows:

205. The Underwriter Defendants are investment banking houses that underwrite public offerings of securities, and they were the underwriters for the Golden Heaven IPO and thus received fees from that IPO. The Underwriting Defendants facilitated and planned Golden Heaven's IPO, allegedly conducting due diligence into the Company, its operations, and finances. This gave the Underwriting Defendants access to internal business information regarding the Company's business and finances. These

Underwriting Defendants also would have access to the Company's lawyers and executives during this purported investigation and diligence in helping launch the Company's IPO. Given this access, the Underwriter Defendants knew of, or in the exercise of reasonable care should have known of, the Company's existing fraud as related herein.

206. Indeed, the Underwriter Defendants in fact caused the Registration Statement to be filed with the SEC and declared "effective" in connection with the offers and sales of the shares registered thereby, including those to Plaintiff and the other members of the Class.

207. The Underwriter Defendants have an agreement with Golden Heaven that the Individual Defendants that Golden Heaven would indemnify and hold the Underwriter Defendants harmless from any liability under the federal securities laws.

208. Defendant Cogency Global was Golden Heaven's authorized U.S. representative for purposes of the IPO. Defendant De Vries, who signed the Registration Statement, was an employee of Defendant Cogency Global. As a result, Defendant Cogency Global is liable for the securities law violations committed by Defendant De Vries in its capacity as an employer and as a control person under the Securities Act.

209. Defendant BF Borgers CPA PC was Golden Heaven's authorized accounting firm that audited Golden Heaven's financials for the Golden Heaven IPO,

issued the audit report for the IPO, and signed the Registration Statement. The Prospectus stated: Golden Heaven's "consolidated financial statements . . . have been included herein and in the registration statement in reliance upon the report of BF Borgers CPA PC, an independent registered public accounting firm, given on the authority of said firm as experts in auditing and accounting." The audit report prepared stated BF Borger's CPA PC's "audit included performing procedures to assess the risks of material misstatement of the financial statements, whether due to error or fraud, and performing procedures that respond to those risks. Such procedures included examining, on a test basis, evidence regarding the amounts and disclosures in the financial statements. Our audit also included evaluating the accounting principles used and significant estimates made by management, as well as evaluating the overall presentation of the financial statements. We believe that our audit provides a reasonable basis for our opinion." "In our opinion, the financial statements present fairly, in all material respects, the financial position of the Company . . . and the results of its operations and its cash flows for the years then ended, in conformity with accounting principles generally accepted in the United States."

210. Golden Heaven, the Individual Defendants, the Underwriter Defendants, BF Borgers CPA PC, and Cogency Global are sometimes collectively, in whole or in part, referred to herein as "Defendants."

**D. The Securities Act Substantive Allegations**

**1. Chinese-Based Amusement Park Company, Golden Heaven, Solicits U.S. Funding for IPO.**

211. Founded in 2020, Golden Heaven is a Cayman Islands holding company that, through six Chinese-based operating companies, "manages and operates six properties consisting of amusement parks, water parks, and complementary recreational facilities" with "[t]he parks provid[ing] a wide range of exciting and entertaining experiences, including thrilling rides, family-friendly attractions, water attractions, gourmet festivals, circus performances, and high-tech facilities" across southern China.

212. Golden Heaven's "corporate headquarters is in Yanping District, Nanping City, Fujian Province, China," which Golden Heaven dubs the "the birthplace of [the] Chinese amusement park industry."

213. Golden Heaven generates its revenue solely from those six amusement parks that it owned through its operating entities in China—i.e., Changde Park, Qujing Park, Tongling Park, Yuxi Park, Yueyang Park, and Mangshi Park.

214. Golden Heaven set its sights on the U.S. markets for an influx of cash in an upcoming April 2023 IPO. In a March 2023 investor presentation, Golden Heaven boasted that the six parks occupy 426,560 square meters, 139 rides and attractions, with a hefty 21 million "accessible population" from nearby Chinese residents. In that same presentation, "investment highlights," included offering

"easily accessible amusement park locations," "experienced senior management teams," "continued guest committed," and "quality and variety of cost-effective entertainment options," for those many guests.

215. In a snapshot of the "business overview," Golden Heaven showcased the lively, vibrant scenes from its parks:




216. The March 2023 presentation also lauded how "park guests have demonstrated their commitment to continually visiting the . . . parks, with guests revisiting the parks and reloading their prepaid [park access] cards . . . [and] [w]e estimate each prepaid card is used for approximately two to three times per week"—meaning visitors were coming back again and again throughout even a single week.

217. Golden Heaven also noted how, with COVID-era restrictions largely a thing of the past, it was poised for further growth in number of guests.

**2. During the IPO and After, Golden Heaven Touts Strong Demand from Park Guests and Well-Maintained Rides and Attractions at its Six Parks.**

218. The April 13, 2023 Prospectus echoed this rosy picture of Golden Heaven's current and future potential "as a leading amusement park operator in Yanping District and an active player in developing the Chinese amusement park industry," "aim[ing] to become the leading regional amusement park operator in China," promising "[t]o achieve our goal, we will endeavor to enhance guest experiences, develop appealing recreational products and services, boost our operational efficiency, and improve cost controls."

219. Like the investor presentation in March, the April Prospectus touted that "[t]he parks of the operating entities occupy approximately 426,560 square meters of land in the aggregate and are located in geographically diverse markets across the south of China," and "[d]ue to the geographical locations of the parks and the ease of travel, the parks are easily accessible to an aggregate population of approximately 21 million people," with "139 rides and attractions" drawing hundreds of thousands of people each year.

220. In the Prospectus, the Company showcased the strong numbers of park attendants throughout the last three fiscal years:

| **Golden Heaven Park** | **# of Guests attracted Fiscal Year Ended September 30, 2023** | **# of Guests attracted Fiscal Year Ended September 30, 2022** | **# of Guests attracted Fiscal Year Ended September 30, 2021** | **Full Park Capacity (# of Park Guests)** |
|---|---|---|---|---|
| Yueyang Amusement World | 600,000 | 890,000 | 930,000 | 1,100 |
| Changde Jinsheng Amusement Park | 350,000 | 530,000 | 520,000 | 850 |
| Tongling West Lake Amusement World | 340,000 | 350,000 | 350,000 | 700 |
| Yuxi Jinsheng Amusement Park | 340,000 | 370,000 | 320,000 | 530 |
| Qujing Jinsheng Amusement Park | 140,000 | 160,000 | 160,000 | 480 |
| Mangshi Jinsheng Amusement Park | 50,000 | 110,000 | 120,000 | 740 |

221. The numbers are important because, as the Prospectus noted, Golden Heaven's main revenue source (by far) is from park admittance. As the Company related, "[o]ur revenue is primarily generated from selling access to rides and attractions," and "revenue and net income have remained largely stable over the years." Indeed, "[i]n the fiscal years ended September 30, 2021, and 2022, our revenue was US$38,517,742 and US$41,788,19, respectively. For the same fiscal years, our net income was US$13,580,375 and US$14,328,374, respectively, and the number of guest visits at the parks totaled approximately 2.40 million and 2.41

million, respectively." This revenue from "guest spending on rides and attractions" "accounted for 97.17% and 94.23% of the total revenue, respectively."

222. Golden Heaven also lauded the condition and quality of the rides and attractions drawing these large crowds. As the Offering Documents attested, "[t]he parks offer a broad selection of exhilarating and recreational experiences, including both thrilling and family-friendly rides, water attractions, gourmet festivals, circus performances, and high-tech facilities." Indeed, the parks' rides and attractions are an impressive list including "roller coasters," "water coasters," "luxury carousels," "double-decker carousels," "pirate ships," "pendulum rides," "sky-high swing rides," "ice rinks," "bumper cars," "boat rides," and "Ferris wheels."

223. Golden Heaven also assured the market about the safety and condition of the rides and attractions. "Each park is managed by a full-time onsite professional team which is responsible for operations and management of such park" and "[t]he responsibilities of the park management team consist of overseeing daily operations, repairs and maintenance, marketing and sales, human resources and finance." "The operating entities review and maintain the safety and efficiency of all the rides and attractions" and the "professional maintenance personnel are well versed in the applicable safety standards, and they conduct both daily and monthly inspections on

all of the rides and attractions, to ensure compliance with the applicable national and industrial safety standards."

224. The Prospectus likewise assured investors that these "management teams were dedicated to maintaining the rides, ensuring the quality and safety of guest experience." Indeed, "[t]he operating entities are driven by the mission to provide quality services and valued experiences to each guest" and "[s]uch mission cannot be achieved without concerted efforts of the employees." Thus, Golden Heaven boasted a robust network of employees supporting these parks whereby "[i]n the fiscal years ended September 30, 2020, 2021, and 2022, the operating entities collectively hired 607, 610, and 617 full-time employees, respectively" and noting the Company "did not hire any seasonal or part-time employees."

