MICHAEL BEST & FRIEDRICH, LLP
Evan S. Strassberg (219336)
esstrassberg@michaelbest.com
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

Attorneys for R.F. Lafferty & Co., Ltd.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | Case No. 2:23-CV-106119-HDV-SK<br><br>CLASS ACTION<br><br>**JOINT STIPULATION RE: DEADLINE FOR FILING ANSWER OR BRIEFING SCHEDULE FOR ANTICIPATED MOTION TO DISMISS**<br><br>Judge: Hon. Hernán D. Vera |

Pursuant to Civil Local Rule 7-1, Lead Plaintiff Rahul Patange ("Lead Plaintiff") and Defendant R.F. Lafferty & Co. ("Lafferty" and together with Lead Plaintiff, the "Parties"), by and through their undersigned counsel of record, submit the following stipulation and proposed scheduling order:

WHEREAS, Lafferty was added as a defendant in this action in the Corrected First Amended Complaint (the "Amended Complaint") (ECF No. 63), and has been served therewith;

WHEREAS, pursuant to a stipulation between Lead Plaintiff and Defendant Golden Heaven Group Holdings Ltd. ("Golden Heaven") (*see* ECF No. 50), the Court entered an order setting a briefing schedule for Golden Heaven in responding to the Amended Complaint, setting September 13, 2024 as the deadline for a response or motion, with any response due by November 7, 2024, and any reply due by December 18, 2024 (*see* ECF No. 51);

WHEREAS, Lead Plaintiff and Lafferty have agreed that the same briefing schedule should apply to any response or motion filed by Lafferty.

1

IT IS HEREBY STIPULATED AND AGREED THAT, subject to the Court's approval:

1. Lafferty's answer or motion to dismiss the Amended Complaint shall be filed on or before September 13, 2024;

2. Lead Plaintiff's opposition to Lafferty's motion to dismiss the Amended Complaint shall be filed on or before November 7, 2024; and

3. Lafferty's reply in support of its motion to dismiss the Amended Complaint shall be filed on or before December 18, 2024.

IT IS SO STIPULATED.

DATED this 19th day of August 2024.

**MICHAEL BEST & FRIEDRICH, LLP**

/s/ Evan S. Strassberg
Evan S. Strassberg (219336)
esstrassberg@michaelbest.com
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

*Counsel for R.F. Lafferty & Co., Ltd.*

**POMERANTZ LLP**

/s/ Jennifer Pafiti
Jennifer Pafiti (282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Rahul Patange*