LINK 72

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | Case No. 2:23-CV-10619-HDV-SK |
| | CLASS ACTION |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | ~~PROPOSE~~D ORDER GRANTING STIPULATION RE: DEADLINE FOR FILING ANSWERS OR BRIEFING SCHEDULE FOR ANTICIPATED MOTIONS TO DISMISS |
| | Judge:  Hon. Hernán D. Vera |

WHEREAS, the Court has considered the Stipulation between Lead Plaintiff Rahul Patange and Defendants Cogency Global Inc. and Colleen De Vries' (together, the "Cogency Defendants") regarding the Cogency Defendants' deadline for filing answers or a briefing schedule for an anticipated motion to dismiss; and for good cause shown,

IT IS HEREBY ORDERED THAT, consistent with the Court's prior orders setting the same response dates and briefing schedule for other defendants (*see* ECF Nos. 51 & 67):

1.    The Cogency Defendants' answers or motions to dismiss the Amended Complaint shall be filed on or before September 13, 2024;

2.     Lead Plaintiff's opposition to the Cogency Defendants' motions to dismiss the Amended Complaint shall be filed on or before November 7, 2024;

3.     The Cogency Defendants' replies in support of their motions to dismiss the Amended Complaint shall be filed on or before December 18, 2024.

IT IS SO ORDERED.

Dated:     9/10/24    _____

_____

HONORABLE HERNAN D. VERA
UNITED STATES DISTRICT JUDGE

-2-