Jonathan P. Hersey (SBN 189240)
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902
Email: jonathan.hersey@klgates.com

*Attorneys for Defendants Cogency Global Inc. and Colleen De Vries*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:23-cv-10619-HDV-SK

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION, | CLASS ACTION |
| | **JOINDER OF DEFENDANTS COGENCY GLOBAL INC. AND COLLEEN DE VRIES IN DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO: ALL ACTION | Judge: Hon. Hernán D. Vera |

Date:        January 30, 2025
Time:        10:00 a.m.
Place:       First Street Courthouse, 350 W. 1st Street,
Courtroom 5B, 5th Floor,
Los Angeles, California 90012
Complaint Filed:  December 19, 2023
Trial Date:  None Set

JOINDER OF DEFENDANTS COGENCY GLOBAL INC. AND COLLEEN DE VRIES IN DEFENDANT GOLDEN
HEAVEN GROUP HOLDINGS LTD.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 7 and 12(g) and C.D. Cal. L.R. 7-2, in response to Plaintiff's Amended Class Action Complaint for Violation of the Federal Securities Laws [ECF No. 63] (the "Amended Complaint"), Defendants Cogency Global Inc. and Colleen De Vries (together, the "Cogency Defendants"), by their undersigned counsel, join in and adopt the arguments set forth in Defendant Golden Heaven Group Holdings Ltd.'s Motion to Dismiss the Amended Class Action Complaint for Violation of Federal Securities Laws [ECF 77], its supporting Memorandum of Points and Authorities [ECF 77-1], Request for Judicial Notice in Support thereof [ECF 77-2], the accompanying Declaration of Jenny Johnson-Sardella [ECF 77-3], and proposed order [ECF 77-4].  For the reasons stated in Golden Heaven's Motion and Memorandum of Points and Authorities, all claims against the Cogency Defendants should be dismissed with prejudice.

By joining Golden Heaven's Motion, the Cogency Defendants  reserve all rights to which they may be entitled and do not waive any possible arguments or defenses they may have.

This joinder to Golden Heaven's Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on September 6, 2024.

K&L GATES LLP

Dated:  September 13, 2024

By: /s/ Jonathan P. Hersey
Jonathan P. Hersey
jonathan.hersey@klgates.com
Tel: (949) 253-0900

*Attorneys for Defendants Cogency Global Inc. and Colleen De Vries*

1

**JOINDER OF DEFENDANTS COGENCY GLOBAL INC. AND COLLEEN DE VRIES IN DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

## PROOF OF SERVICE

I, hereby certify that on September 13, 2024, I caused the foregoing: JOINDER OF DEFENDANTS COGENCY GLOBAL INC. AND COLLEEN DE VRIES IN DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT to be transmitted electronically to the persons below through the United States District Court, Central District of the State of California's CM/ECF service to the following addresses listed on the CM/ECF website for service:

Laurence M. Rosen
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: lrosen@rosenlegal.com

Jennifer Pafiti
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Email: jpafiti@pomlaw.com

J. Alexander Hood , II
Samantha Daniels
Pomerantz LLP 600 Third Avenue,
20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
sdaniels@pomlaw.com

Adam E Polk
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
Email: apolk@girardsharp.com

Jenny Johnson-Sardella
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Email: jsardella@htflawyers.com

Evan S. Strassberg
Michael Best & Friedrich,
LLP 2750 East Cottonwood Pkwy,
Suite 560
Cottonwood Heights, Utah 84121
Email: esstrassberg@michaelbest.com

I declare under penalty of perjury that the above is true and correct.

/s/ Jonathan P. Hersey
Jonathan P. Hersey

2
JOINDER OF DEFENDANTS COGENCY GLOBAL INC. AND COLLEEN DE VRIES IN DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD.'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT