POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Plaintiff*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO *ALL ACTIONS* | Case No. 2:23-cv-10619-HDV-SK <br><br> CLASS ACTION <br><br> **PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING SUBSTITUTED SERVICE ON DEFENDANT BF BORGERS CPA PC** <br><br> Judge: Hon. Hernán D. Vera <br><br> Date: October 31, 2024 <br> Time 10:00 a.m. <br> Courtroom: 5B <br><br> Complaint Filed July 16, 2024 |

Case No. 2:23-cv-10619-HDV-SK
PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING
SUBSTITUTED SERVICE ON DEFENDANT BF BORGERS CPA PC

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 31, 2024 at 10:00 a.m. in Courtroom 5B of the above-entitled court, located at First Street Courthouse, 350 W. First Street, Los Angeles, CA 90012, Lead Plaintiff Rahul Patange, will and hereby does, move pursuant to Federal Rule of Civil Procedure 4(e)(1) and 4(e)(2) for an order authorizing substituted service of process of the summons and Complaint on Defendant B.F. Borgers by delivery to the California Secretary of State as well as posting to the Defendant's registered agent address and certified mailing with return receipt. Plaintiff has been unable to personally serve BF Borgers CPA PC through other applicable means authorized by statute.

This motion is based upon this Notice, the attached Memorandum of Points and Authorities, the Declaration of Samantha Daniels submitted herewith, and upon such other and further matters as may be presented at the time of hearing and if further made upon such matters as must or may be judicially noticed, including all pleadings and papers on file herewith.

Dated: September 30, 2024                    Respectfully submitted,

                                             POMERANTZ LLP

                                             By: */s/Samantha Daniels*
                                             Samantha Daniels (admitted *pro hac vice)*
                                             Jennifer Pafiti

                                             *Attorneys for Plaintiff Rahul Patange*

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING SUBSTITUTED SERVICE ON DEFENDANT BF BORGERS CPA PC

## MEMORANDUM OF POINTS AND AUTHORITIES

### I.    INTRODUCTION

Plaintiff Rahul Patange has brought a complaint against Defendant B. F. Borgers asserting causes of action breach of violation of Federal Securities Laws. Plaintiff has attempted to personally serve BF Borgers registered agent with the summons and Complaint in this action but is unable to do so. A person at the registered agent's address refused to accept service from multiple process servers, via mail, and via the local sheriff. Accordingly, Plaintiff seeks an order authorizing substituted service upon the Secretary of State pursuant to California Code of Civil section 17701.16, subdivision (c), as well as via United States Postal Service Certified Mail.

### II.    STATEMENT OF FACTS

Defendant BF Borgers CPA PC was Golden Heaven's authorized accounting firm that audited Golden Heaven's financials for the Golden Heaven IPO, issued the audit report for the IPO, and signed the Registration Statement. (Amended Complaint ¶ 209.) Golden Heaven's Prospectus stated that it relied "upon the report of BF Borgers CPA PC." (Amended Complaint ¶ 209.)

Upon receiving the signed summons from the clerk on July 17, 2024, counsel for Plaintiff immediately set out to have the Summons and Complaint served on BF Borgers by and through its agent for service of process, LegalEase, Inc., 41 Madison Avenue, 25th & 31st Floor, New York, NY 10010. (Declaration of Samantha Daniels ("Daniels Decl.") ¶¶ 2-3.)

Plaintiff's process server performed several searches for BF Borgers address and its registered agent. BF Borgers CPA PC is registered with the State of Colorado, where it is headquartered, and its registered agent is listed as its owner, Benjamin Borgers. The company's website is no longer functional, its listed location (also the listed location for the registered agent, Mr. Borgers) is abandoned. LegalEase, Inc. had multiple process servers visit the registered agent address, as well as two other potential addresses for Mr. Borgers with minimal luck. (Daniels Decl. ¶¶ 2-3). These attempts included certified mailing as well

as attempts by County Sheriffs for the location. Of the certified mailings, one was marked as delivered, but no return receipt has been received as of yet. (Daniels Decl. ¶¶ 2-3).

