POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Rahul Patange*
*and Lead Counsel for the Class*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO *ALL ACTIONS* | Case No. 2:23-cv-10619-HDV-SK<br><br><u>CLASS ACTION</u><br><br>**DECLARATION OF SAMANTHA DANIELS IN SUPPORT OF PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN ORDER AUTHORIZING SUBSTITUTED SERVICE ON DEFENDANT BF BORGERS CPA PC**<br><br>Judge: Hon. Hernán D. Vera<br><br>Date: October 31, 2024<br>Time 10:00 a.m.<br>Courtroom: 5B<br><br>Complaint Filed July 16, 2024 |

DECLARATION - 2:23-cv-10619-HDV-SK

I, Samantha Daniels, hereby declare as follows:

1.    I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Rahul Patange ("Patange"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Patange's motion for substituted service of BF Borgers CPA PC.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Affidavit of Non-Service by Robert Rozycki upon registered address for company, signed July 26, 2024.

Exhibit B:    Affidavit of Non-Service by Robert Rozycki upon registered agent for company, signed July 31, 2024.

Exhibit C:    Affidavits of Mailing, signed August 28, 2024.

Exhibit D:    Tracking report by United States Postal Service.

Exhibit E:    Affidavits of Non-Service by officers of the Park County Sheriff's office, signed September 10, 2024.

Exhibit F:    Postmaster Response to Inquiry Regarding Change of Address or Mail Forwarding

3.    BF Borgers CPA PC is registered with the Colorado Department of State.

4.    BF Borgers CPA PC and Mr. Borgers directly have been charged by the Securities and Exchange Commission ("SEC"), for with deliberate and systemic failures to comply with Public Company Accounting Oversight Board ("PCAOB") standards in its audits and reviews incorporated in more than 1,500 SEC filings from January 2021 through June 2023.

5.      The registered agent for the business is listed as Benjamin F. Borgers at the same address as the principal office street address 5400 W Cedar Ave., Lakewood, Colorado 80224-2429.

6.      Process Server Robert Rozycki has attempted to serve this business address six times without any success.

7.      A more extensive search for Mr. Borgers' address outside of the one provided to the Secretary of the State revealed a second address at 425 Roland Drive, Bailey, Colorado 80421.

8.      Upon an attempt to serve Mr. Borgers at this address, the Process Server found a tenant of Mr. Borgers occupying this residence.  The tenant expressed that Mr. Borgers did not reside there, and that the tenant mailed the monthly rent check to the above listed business address, but did not otherwise know where to locate Mr. Borgers.

9.      LegalEase Inc., also attempted to serve a copy of the papers via United States Postal Service, Certified with Return Receipt, to the Registered Agent Address and the alternative address for Mr. Borgers. The certified mail sent to the registered address was marked as delivered on September 4, 2024, but no return receipt has been received.

10.     A third address located for Mr. Borgers 165 Roland Drive, Bailey, Colorado 80421 had multiple service attempts made by the Sheriffs' Departments for Park County, Colorado, but all were unable to get past the large gate and the long driveway to contact Mr. Borgers personally.  The Sheriffs' Departments attempted service at this third location four times.

11.     Plaintiff just received a response to a Request for Change of Address or Boxholder Information needed for Service of legal Process to the Postmaster, inquiring about the 5400 W Cedar Ave., Lakewood, Colorado 80224-2429 address, which reports that no change of address order is on file, and it should be deliverable as addressed.

12.     As of the date of this declaration, the Plaintiff has been unable to serve the Defendant with the Summons and Complaint at any of the addresses Plaintiff's Process Server discovered, despite his due diligence.

13.     Plaintiff and Plaintiff's Process Server have been unable to determine another service address for Defendant.

14.     Therefore, Plaintiff believes he has been reasonably diligent in his attempts to serve Defendant and that substituted service upon the Colorado Secretary of State would be appropriate under the circumstances, as well as the posting of the papers by a Park County Sheriff's officer to the Registered Agent Address and a second certified mailing to that address.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on September 30, 2024

/s/ Samantha Daniels
Samantha Daniels

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ Samantha Daniels
Samantha Daniels