# EXHIBIT A

## AFFIDAVIT OF NON-SERVICE

| Case: 2:23-cv-10619-HDV-SK | Court: | County: | Job: 11498857 |
|---|---|---|---|
| Plaintiff / Petitioner: Plaintiff phone number | | Defendant / Respondent: BF Bprges CPA P,C | |
| Received by: R & G Process Servers, LLC | | For: LegalEase Inc. | |
| To be served upon: BF Borgers CPA PC | | | |

I, Robert Rozycki, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   , COMPANY: 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226

**Manner of Service:**     Non-Service

**Documents:**   Summons, Amended Complaint, Scheduling Order and Judge's Rules

**Additional Comments:**
1) Unsuccessful Attempt: Jul 25, 2024, 8:05 am MDT at COMPANY: 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226
No lights on inside

2) Unsuccessful Attempt: Jul 25, 2024, 12:26 pm MDT at COMPANY: 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226
No lights on inside

3) Unsuccessful Attempt: Jul 26, 2024, 2:37 pm MDT at COMPANY: 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226
Address is vacant Business is closed permanently

**Fees:**   $0.00

_____          07/26/2024
Robert Rozycki                                    Date
922000629

R & G Process Servers, LLC
1668 S Dudley Ct
Lakewood, CO 80232
3035149373