# EXHIBIT B

## AFFIDAVIT OF NON-SERVICE

| Case:<br>2:23-cv-10619-HDV-SK | Court: | County: | Job:<br>11498857 |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Rahul Patange, etc. | | **Defendant / Respondent:**<br>BF Bprges CPA P,C | |
| **Received by:**<br>R & G Process Servers, LLC | | **For:**<br>LegalEase Inc. | |
| **To be served upon:** | | | |

I, Robert Rozycki, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

### BF BORGERS CPA PC c/o Benjamin Borgers

**Recipient Name / Address:** , HOME: 425 Roland Dr, BAILEY, CO 80421

**Manner of Service:** Non-Service

**Documents:** Summons, Amended Complaint, Scheduling Order and Judge's Rules

**Additional Comments:**
1) Unsuccessful Attempt: Jul 25, 2024, 8:05 am MDT at COMPANY: 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226
No lights on inside

2) Unsuccessful Attempt: Jul 25, 2024, 12:26 pm MDT at COMPANY: 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226
No lights on inside

3) Unsuccessful Attempt: Jul 26, 2024, 2:37 pm MDT at COMPANY: 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226
Address is vacant Business is closed permanently

4) Unsuccessful Attempt: Jul 31, 2024, 1:46 pm MDT at HOME: 425 Roland Dr, BAILEY, CO 80421
Bad Address, Marrk Lefrante leases the property from def. Send rent check to the cedar address. Does not have a phone number for def.
Mark provided his number if needed 720-471-1286

**Fees:** $0.00

_____          07/31/2024
Robert Rozycki                           Date
922000629

R & G Process Servers, LLC
1668 S Dudley Ct
Lakewood, CO 80232
3035149373