225. Defendants maintained these representations after the IPO concluded on April 14, 2023. In June and July 2023, for instance, the Company issued press releases noting the continued—and, indeed, increasing—high summer demand for its rides and attractions. And, on the Company's first earnings call on August 3, 2023, Defendants reiterated this positive summer trend, seeing that guest count has "returned to normal" after China's COVID restrictions lifted. Defendants also teased that the six parks were undergoing "comprehensive upgrades" during June 2023, with expected completion by September 2023. And, on August 9, 2023, the

Company stated it had "partnered" with a construction company to build three new parks.

226. Apparently given this positive forecast, Golden Heaven stock continued to climb in the months after the IPO. In fact, by November 6, 2023, the stock had *surged 320%* from the IPO price. (Quam Ltd., "Golden Heaven Group - Another Gamestop?," Nov. 6, 2023). As one report noted, "that rapid rise has given Golden Heaven a lofty price-to-earnings (P/E) ratio of 44," whereas "U.S. giants Six Flags (SIX) and SeaWorld Entertainment (SEAS) trade well below that at multiples of 22 and 12, respectively." (Bamboo Works, Golden Heaven Group Coasts On Major Amusement Park Expansion, Nov. 3, 2023.) Indeed, as of November 12, 2023, Golden Heaven reported a market capitalization of an astounding $1.2 billion.

#### 3. Unknown to U.S. Investors, The Golden Heaven Parks Are Largely Empty, With Poorly Maintained Rides and Attractions.

227. Unbeknownst to U.S. investors, Golden Heaven grossly overstated its prospects for current and future revenue. Critically, Defendants misrepresented the number of park guests attending the parks each year—many of the cited valuation figures of attendance, when divided by 365 day per year, *exceed the daily maximum park capacity*. *Infra* ¶¶ 246-255. For instance, for Golden Heaven's largest park (by guest capacity), Yueyang Amusement World, Golden Heaven must have inflated the number of guests attending in the year 2023, given the stated number of 600,000

divided by 365 days in a year is 1,644, well beyond the park's stated maximum capacity of 1,100 per day. The numbers become even more unlikely for the stated attendance numbers for 2022, given 890,000 divided by 365 days is 2,438 guests per day, and for the year 2021, given 930,000 divided by 365 days is 2,547 guest per day. As Golden Heaven's revenue depends almost entirely on park attendance, Golden Heaven also must be misstating its stated revenue.

228. In addition to these blatant mischaracterizations, in both November 2023 and June 2024, investigators visited each park, discovering the truth that each is largely empty of guests (some entirely abandoned) and that the rides and attractions are in various states of disrepair. *Infra* ¶¶ 296-341. Moreover, close to *no* employees are managing and operating these rides, nor are they maintaining them.

229. The IPO also valued Golden Heaven at $200 million dollars, despite disclosures in the Prospectus relating that Defendant Jin had sold all six parks from a related entity for only $7.5 million a year earlier—another confirmation that the parks are wildly overvalued.

**4. Unknown to U.S. Investors, The Parties Promoting Golden Heaven's IPO and Financing Have A Shady Record of Performance.**

230. Unknown to U.S. investors, the Individual Defendants running Golden Heaven had a host of legal trouble. Chinese media reported in 2019 that Golden

Heaven's CEO, Defendant Jin, and her husband were accused of defrauding investors in China in a pharmaceutical company they controlled.

231. In addition, according to Qichacha (a Chinese database on business credit ratings), Defendant CEO Jin, is also subject to a limit on high consumption and equity freeze for her failure to satisfy outstanding judgments. An order restricting high consumption is an enforcement measure a Chinese court against a debtor until she fulfills her judgment obligations, and the intent is to limit the judgment debtor's high and nonessential spending for personal or business matters. Such limits include prohibitions on above-economy class accommodations for flights, trains, or ships; luxury star-rated hotels; real estate purchases or property construction; leased luxury apartments or offices; non-business-essential vehicles; luxury travel and vacations; high-end private schools; high premiums for insurance and financial products; or any other non-essential high consumption activities related to personal and professional life. To collect on a judgment, the Chinese government may also freeze assets, including the shares of Golden Heaven owned by Defendant Jin.




(Source: QCC)

232. Moreover, to go public in the U.S., Golden Heaven also employed brokers and auditors with questionable professional practices.

233. According to Bookrunner, IPO underwriters RF Lafferty and Revere have a track record of failed microcap IPOs, with a combined 2023 IPOs down an average of 51%.

**2023 Transactions as Underwriter, Bookrunner**

| | Date | Company | IPO Price | Closing Price on 11/10/2023 | ~Return since IPO |
|---|---|---|---|---|---|
| RF Lafferty | | | | | |
| | November-23 | Globavend Holdings | $ 4.00 | $ 1.89 | -53% |
| | October-23 | Northann Corp | $ 5.00 | $ 4.84 | -3% |
| | August-23 | Gym Direct/ Fitell | $ 5.00 | $ 2.80 | -44% |
| | July-23 | Janover | $ 4.00 | $ 0.74 | -82% |
| | July-23 | Prestige Wealth | $ 5.00 | $ 2.10 | -58% |
| | April-23 | HiTEK Global | $ 5.00 | $ 1.20 | -76% |
| | April-23 | Golden Heaven Group | $ 4.00 | **$ 23.75** | 494% |
| | April-23 | Millenium Group Intl | $ 4.00 | $ 1.01 | -75% |
| | March-23 | Clean Energy Technologies | $ 4.00 | $ 1.70 | -58% |
| | Average Return Excluding Golden Heaven | | | | -56% |
| Revere | | | | | |
| | July-23 | Bowen Acquistion Corp | $ 10.00 | $ 10.37 | 4% |
| | July-23 | Prestige Wealth | $ 5.00 | $ 2.10 | -58% |
| | July-23 | Gym Direct / Fittell | $ 5.00 | $ 2.80 | -44% |
| | April-23 | Golden Heaven Group | $ 4.00 | $ 23.75 | 494% |
| | April-23 | Millenium Group Intl | $ 4.00 | $ 1.01 | -75% |
| | March-23 | TMT Acquisition Corp | $ 10.00 | $ 11.00 | 10% |
| | January-23 | Brera Holdings | $ 5.00 | $ 0.62 | -88% |
| | January-23 | AlphaTime Aqcuisition Corp | $ 10.00 | $ 10.86 | 9% |
| | January-23 | MGO Global | $ 5.00 | $ 0.50 | -90% |
| | January-23 | Cadenal Therapeutics | $ 5.00 | $ 0.42 | -92% |
| | Average Return Excluding Golden Heaven | | | | -47% |

234. And, according to BrokerCheck, RF Lafferty has had multiple FINRA censures and fines throughout the years, including allegations that the firm failed to properly detect suspicious transactions.

235. Golden Heaven's authorized accounting firm auditing the Registration Statement, BF Borgers CPA PC, also has a checkered history culminating in a SEC investigation. On May 3, 2024, the SEC charged audit firm BF Borgers CPA PC and its owner, Benjamin F. Borgers "with deliberate and systemic failures to comply with Public Company Accounting Oversight Board (PCAOB) standards in its audits and reviews incorporated in more than 1,500 SEC filings from January 2021 through June 2023." (SEC Press Release, "SEC Charges Audit Firm BF Borgers and Its Owner with

Massive Fraud Affecting More Than 1,500 SEC Filings," May 3, 2024). "The SEC also charged the [the firm and founder] with falsely representing to their clients that the firm's work would comply with PCAOB standards; fabricating audit documentation to make it appear that the firm's work did comply with PCAOB standards; and falsely stating in audit reports included in more than 500 public company SEC filings that the firm's audits complied with PCAOB standards." (*Id.*)

236. "Ben Borgers and his audit firm, BF Borgers, were responsible for one of the largest wholesale failures by gatekeepers in our financial markets," said Gurbir S. Grewal, Director of the SEC's Division of Enforcement. (SEC Press Release, "SEC Charges Audit Firm BF Borgers and Its Owner with Massive Fraud Affecting More Than 1,500 SEC Filings," May 3, 2024). "As a result of their fraudulent conduct, they not only put investors and markets at risk by causing public companies to incorporate noncompliant audits and reviews into more than 1,500 filings with the Commission, but also undermined trust and confidence in our markets. Because investors rely on the audited financial statements of public companies when making their investment decisions, the accountants and accounting firms that audit those statements play a critical role in our financial markets. Borgers and his firm completely abandoned that role, but thanks to the painstaking work of the SEC staff, Borgers and his sham audit mill have been permanently shut down." (*Id.*)

237. On November 2, 2023, Golden Heaven filed a Form 6-K announcing it had appointed Assentsure PAC ("Assentsure") as its independent registered public accounting firm. Assentsure, however, only has 5 engagement partners, and the companies Assentsure has audited mostly endured drastic stock price decreases in the past years.