## III. THE COURT SHOULD AUTHORIZE SERVICE OF THE SUMMONS AND COMPLAINT ON DEFENDANT BY SUBSTITUTED SERVICE ON THE SECRETARY OF STATE AND BY CERTIFIED MAIL.

California Corporations Code section 17701.16 supplements the provisions of the California Code of Civil Procedure for service upon limited liability companies. In particular, Section 17701.16(b) permits service of process on the limited liability company's designated agent for service of process. Section 17701.16(c) permits service of process on the limited liability company through the California Secretary of State under certain circumstances, including when the designated agent cannot with reasonable diligence be found at the address listed with the Secretary of State. Section 17701.16(c) provides:

> If an agent for service of process has resigned and has not been replaced or if the designated agent cannot with reasonable diligence be found at the address designated for personal delivery of the process, and it is shown by affidavit to the satisfaction of the court that process against a limited liability company or foreign limited liability company cannot be served with reasonable diligence upon the designated agent by hand in the manner provided in Section 415.10, subdivision (a) of Section 415.20, or subdivision (a) of Section 415.30 of the Code of Civil Procedure, the court may make an order that the service shall be made upon a domestic limited liability company or upon a registered foreign limited liability company by delivering by hand to the Secretary of State. (Cal. Corp. Code, § 17701.16(c)., Colo. R. Civ. P. 4(f).)

California Code of Civil Procedure section 415.10 authorizes personal service on the person to be served. Subdivision (a) of section 415.20 allows for service by leaving a copy of the summons and complaint at the person's office with the person who is apparently in charge thereof, and by thereafter mailing a copy of the summons and complaint to that address. Finally, subdivision (a) of section 415.30 allows for a summons to be served by

3                                          Case No. 2:23-cv-10619-HDV-SK

first-class mail along with two copies of the notice and acknowledgment, which are to be signed and returned by the recipient within 20 days of mailing.

Plaintiff is unable to serve BF Borgers CPA PC under California Code of Civil Procedure section 415.220(a) because the person at its registered agent's house refused to accept the summons and complaint from the process server. (Daniels Decl. ¶¶ 5-10.) Plaintiff has been able to serve a copy of the summons, complaint, and Court Orders via mail, but has not received any notice and acknowledgment of the registered agent or any other individual receiving the necessary papers. (*Id.*) In order to most efficiently litigate this case, Plaintiff should be allowed to serve the Secretary of State with the summons and complaint.

The law requires that the serving party attempt to serve a designated agent with "reasonable diligence". This district has recognized that "[o]rdinarily ... two or three attempts at personal service at a proper place should fully satisfy the requirement of reasonable diligence and allow substituted service to be made." *Yang v. Pan*, No. 5:23-CV-01904-SSS (SPx), 2024 BL 14283 (C.D. Cal. Jan. 11, 2024) (citing *Espindola v. Nunez*, 199 Cal.App.3d 1389, 245 Cal.Rptr. 596 (App. 4th Dist. 1988)).

As detailed in the accompanying declaration, that requirement is more than satisfied here given Plaintiff has attempted service approximately 11 times, across three separate addresses.  (Daniels Decl. ¶¶ 6-10). Based on the foregoing, Plaintiff believes that he has been more than reasonably diligent in his attempts to personally serve Defendant via Defendant's Registered Agent.

## IV.   CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this motion and authorize substituted service of the summons and Complaint on the Colorado Secretary of State, as well as the posting of the papers by local Sheriffs to the unoccupied registered agent address and a second certified mailing to the same.

PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING SUBSTITUTED SERVICE ON DEFENDANT BF BORGERS CPA PC

Dated: September 30, 2024          Respectfully submitted,

**POMERANTZ LLP**

*/s/ Samantha Daniels*
Samantha Daniels (admitted *pro hac vice)*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: 9212) 661-1100
(310) 405-7190
sdaniels@pomlaw.com
jpafiti@pomlaw.com

J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com

*Counsel for Plaintiff*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff*

5                    Case No. 2:23-cv-10619-HDV-SK