238. That these partners have their own shady histories confirm that Golden Heaven is sham company looking to mislead foreign investors far from Chinese soil.

### 5. Two Investigations Confirm Golden Heaven's Fraud.

239. On November 13, 2023, during market hours, Hindenburg Research ("Hindenburg") posted on X.com (formerly known as Twitter) a series of posts entitled:

"NEW FROM US: We Are Short Golden Heaven Group, Another Classic 'China Hustle.'" Hindenburg noted how Golden Heaven's share price has dramatically gone up in value since the Company's April 2023 initial public offering, despite little news to justify the gains. Hindenburg also stated how Golden Heaven had claimed that, in 2022, it had hosted 2.41 million guests across its six parks, driving over $41.8 million in revenue for the 2022 fiscal year. Hindenburg stated that these were "hardly levels" that would justify the Company's $1.2 billion market capitalization as of November 12, 2023.

240. Indeed, investigators from Hindenburg "visited each [Golden Heaven] park on the weekend, typically when amusement parks are busiest, expecting to find vibrant and heavily trafficked parks as suggested in the company's investor materials." Yet the truth was Hindenburg found largely vacant parks with poorly maintained rides and attractions. *Infra* ¶¶ 296-311 (detailing Hindenburg's findings).

241. For instance, Hindenburg noted that Golden Heaven's largest park (by number of guests), Yueyang Park, accounted for 36% of total guests alleged by the Company: "[a]ccording to the company, [Yueyang Park] had 890,000 guests in 2022, or 2,400/day, despite having just a 1,100 guest capacity": in reality, Hindenburg's investigator visited the property on a Saturday and observed only "***about 10 cars in the lot around noon***", and that the amusement park was nearly empty. (Emphasis added.)

Hindenburg noted that, what Golden Heaven touts as a "water attraction" in fact was a "large pond full of trash." The same was true of Golden Heaven's other parks.

242. Following this November 13, 2023 report, Golden Heaven issued a statement vowing to address these purported "baseless allegations," yet instead of responding, the Company issued a press release that it is negotiating an agreement with a third-party Chinese amusement park group to "enhanc[e] Golden Heaven's market position." *Infra* ¶¶ 312-320. Following these disclosures, Golden Heaven's share price fell $18.76 per share, or 88.99%, to close at $2.32 per share on December 7, 2023. *Infra* ¶¶ 312-320.

243. Plaintiff's own investigator confirmed these findings. In June 2024, an investigative firm likewise visited the Golden Heaven parks, revealing that each were vastly unattended, had little to no employees, and that the parks were in various states of disrepair. *Infra* ¶¶ 321-343 (detailing Plaintiff's investigator's findings).

### E. Materially False and Misleading Statements For the Securities Act Claims

244. The Class Period begins on April 13, 2023, when Golden Heaven filed with the U.S. Securities and Exchange Commission ("SEC") a prospectus pursuant to Rule 424(b)(4) (the "April 13 Prospectus").

245. In the April 13 Prospectus, the Company stated that it has large demand in guests visiting, robust management teams, and working rides in the six parks prior to the IPO.

246. The April 13 Prospectus contained the following about Yueyang Amusement World ("Yueyang Park"), the largest park in terms of capacity:

> ***Yueyang Amusement World features a double-decker carousel, pirate ship, pendulum ride, sky-high swing ride, ice rink, bumper cars, boat rides, and the Dongting Eye Ferris wheel. As of the date of this annual report, its management team consists of approximately 135 members and it can accommodate approximately 1,100 guests at the full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 600,000, 890,000, and 930,000 guests, respectively***.

(Emphases added.)

247. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 600,000 divided by 365 days is 1,644, well beyond the park's maximum capacity of 1,100 per day, (2) it inflated the number of possible guests attending in the year 2022, given 890,000 divided by 365 days is 2,438, well beyond the park's maximum capacity of 1,100 per day, (3) it inflated the number of possible guests attending in the year 2021, given 930,000 divided by 365 days is 2,547, well beyond the park's maximum capacity of 1,100 per day, (4) investigative journalists and due diligence teams have confirmed the park is nearly empty, and (5) it omitted that Yueyang Park is not a well-maintained facility. Rather, as one investigative journalist found, Yueyang Park contained a "large pond full of trash" as of November 13, 2023. A due diligence team, moreover, confirmed the rides are in disrepair and largely nonfunctional.

248. The April 13 Prospectus contained the following about the Changde Jinsheng Amusement Park ("Changde Park"):

> ***Changde Jinsheng Amusement Park features a Ferris wheel, luxury carousel, pirate ship, pendulum ride, sky-high swing ride, roller coaster, and bumper cars**. As of the date of this annual report, its management team consists of approximately 115 members and **it can accommodate approximately 850 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 350,000, 530,000, and 520,000 guests, respectively**.*

(Emphases added.)

249. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 350,000 divided by 365 days is 959, well beyond the park's maximum capacity of 850 per day, (2) it inflated the number of possible guests attending in the year 2022, given 530,000 divided by 365 days is 1,452, well beyond the park's maximum capacity of 850 per day, (3) it inflated the number of possible guests attending in the year 2021, given 520,000 divided by 365 days is 1,424, well beyond the park's maximum capacity of 850 per day, (3) a due diligence team confirmed the park is at a fraction of capacity, and (4) it omitted that Changde Park is not a well-maintained facility, but instead contains rusty and dilapidated rides.

250. The April 13 Prospectus contained the following about the Mangshi Jinsheng Amusement Park ("Mangshi Jenshing Park"):

> ***Mangshi Jinsheng Amusement Park features a Ferris wheel, luxury carousel, pirate ship, and pendulum ride**. As of the date of this annual*

> ***report, its management team consists of approximately 60 members and it can accommodate approximately 740 guests at full operating capacity.*** For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 50,000, 110,000, and 120,000 guests, respectively. It is managed by Mangshi Jinsheng Amusement Park Co., Ltd., one of the operating entities. ***Mangshi Jinsheng Amusement Park has been temporarily closed since September 30, 2023***. Such park closure was a strategic decision to explore the future business development of the park. Mangshi Jinsheng Amusement Park may be re-opened in the future with a new business model, once the detailed plans are finalized by our management.
>
> (Emphasis added.)

251. This statement was materially false and misleading because (1) it omitted that the Mangshi Jenshing Park is in generally poor condition and (2) based on investigative research visits, the park has been closed far longer than September 30, 2023.

252. The April 13 Prospectus contained the following about the Tongling West Lake Amusement World ("Tongling West Lake"):

> ***Tongling West Lake Amusement World features a double-decker carousel, roller coaster, pirate ship, pendulum ride, sky-high swing ride, water coaster, electricity-free park attractions, and bumper cars***. ***As of the date of this annual report, its management team consists of approximately 115 members and it can accommodate approximately 700 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 340,000, 350,000, and 350,000 guests, respectively***.
>
> (Emphasis added.)

253. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 340,000 divided by 365 days is 932, well beyond the park's maximum capacity of 700 guests per day, (2) it inflated the number of possible guests attending in the year 2022, given 350,000 divided by 365 days is 958, well beyond the park's maximum capacity of 700 guests per day, (3) it inflated the number of possible guests attending in the year 2021, given 350,000 divided by 365 days is 958, well beyond the park's maximum capacity of 700 guests per day, (4) investigative journalists and due diligence teams have confirmed the park is nearly empty, and (5) it omitted that Tongling West Lake is not a well-maintained facility. In particular, as of November 13, 2023, Tongling West Lake had a large empty swimming pool that had a blow-up swimming pool within it, which contained visibly dirty water.

254. The April 13 Prospectus contained the following about the Yuxi Jinsheng Amusement Park ("Yuxi Park"):

> ***Yuxi Jinsheng Amusement Park features a double flying ride, luxury carousel, pirate ship, and bumper cars**. As of the date of this annual report, its management team consists of approximately 100 members and it can accommodate approximately 530 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 340,000, 370,000, and 320,000 guests, respectively.*

(Emphasis added.)

255. This statement was materially false and misleading because (1) it inflated the number of possible guests attending in the year 2023, given 340,000 divided by 365 days is 932, well beyond the park's maximum capacity of 530 guests per day, (2) it inflated the number of possible guests attending in the year 2022, given 370,000 divided by 365 days is 1,013, well beyond the park's maximum capacity of 530 guests per day, (3) it inflated the number of possible guests attending in the year 2021, given 320,000 divided by 365 days is 876, well beyond the park's maximum capacity of 530 guests per day, (4) due diligence teams confirmed the park is at a fraction of its capacity, and (5) it omitted that Yuxi Park is not a well-maintained facility.

256. The April 13 Prospectus contained the following about the Qujing Jinsheng Amusement Park ("Qujing Park"):

> ***Qujing Jinsheng Amusement Park features a Ferris wheel, carousel, pirate ship, and pendulum ride. As of the date of this annual report, its management team consists of approximately 80 members and it can accommodate approximately 480 guests at full operating capacity. For the fiscal years ended September 30, 2023, 2022 and 2021, it attracted approximately 140,000, 160,000, and 160,000 guests, respectively.***

(Emphasis added.)

257. This statement was materially false and misleading because (1) due diligence teams confirmed the park is empty, and (2) it omitted that Qujing Park is not a well-maintained facility; rather, the rides and equipment were old, rusty, and needed maintenance.

258. Similarly, under the "Products and Services" section, the Company stated:

> *Rides and Attractions*
>
> ***The operating entities generate significant revenue from guest spending on rides and attractions.*** To enjoy the rides and attractions that the parks offer, the guests need to obtain prepaid cards at ticket booths. The guests can load any amount of money onto the prepaid cards and receive rebates, depending on the amount of money that they add to the prepaid cards. Thereafter, the guests are able to enjoy the rides and attractions by paying with their prepaid cards for each access to each facility. ***For the fiscal years ended September 30, 2023, 2022 and 2021, the sales of in-park recreation amounted to US$30,115,995, US$39,377,906 and US$37,427,388, respectively, which accounted for approximately 94.74%, 94.23% and 97.17% of the total revenue, respectively.***
>
> (Emphasis added.)

259. The Company also stated that it believed the "following strengths contribute to our growth and differentiate us from our competitors":

- easily accessible amusement park locations;
- ***continued guest commitment***;
- experienced senior management teams; and
- the ***quality*** and variety of cost-effective entertainment offerings.

(Emphases added.)

260. These statements in ¶¶ 258-259 were materially false and misleading because (1) the "operating entities" do not "generate significant revenue from guest spending on rides and attractions" close to "US$30,115,995, US$39,377,906 and US$37,427,388," given guest attendance is the main form of revenue and, as stated

above, the parks are nearly empty, and (2) many of the Company's parks are in generally poor condition and do not attract high levels of attendance.

261. The Prospectus also lauded the management teams and maintenance of the rides: "***Each park is managed by a full-time onsite professional team which is responsible for operations and management of such park***." Under the "*Maintenance and Safety*" subheading, the Company goes on:

> ***The operating entities review and maintain the safety and efficiency of all the rides and attractions. Every ride at the parks is inspected regularly, by both onsite maintenance personnel and external experts*. *Every ride is inspected daily by maintenance personnel before use by guests. If the maintenance personnel identify any safety concerns with a ride, the ride will be repaired by the maintenance personnel or the ride manufacturer, to ensure proper and safe operation***.

(Emphasis added.)

262. To manage these keys parks, the Offering Documents highlighted the significance of Golden Heaven's employees to Golden Heaven's business and operation, by stating that "[t]he operating entities are driven by the mission to provide quality services and valued experiences to each guest" and that "[s]uch mission cannot be achieved without concerted efforts of the employees. ***In the fiscal years ended September 30, 2020, 2021, and 2022, the operating entities collectively hired 607, 610, and 617 full-time employees***, ***respectively***." (Emphasis added.)

263. The Company noted that it "did not hire any seasonal or part- time employees," but that the Company's "operating entities provide benefits to all of the employees, including endowment insurance, medical insurance, unemployment insurance, employment injury insurance, maternity insurance, housing provident funds, and job promotion opportunities."

264. The April 13 Prospectus contained the following statement about the Company's business model:

> Each of our six operating entities manages one amusement park in their respective locations. Under our current business model, the operating entities conduct their business in progressive steps. They begin by selecting and leasing the real property appropriate for amusement park development, and then construct the park infrastructure in coordination with various support from the local governments in China. In the course of park construction and development, the operating entities plan the rides and attractions to be installed, assess amusement facility suppliers, and source quality rides and attractions from select suppliers. Such suppliers assemble, deliver, install, and test-run the rides and attractions in accordance with the applicable national and industrial safety standards, as well as the operating entities' requirements. After the park infrastructure are constructed and the amusement facilities are installed, the operating entities then open the parks for guest visits. ***In the ordinary course of business, the operating entities inspect the rides and attractions according to regular schedules and seek ways to upgrade their entertainment offerings and improve their business operations.***

(Emphasis added.)

265. The statements regarding the management personnel at each park and overall employee counts across the parks in ¶¶ 261-264 were false and misleading because, based on the information obtained by Tianyancha.com (a Chinese database with

information on public companies) regarding the employees enrolled in basic social endowment insurance as disclosed by Golden Heaven and its six respective subsidiaries in their annual reports, the employee counts in the Offering Documents were dramatically inflated. The real numbers reported to China's social endowment office show that (1) for the year 2020, that Golden Heaven actually had 385 employees, rather than the total 607 reported in the Prospectus—an inflation of 58%; (2) for the year 2021, that Golden Heaven actually had 193 employees, rather than the total 610 reported in the Prospectus—an inflation of 216%; and (3) for the year 2022, that Golden Heaven actually had 132 employees, rather than the total 617 reported in the Prospectus—an inflation of 367%, (3) investigators and due diligence teams have confirmed the parks are not well maintained by Company personnel, and (4) because the operating entities have, in actuality, allowed many of the Company's facilities to fall into poor condition.

266. The April 13 Prospectus contained the following regarding key factors that affect operating results and, in particular, investment in new amusement facilities:

> ***We believe that innovative amusement facilities will enable us to maintain the existing guest patronage, attract new guests, and provide guests with better experiences.*** In the past 9 years, we have kept introducing new facilities in our amusement parks. We have built one virtual reality science lab and one virtual reality experience hall and will build additional similar facilities in the future. We will introduce other new amusement facilities in the future, which may require significant commitments of capital investment and will likely cause short-term decrease in revenue.

(Emphasis added.)

267. And, under the "*Capital Investments*," section, the Company relates: "***The operating entities make targeted investments to support the existing amusement park facilities*** and enable the development of new amusement park attractions…." (Emphasis added.)

268. The statements in ¶¶ 266-267 were materially false and misleading because site visits in November 2023 and June 2024 revealed that there is no "targeted investment" to "support the existing" parks.

269. The Company noted the following "risks" in the April 13 Prospectus:

> ***Declines in discretionary guest spending and guest confidence, or changes in guest tastes and preferences, could affect the profitability of the operating entities' business.***
>
> The operating entities' success depends to a significant extent on (i) ***their ability to provide quality entertainment products***, (ii) their ability to satisfy changing guest preferences, and (iii) the availability of discretionary guest spending. ***If the operating entities are unable to meet the changing preferences of the markets or the entertainment products that they offer do not achieve sufficient guest acceptance, they may not be able to maintain the existing guest patronage or attract new guests.*** In addition, severe economic downturns coupled with high volatility and uncertainty as to the future economic landscape could have an adverse effect on guests' discretionary income and guest confidence. ***If the operating entities are unable to meet the changing guest demands, or if discretionary guest spending decreases, the operating entities' business, and our financial condition and results of operations could be materially and adversely affected.***

(First emphasis in original.)

270. The April 13 Prospectus contained the following risk disclosure on reputational risk:

> ***Incidents or adverse publicity concerning the parks or the amusement park industry in general could harm the brand, reputation or profitability of the operating entities.***
>
> The park operation involves the risk of accidents, illnesses, environmental issues, and other incidents which may cause a loss of guest confidence, reduce guest attendance, and harm the operating entities' brand, reputation or profitability. ***In addition, other types of adverse publicity concerning the operating entities' business, their management teams, or the amusement park industry in general could harm the business of the operating entities***. The considerable expansion in the use of social media over recent years has compounded the impact of negative publicity. There may be perception issues and negative media attention that could materially adversely affect the business of the operating entities, and, in turn, our financial condition, and results of operations.

(First emphasis in original.)

271. These risk statements in ¶¶ 246-270 were materially false and misleading because (1) due to the poor condition of many of the amusement parks, the Company's operating entities were at a heightened risk of being unable to attract guests, and (2) it omitted that the Company was at a heightened risk of negative publicity due to the poor condition of many of its amusement parks.

### F. <u>The Registration Statement Failed to Comply with SEC Rules and Regulations and Applicable Accounting Principles.</u>

272. Golden Heaven's Registration Statement also failed to identify and disclose known trends, events, demands, commitments, and uncertainties that were then having

and were reasonably likely to have a material effect Golden Heaven's operating performance.

273. Item 7 of Form 10-K and Item 2 of Form 10-Q require SEC registrants to furnish the information called for under Item 303 of Regulation S-K [17 C.F.R. § 229.303], Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A"). Among other things, Item 303 of Regulation S-K required that Golden Heaven's Class Period Registration Statement disclose known trends or uncertainties that had, or were reasonably likely to have, a material impact on its revenues or income from continuing operations.

274. Similarly, Item 105 of Regulation S-K, 17 C.F.R. §229.105 ("Item 105"), required in the "Risk Factors" section of registration statements and prospectuses "a discussion of the [most significant] factors that make [the offering] . . . speculative or risky" and requires each risk factor to "adequately describe[] the risk."

275. In 1989, the SEC issued interpretative guidance associated with the requirements of Item 303 of Regulation S-K concerning the disclosure of material trends or uncertainties. As the interpretative guidance states:

> Required disclosure is based on currently known trends, events, and uncertainties that are reasonably expected to have material effects, such as: A reduction in the registrant's product prices; erosion in the registrant's market share; changes in insurance coverage; or the likely non-renewal of a material contract.
> * * *

> A disclosure duty exists where a trend, demand, commitment, event or uncertainty is both presently known to management and reasonably likely to have material effects on the registrant's financial condition or results of operation.

276. The 1989 Interpretive Release sets forth the following test to determine if disclosure under Item 303(a) is required:

> Where a trend, demand, commitment, event or uncertainty is known, management must make two assessments:
>
> (1) Is the known trend, demand, commitment, event or uncertainty likely to come to fruition? If management determines that it is not reasonably likely to occur, no disclosure is required.
>
> (2) If management cannot make that determination, it must evaluate objectively the consequences of the known trend, demand, commitment, event or uncertainty, on the assumption that it will come to fruition. Disclosure is then required unless management determines that a material effect on the registrant's financial condition or results of operations is not reasonably likely to occur.

277. Additionally, the SEC published interpretive guidance, effective December 29, 2003, "regarding the disclosure commonly known as Management's Discussion and Analysis of Financial Condition and Results of Operations, or MD&A, which is required by Item 303 of Regulation S-K, Items 303(b) and (c) of Regulation S-B, Item 5 of Form 20-F and Paragraph 11 of General Instruction B of Form 40-F." In particular, the SEC advised that "companies must identify and disclose known trends, events, demands, commitments and uncertainties that are reasonably likely to have a material effect on financial condition or operating performance," citing the 1989 Interpretive Release as support and quoting, in footnote 6, the following text of the 1989 Interpretive Release:

> MD&A mandates disclosure of specified forward-looking information, and specifies its own standards for disclosure – i.e., reasonably likely to have a material effect. The specific standard governs the circumstances in which Item 303 requires disclosure.
>
> * * *
>
> We believe that management's most important responsibilities include communicating with investors in a clear and straightforward manner. MD&A is a critical component of that communication. The Commission has long sought through its rules, enforcement actions and interpretive processes to elicit MD&A that not only meets technical disclosure requirements but generally is informative and transparent.

278. Thus, the MD&A disclosures in Golden Heaven's Registration Statement it filed with the SEC during the Class Period were materially false and misleading because Defendants failed to disclose the known uncertainties and risks associated with: (1) the low level of park attendance, (2) the accuracy of Golden Heaven's figures regarding park attendance and revenue, (3) the true, poor condition of Golden Heaven's rides and attractions. As a result, these were events presenting known trends and uncertainties that were reasonably likely to—and, when they came to fruition during the Class Period, did—adversely affect Golden Heaven's financial condition and results. The omission of this information violated the disclosure obligation imposed by Item 303 and Item 105.

## G. Events and Disclosures Following the Offering

### 1. Golden Heaven Claims Strong Continued Growth in Park Attendance and Revenue Following the IPO.

279. On June 6, 2023, Golden Heaven posted a press release on its website, entitled "Golden Heaven Group Holdings Ltd. Achieves an Approximately 30% Year-over-Year Traffic Growth During China's Labor Day Holiday," which asserted:

> Since China has eased its COVID-19 pandemic control measures, ***the Company believes that demand for travel has increased, and amusement parks have become attractive destinations for local families***... The Company strives to provide visitors with immersive experiences integrating entertainment, catering, and shopping in a variety of forms.
>
> [Defendant] Jin . . . commented, "***We are excited to see excellent growth during the Labor Day holiday***. ***The recovery of the domestic tourism market and its potential are expected to lay a solid foundation for growing our business. Looking forward, we will speed up equipment upgrades and continue to innovate services to better meet the consumers' demand for entertainment***."

(Emphases added.)

280. This statement was materially false and misleading because it omitted that Golden Heaven's theme parks are in generally poor condition, hindering the Company's growth prospects.

281. On July 5, 2023, Golden Heaven posted a press release on its website, entitled "Golden Heaven Group Holdings Ltd. Holds Summer Carnival with Free Entry in One of its Amusement Parks from July 1 to August 12, 2023," which stated:

> Golden Heaven Group Holdings Ltd. (the "Company" or "Golden Heaven") (Nasdaq: GDHG), an amusement park operator in China, announced today that

> the Company is holding a summer carnival (the "Summer Carnival") from July 1 to August 12, 2023 in one of its amusement parks, Tongling West Lake Amusement World (the "Park"). ***The Park features a double-decker carousel, roller coaster, pirate ship, pendulum ride, sky-high swing ride, water coaster, children's park, and bumper cars.*** The Park can accommodate approximately 700 guests at full operating capacity and attracted approximately 350,000 guests in 2021 and 2022.
>
> … ***As part of the Company's strategic initiative, the Company believes that the Summer Carnival will attract more visitors to the Park and increase the Company's brand awareness in China's amusement park market***.
>
> [Defendant] Jin . . . commented, "We are thrilled to unveil our plan for the Summer Carnival to the public this year. The Summer Carnival will last approximately one month and a half and offer free entry to the visitors. We expect that the Summer Carnival will not only contribute to the local community, but also attract more visitors to the Park during the peak season of summer vacation. We welcome adults, teenagers and children to join us in this fun event. ***We believe that the Summer Carnival will spur our growth by encouraging word-of-mouth referrals and attracting more guests, which is expected to eventually turn into long-term value for our shareholders***."

(Emphases added.)

282. This statement was materially false and misleading because it omitted that (1) Tongling West Lake has a water feature that is simply a large blow-up pool within an empty swimming pool, which at times is filled with dirty water, and that (2) the Park has not experienced high demand for tourists.

283. On August 3, 2023, before the market opened, the Individual Defendants participated in the Company's First Half of Fiscal Year 2023 Earnings Conference Call.

284. On this call, Defendant Jin stated the following about the Company's prospects in light of industry recovery from the effects of the COVID-19 pandemic: "As the tourism and entertainment industries are recovering, ***we expect an increasing number of tourists***. Especially during the summer holiday, we look forward to seeing more young people and their friends and families visit our amusements and water parks. We will make every effort to ensure they enjoy their visit." (Emphasis added.)

285. Defendant Jin also stated: "***We are seeing more visitors as our parts return to normal operations, and we keep enhancing management and operations to control costs, improve efficiency, and enhance visitor satisfaction***."

***286.*** CFO Gong also stated: "***Gross profit from sales of in-park recreation increased RMB7.1 million compared to the same period in 2022, primarily due to increased revenue from higher visitor numbers, as the amusement parks largely returned to normal operations during the period as a result of the reduced COVID-19 restrictions in China***."

287. During the Q&A portion of the call, in response to a question "about how the proceeds from this IPO are being spent to support your strategic initiatives?," Defendant Jin answered: "***We have started a comprehensive upgrade of our six parks since June 11, 2023, and this upgrade is expected to be completed by the end of***

***September this year, and move is expected to further improve with just experience and safety***."

288. For another Q&A regarding the "net income has gone up by roughly 12%, which is really impressive. So what are the key factors that contributed to this big increase?," Defendant Jin stated: "***China's lessened COVID-19 restrictions have led to a recovery in its tourism industry. And because of this, the operations of our six parks have all returned to the pre-pandemic level***."

289. In response to another question about "the easing of COVID-19 restrictions in China, so how is Golden Heaven Group planning to ensure the safety of your park visitors?," Defendant Jin answered: "***As mentioned earlier, we have started a comprehensive upgrade of our six parks on June 11 this year [2023], and as it is expected to be completed by the end of this September [2023].*** This move is expected to further improve the tourist experience and safety."

290. CFO also reiterated that "[a]t present lessened COVID-19 restrictions have led to a recovery in China's tourism ***and the operations of our six parks have all returned to the pre-pandemic level***."

291. Defendant Jin further stated that "[w]e are ***mapping our strategy initiatives to improve the environment and facilities of our amusement parks***, leveraging our parks good geographic locations and fun rides attractions, ***we are well positioned for***

***even stronger business growth***, which we believe will translate into greater shareholder value." (Emphases added.)

292. These August 3, 2023 statements in ¶¶ 283-291 were materially false and misleading because they (1) omitted that many of the Company's parks were in poor condition and as such attracted little attendance, resulting in limited prospects for business growth (2) overstated the extent to which the Company could reasonably expect increasing numbers of tourists, given the poor conditions at many of the Company's parks, (3) the Company did not, as of June 2024, complete or otherwise meaningfully conduct a "comprehensive upgrade" of its six parks, (4) operations could not have returned to reported pre-pandemic levels given those were beyond many of the parks' capacities and the poor condition of the facilities would not attract that level of demand, and (5) thus, the reported "gross profit" increase based on park attendance cannot be accurate.

293. On October 23, 2023, the Company released a press release, entitled "Golden Heaven Group Holdings Ltd. Announces Approximately 10% Year-on-Year Traffic Growth during China's 2023 Mid-Autumn Festival and National Day Holidays", wherein the Company stated that, "[s]ince September 30, 2023, Mangshi Jinsheng Amusement Park, which is one of the six parks, has been temporarily closed." Further,

the Company announced that the temporary closure of Mangshi Jenshing Park was a "strategic decision to explore the future business development of such park[.]"

294. These statements were materially false and misleading because, on information and belief, the Mangshi Jenshing Park had likely been closed for a longer period of time than September 30, 2023, as discussed below.

295. The statements contained in ¶¶ 279-294 were materially false and/or misleading because they misrepresented and failed to disclose the following adverse facts pertaining to the Company's business, operations and prospects, which were known to Defendants or recklessly disregarded by them. Specifically, Defendants made false and/or misleading statements and/or failed to disclose that: (i) Golden Heaven's amusement parks are in generally poor condition; (ii) Golden Heaven materially overstated the number of visitors to its amusement parks and overall growth prospects, and (iii) as a result, Defendants' statements about the Company's business, operations, and prospects were materially false and misleading and/or lacked a reasonable basis at all relevant times.

**2. Hindenburg Research Confirms the Falsity of These Statements.**

296. On November 13, 2023, during market hours, Hindenburg Research ("Hindenburg") posted on X.com (formerly known as Twitter) a series of posts under

the heading "NEW FROM US: We Are Short Golden Heaven Group, Another Classic 'China Hustle.'"

297. Hindenburg first noted that Golden Heaven purportedly operates six properties in southern China, including amusement parks, water parks and recreational facilities. Hindenburg then noted that Golden Heaven's share price has dramatically gone up in value since the Company's April 2023 initial public offering, despite little news to justify the gains. Hindenburg posted, in relevant part, the following:


Hindenburg Research @HindenburgRes · Nov 13

$GDHG IPO'd on NASDAQ in April 2023 at $4/share.

Its stock has mysteriously rocketed ~493% in 7 months despite little news to justify such a move.

(3/n)

- August 03, 2023 - the company reported 10% year over year growth in traffic during China's mid-autumn and national day holiday.
- August 09, 2023 - the company announced it had "partnered" with a construction company to help it build new parks.
- October 06, 2023 - the company announced that its underwriters agreed to provide a waiver for unlocking insider shares early.
- October 23, 2023 - the company announces lackluster results, with total revenue declines of 3.3% year over year and net income increasing by 2%.

2 11 135 49K

298. Hindenburg then noted how Golden Heaven had claimed that, in 2022, it had hosted 2.41 million guests across its six parks, driving over $41.8 million in revenue

for the 2022 fiscal year. Hindenburg stated that these were "hardly levels" that would justify the Company's $1.2 billion market capitalization as of November 12, 2023.

299. Hindenburg then stated that its research showed that Golden Heaven's CEO, Defendant Jin, has "a history of undisclosed fraud allegations and asset freezes in China", that "[t]he company was taken public by securities firms with multiple FINRA infractions" and that Golden Heaven's "***claimed high-tech parks appear to be dystopian hellscapes***." (Emphasis added.)

300. Hindenburg then referenced how Defendant Jin and her husband were accused of defrauding Chinese investors in Fujian Haichuan Pharmaceutical Technology Development Co., Ltd. ("Fujian"), a company that they controlled. According to Hindenburg, "[u]npaid judgments from the alleged fraud resulted in Jin Qiong being restricted from travel[.]"

301. Hindenburg then stated "[w]e visited each [Golden Heaven] park on the weekend, typically when amusement parks are busiest, expecting to find vibrant and heavily trafficked parks as suggested in the company's investor materials."

302. In particular, Hindenburg noted that Golden Heaven's largest park (by number of guests), Yueyang Park, accounted for 36% of total guests. As seen below, Hindenburg stated that, "[a]ccording to the company, [Yueyang Park] had 890,000 guests in 2022, or 2,400/day, despite having just a 1,100 guest capacity":




303. In contrast to Golden Heaven's claims about Yueyang Park, Hindenburg stated that its investigator visited the property on a Saturday and observed only "***about 10 cars in the lot around noon***", and that the amusement park was nearly empty. (Emphasis added.)

304. Hindenburg noted that, as seen below, a "water attraction" was a "large pond full of trash":

**Hindenburg Research** @HindenburgRes · Nov 13

Our investigator visited $GDHG's claimed most-visited property on a Saturday and observed only about 10 cars in the lot around noon.

The park was nearly empty.

A "water attraction" was a large pond full of trash.

(15/n)



6 59 316 110K

305. Hindenburg then discussed Golden Heaven's second largest park by number of guests, the Changde Jinsheng Amusement Park, which Hindenburg stated had accounted for 21% of guests across all parks. Hindenburg stated that "[w]e visited [the Changde Jinsheng Amusement Park] on a Sunday at around 10am. ***There were about 20 cars in the lot and slightly more visitors.***" (Emphasis added.) Hindenburg then showed

images of the park with very few guests on rides, calling into question Golden Heaven's claims about its visitor numbers:




306. Hindenburg then noted that Golden Heaven's third largest park, the Yunnan Yuxi Jinsheng Amusement Park ("Yunnan Yuxi Park"), which purportedly accounted for 16% of total guests in 2022, had a reported 370,000 guests in 2022, an average of a little over 1,000 guests per day.

307. Hindenburg revealed that its investigator arrived at Yunnan Yuxi Park "around 9am on a Saturday, and stayed for around 7 hours." Further, "[t]he investigator

checked the parking lot roughly every hour. The checks show activity peaked at around 63 cars in the afternoon." Hindenburg then included the below image in its posts, showing that Yunnan Yuxi Park was uncrowded on a Saturday:



(Source: Hindenburg Investigator)

308. Hindenburg then noted that Tongling West Lake, Golden Heaven's fourth largest park, which purportedly accounted for 15% of Golden Heaven's total guests in 2022, had a "***'water feature' [that] was a small blow-up pool with dirty water in what seemed to be a far larger, otherwise empty pool structure***." (Emphasis added). Below is an image of the blow-up pool:

Hindenburg Research @HindenburgRes · Nov 13

The company's 4th Largest Park, Tongling West Lake, accounted for 15% Of Golden Heaven's total guests in 2022.

Its 'water feature' was a small blow-up pool with dirty water in what seemed to be a far larger, otherwise empty pool structure.

(20/n)



(Source: Hindenburg Investigator)

3 13 135 45K

309. According to Hindenburg, Golden Heaven's next-largest amusement park is the Qujing Jinsheng Amusement Park. Hindenburg stated that it "***counted a maximum of 44 cars in the parking lot during late morning and early afternoon***" and that "[a]n attendant told our investigator ***that the park was as 'busy as it normally was***.'" (Emphases added.)

310. Golden Heaven's sixth largest park by attendance, the Mangshi Jenshing Park, is temporarily closed as of September 30, 2023. However, while Hindenburg noted

that Golden Heaven disclosed that the park has been closed since September 30, 2023, Hindenburg found evidence that this particular park has been closed for a longer-than-disclosed period of time. In particular, Hindenburg found that the park had been "overgrown with mature weeds and other signs of long-term deterioration", and provided the following images of the park:



(Source: Hindenburg Investigator)




游乐
各位家长
工作人员开门后
游玩，禁止擅自进入
后果自负
感谢您

311. On this news, Golden Heaven's share price declined by $6.63 per share, or 27.9%, on high trading volume, to close at $17.12 per share on November 13, 2023.

312. On November 16, 2023, during pre-market hours, Golden Heaven issued a response to Hindenburg's allegations in a press release (the "November 16 Press Release"), entitled "Golden Heaven Group Holdings Ltd. Offers Response to Deceptive, Fabricated Postings", which largely failed to address, much less rebut, Hindenburg's allegations.

313. Golden Heaven issued the press release in what it described as "in response to baseless allegations that appeared on certain websites believed to be supported and working in concert with short sellers."

314. In that statement, the Company attacked the credibility of the Hindenburg report and vowed to respond to those "allegations" and to "hold[] those behind these baseless attacks responsible."

> Golden Heaven strongly believes that the carelessly assembled report contains numerous errors of facts, misleading speculations and malicious interpretations of events surrounding the Company's operations.
>
> The report presents both an array of factual errors and numerous inflammatory and misleading statements demonstrating a fundamental lack of understanding of the Company financial statements and our business.
>
> Moreover the report was designed to encourage market fear by taking unsubstantiated and uncorroborated pictures and assertions that are designed to cause fear and panicked selling in a global capital market that is already precarious.

> Golden Heaven's Board of Directors has been informed of the allegations and will consider and decide on the necessary and appropriate course of action in response to the allegations.
>
> ***Golden Heaven will release additional, detailed information concerning the allegations in due course.***
>
> ***The Company is committed to providing full and accurate disclosure to investors and to rebutting any false claims that attempt to undermine confidence in its business, management, operations and prospects. The Company is planning on launching a full investigation and holding those behind these baseless attacks responsible.***
>
> The Company's management and Board of Directors wishes to thank its loyal shareholders who were able to tell the truth from the baseless scare tactics that has kept the stock price stable.

(Emphasis added.)

315. Following publication of the November 16 Press Release, in apparent response to the Company's lack of a detailed rebuttal, Golden Heaven's stock price fell $1.35 per share, or 6.83%, to close at $18.43 per share on November 16, 2023.

316. On December 6, 2023, during after-market hours, and still without having issued a more detailed response to Hindenburg's allegations—despite the Company stating it would do so nearly two months earlier in the November 16 Press Release—Golden Heaven issued another press release (the "December 6 Press Release"), entitled "Golden Heaven Group Holdings Ltd. Intends to Enter into an Operating Lease Framework Agreement with a Top-tier Chinese Amusement Group", the contents of

which signaled to investors that Golden Heaven could not rely on its own amusement parks to fuel the Company's desired business growth and market position in China. Specifically, the December 6 Press Release stated:

> Golden Heaven . . . today announced that it intends to enter into an operating lease framework agreement . . . with a top-tier Chinese amusement group . . . The Group is a subsidiary of a prominent Chinese tourism group, ranking among China's top 30 national cultural enterprises and top 20 tourism groups.
>
> This Agreement is expected to mark a significant step in Golden Heaven's strategic business expansion efforts, and is aimed at enhancing Golden Heaven's market position by leveraging the Group's strong presence in the Chinese amusement park industry.
>
> Pursuant to the Agreement, that is presently under negotiation, the Group's theme park . . . is expected to become the pilot leased park to the [Golden Heaven]. The finalized operating lease rights, lease schedules and other terms of the Agreement will be settled with the ongoing negotiation.

317. As Defendant Jin commented:

> "We are thrilled to collaborate with an established player in the amusement park business. We anticipate that the proposed Agreement we are negotiating will assist us in our journey for market expansion in China and believe it may pave the way for more strategic partnerships . . . By drawing on the strengths of our partner, who we understand has a market base in many large cities in China, we hope to accelerate our expansion and elevate our guest experiences."

318. Following publication of the December 6 Press Release, Golden Heaven's stock price fell $18.76 per share, or ***88.99%***, to close at $2.32 per share on December 7, 2023.

319. Then, on December 8, 2023, during market hours, *Bloomberg* published an article (the "Bloomberg Article"), entitled "Chinese Amusement Park Falls 90% a Month After Hindenburg Short" (subsequently updated to "Chinese Park Owner Falls 93% a Month After Hindenburg Short"), which, in addition to commenting on Golden Heaven's recent sharp share price decline on December 7, 2023, quoted an email from Hindenburg's founder, stating, *inter alia*:

> ***"Unfortunately, the Nasdaq exchange is littered with dozens of obvious China-based scams. These companies commonly lure in unsuspecting U.S. retail investors through Telegram, Discord, or WhatsApp chat groups then exit through the kind of 'rug pull' decline we are seeing with Golden Heaven," Anderson, founder of Hindenburg Research, said in an email, adding that he has raised the issue with Nasdaq.***
>
> Golden Heaven Group did not respond to a Bloomberg News request for comment outside of its normal business hours.
>
> Earlier this week, Golden Heaven Group announced strategic initiatives to expand its business, and said it intends to enter into an operating lease framework agreement with an unnamed top-tier Chinese amusement group.

(Emphasis added.)

320. Following publication of the Bloomberg Article, Golden Heaven's stock price fell $0.96 per share, or 41.38%, to close at $1.36 per share on Friday, December 8, 2023. The Company's stock price continued to fall the following trading session by $0.05 per share, or 3.68%, to close at $1.31 per share on Monday, December 11, 2023.

### 3. Plaintiff's Investigative Firm Confirms the Falsity of These Statements.

321. Plaintiff's own independent investigation confirmed Hindenburg Research's revelation about the actual low attendance and poor state of the Golden Heaven parks. A due diligence team from Plaintiff's investigative firm also visited the six parks in the month of June 2024—peak summertime for vacations and attractions.

322. In late June 2024, the due diligence team spent the entire day at the Yueyang Amusement World—Golden Heaven's largest park, with a capacity of 1,100 parkgoers. Investigators found, during that entire day, the park was almost completely empty. On that day, the investigative team counted about 12 visitors at noon, and only about 20 guests total throughout the afternoon.

323. The Yueyang Amusement Worlds parking lot tells the same story about the true lack of visitors. The due diligence team noted that there were 0 cars in the lot at 9:00AM, three cars at 12:00PM, and five cars at 3:00PM.

324. A picture of this lot taken at 11:00AM is below. Only two cars are visible.



325. The park's two entrances were equally bereft of activity. The firm also noted that the promotional information at the entrance is still for the Chinese New Year Festival period, which is from February 10th to February 16, 2024—four months earlier.







326. Pictures of the main rides and attractions showcase a ghost town, with rusty, idle rides ridden by no park-goers.


小心夹伤


家庭过山车











327. Also in late June 2024, the due diligence team spent the day at the second largest park, Changde Jinsheng Amusement Park, which has a capacity of 850 guests. During that day, the team witnesses anywhere from 100 to maximum 200 visitors.

328. The entrances of the park had no line, and both were empty:





329. Pictures from inside the park reveal a largely empty facility, and rides that are not well maintained:


海盗船
入口






冰河部落






330. Again, in late June 2024, the team visited the fourth largest park, the Tongling West Lake Amusement World, with a capacity of 700 guests. There were

barely any cars in the parking lot or visitors in the park. And, according to the conversation with the employees in the park, the parking lot can handle only about 60 cars.

331. The park's entrance was barren.





332. The rides and attractions also had hardly any attendees.








转
马
入口


入口


立环跑车
出口




TAGADA


梦幻儿童乐园




333. In early June 2024, the due diligence team visited the Yuxi Jinsheng Amusement Park, the fifth largest park with a capacity of 530 visitors. During that time, the team witnessed only about 50 visitors in the morning, and around 80-120 guests in the afternoon.

334. Photos of the park entrance and office reveal no line or crowd overflow, and also no signs of human life. In addition, the park office has no employees or park attendants.




(Entrance)




(Office)

335. Like the other parks, the pictures of the rides and attractions reveal no little to no crowds or riders:






双人飞天 15元/船
咖啡杯 15元/船
太空漫步 20元/车
激战鲨鱼岛 20元/船
花果山漂流 15元/船
售卡处




欢迎您



336. Also in early June 2024, the due diligence team visited the sixth largest park, the Qujing Jinsheng Amusement Park, with a capacity of 480 guests.

337. The park appeared to be completely vacant. The diligence team saw *no* visitors the entire day. No one was using the rides and attractions. Moreover, the team passed the park office two times, but did not see a single Golden Heaven employee.

338. The park entrances were completely barren.






339. The team also noted how the equipment of those rides and attractions looked old, rusty, and in disrepair.


出口






花果山漂流


水帘洞



340. In mid-June 2024, the due diligence team visited the third largest park, Mangshi Jinsheng Amusement Park, with a capacity of 740. While the Company stated in the annual report that this park has been temporarily closed since September 30, 2023, the due diligence team still visited the park.

341. While there were no visitors due to the closure, the team noticed that the equipment was in need of maintenance.







**H. <u>Class Action Allegations for the Securities Act Claims</u>**

342. Plaintiff brings this action as a class action pursuant to Rule 23 of the Federal Rules of Civil Procedure on behalf of a class consisting of all purchasers of Golden Heaven common stock pursuant and/or traceable to the Registration Statement issued in connection with the IPO (the "Securities Act Class" or the "Class"). Excluded from the Securities Act Class are the Securities Act Defendants, the officers and directors and affiliates of Defendants, at all relevant times, members of their immediate families and their legal representatives, heirs, successors, or assigns, and any entity in which Defendants have or had a controlling interest.

343. The members of the Securities Act Class are so numerous that joinder of all members is impracticable. Golden Heaven common stock is actively traded on the NASDAQ, and over a million shares were sold in the IPO. While the exact number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Securities Act Class. Record owners and other members of the Securities Act Class may be identified from records maintained by Golden Heaven or its transfer agent and may be notified of the pendency of this action by mail, using a form of notice similar to that customarily used in securities class actions.

344. Plaintiff's claims are typical of the claims of the members of the Securities Act Class, as all members of the Class are similarly affected by the Securities Act Defendants' wrongful conduct in violation of the federal securities laws as complained of herein.

345. Plaintiff will fairly and adequately protect the interests of the members of the Securities Act Class and have retained counsel competent and experienced in class and securities litigation.

346. Common questions of law and fact exist as to all members of the Securities Act Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are: (a) whether

the Securities Act Defendants violated the Securities Act; (b) whether the Registration Statement issued by the Securities Act Defendants to the investing public in connection with the IPO was negligently prepared and contained inaccurate statements of material fact or omitted material information required to be stated therein; and (c) to what extent the members of the Securities Act Class have sustained damages and the proper measure of damages.

347. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Securities Act Class members may be relatively small, the expense and burden of individual litigation make it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## I. Claims Under Section 11 of the Securities Act

### COUNT I

### FOR VIOLATIONS OF SECTION 11 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT DEFENDANTS

348. Plaintiff repeats and incorporates each allegation contained above as if fully set forth herein, except any allegation of fraud, recklessness, or intentional misconduct. Plaintiff expressly disavows reliance on, or incorporation of, any allegation of fraud, recklessness, or intentional misconduct for purposes of claims under the Securities Act.

Plaintiff repeats, incorporates, and realleges each of the allegations set forth above as if set forth herein, except these Securities Act claims expressly do not make any allegations of fraud or scienter and do not incorporate any of the allegations in Section I.

349. This Count is brought pursuant to Section 11 of the Securities Act, 15 U.S.C. § 77k, by Plaintiff on behalf of the Class, against all Securities Act Defendants.

350. The Offering Documents for the IPO was inaccurate and misleading, contained untrue statements of material facts, omitted to state other facts necessary to make the statements made not misleading, and omitted to state material facts required to be stated therein.

351. Golden Heaven is the registrant for the IPO. As the issuer of its common stock, Golden Heaven is strictly liable to Plaintiff and the Securities Act Class for the materially inaccurate statements in the Registration Statement and the failure of the Registration Statement to be complete and disclose the material information required to be disclosed therein pursuant to the regulations governing the Registration Statement's preparation.

352. The Individual Securities Act Defendants signed the Registration Statement either personally or through an attorney-in-fact and caused its issuance. Each of the Individual Securities Act Defendants had a duty to make a reasonable and diligent investigation of the truthfulness and accuracy of the statements contained in the

Registration Statement. The Individual Securities Act Defendants had a duty to ensure that such statements were true and accurate, and that there were no omissions of material facts that would make the statements in the Registration Statement inaccurate. By virtue of the Individual Securities Act Defendants' failure to exercise reasonable care, the Registration Statement contained inaccurate misrepresentations and/or omissions of material facts. As such, the Individual Securities Act Defendants are strictly liable to Plaintiff and the Securities Act Class under Section 11 of the Securities Act.

353. The Securities Act Defendants were responsible for the contents and dissemination of the Registration Statement. None of the Securities Act Defendants made a reasonable investigation or possessed reasonable grounds for the belief that the statements contained in the Registration Statement were true and without omissions of any material facts and were not inaccurate. By reasons of the conduct herein alleged, each Defendant violated and/or controlled a person who violated Section 11 of the Securities Act.

354. At the time of their purchases of Golden Heaven common shares pursuant and/or traceable to the to the Registration Statement issued in connection with the IPO, Plaintiff and other members of the Securities Act Class were without knowledge of the facts concerning the wrongful conduct alleged herein and could not have reasonably discovered those facts prior to the disclosures herein. Less than one year has elapsed

from the time that Plaintiff discovered or reasonably could have discovered the facts upon which this complaint is based to the time that the action commenced. Less than three years have elapsed between the time that the securities upon which this Count is brought were offered to the public and the time this action commenced.

355. Plaintiff and the Securities Act Class have sustained damages. The value of Golden Heaven securities has declined substantially subsequent and due to the Securities Act Defendants' violations.

**COUNT II**

**FOR VIOLATIONS OF SECTION 15 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT DEFENDANTS**

356. Plaintiff repeats and incorporates every allegation contained above as if fully set forth herein, except any allegation of fraud, recklessness, or intentional misconduct. Plaintiff expressly disavows reliance on, or incorporation of, any allegation of fraud, recklessness, or intentional misconduct for purposes of claims under the Securities Act. Plaintiff repeats, incorporates, and realleges each of the allegations set forth above as if set forth herein, except these Securities Act claims expressly do not make any allegations of fraud or scienter and do not incorporate any of the allegations in Section I.

357. This Count is brought pursuant to Section 15 of the Securities Act, 15 U.S.C. §77o, on behalf of Plaintiff and the Class against the Individual Securities Act

Defendants for their control of Golden Heaven, and against Golden Heaven for its control of the Individual Securities Act Defendants and all its employees and subsidiaries in connection with the controlled persons' violations of Section 11 of the Securities Act relating to the IPO.

358. The Individual Securities Act Defendants possessed the power to control, and did control, directly and/or indirectly, the actions of Golden Heaven at all relevant times. By virtue of their positions as directors and/or senior officers of Golden Heaven, the Individual Securities Act Defendants possessed the power and authority to control the contents of Golden Heaven's Registration Statement and had the ability and opportunity to prevent their issuance or cause them to be corrected. The Individual Securities Act Defendants each had a series of direct and/or indirect business and/or personal relationships with other directors and/or officers and/or major shareholders of Golden Heaven. Golden Heaven also exercised control over and directed the actions of its senior managers, directors, employees, and agents, including the Individual Securities Act Defendants.

359. This claim is brought within the applicable statute of limitations.

360. As control persons of Golden Heaven, the Securities Act Defendants are liable jointly and severally and to the same extent as Golden Heaven for its violations of

Section 11 of the Securities Act. By reason of such conduct and participation, the Securities Act Defendants are liable pursuant to Section 15 of the Securities Act.

## COUNT III
## FOR VIOLATIONS OF SECTION 12 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT UNDERWRITER DEFENDANTS

361. Plaintiff repeats, realleges, and incorporates by reference the foregoing, as if each and every such allegation were fully set forth herein, except to the extent, if any, that any of those paragraphs allege fraud. This claim is premised on the remedies available under Section 12 of the Securities Act, and accordingly does not assert or otherwise rely on any allegation that the Underwriter Defendants acted with fraudulent intent.

362. This claim is asserted by Plaintiff on behalf of all persons who purchased from any of the Underwriter Defendants that were issued in or traceable to Golden Heaven's IPO, on or about April 13, 2023. By means of the IPO Registration Statement, each of the Underwriter Defendants offered, promoted, and sold Golden Heaven ADSs in the IPO, and therefore are liable under Section 12(a)(2) of the Securities Act for the misrepresentations and omissions contained in the IPO Registration Statement.

363. The Underwriter Defendants failed to conduct a reasonable investigation and did not possess a reasonable basis for the belief that the statements contained in the

IPO Registration Statement, and identified above, were true, without material omissions, and not misleading.

364. By reason of the conduct alleged in this Count, each of the Underwriter Defendants violated Section 12(a)(2) of the Securities Act.

365. Plaintiff and other members of the Class who purchased Golden Heaven ADSs from any of the Underwriter Defendants that were issued in or traceable to the IPO have sustained damages because they purchased Golden Heaven securities at artificially inflated prices, and would not have purchased the Golden Heaven securities but-for the Underwriter Defendants' offers, promotions, and sales of Golden Heaven ADSs in the IPO.

366. Plaintiff, individually and on behalf of the Class, seeks the remedies available under Section 12(a)(2) of the Securities Act for the Underwriter Defendants' violations.

367. At the time of their purchases, Plaintiff and the Class were without knowledge of the wrongful conduct alleged in this Count and could not have reasonably discovered those facts more than one year before the filing of the initial complaint in this action. The initial complaint was filed within three years of the time that the Underwriter Defendants first sold Golden Heaven ADSs to the investing public.

## III. PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendants as follows:

(a) Determining that this action may be maintained as a class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) Awarding damages in favor of Plaintiff and the other Class members against all Defendants, jointly and severally, together with interest thereon;

(c) Awarding Plaintiff and the Class reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) Awarding Plaintiff and other members of the Class such other and further relief as the Court may deem just and proper.

## IV. DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury.

Dated: July 16, 2024

POMERANTZ LLP

*/s/ Jennifer Pafiti*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein

(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Counsel for Plaintiff*