# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RAHUL PATANGE, Individually and on behalf of all
Others similarly situated,

                              Plaintiff

                    -v-


GOLDEN HEAVEN GROUP HOLDINGS LTD,
QIONG JIN, JINUANG GONG, et. al.,

                              Defendants,

---

Case No.
2:23-cv-10619-HDV-SK


AFFIDAVIT OF
SERIVE BY
CERTIFIED MAIL


STATE OF NEW YORK}
COUNTY OF NEW YORK} ss.:

Bruce Lazarus, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at New York, NY:

On August  28, 2024, I mailed a copy of the within SUMMONS, AMENDED COMPLAINT, SCHEDULING ORDER and JUDGE'S RULES to BF BORGERS CPA PC c/o BENJAMIN FITZPATRICK BORGERS, defendant therein named, at 425 ROLAND DRIVE, BAILEY, CO 80421 by enclosing same in an envelope, postage prepaid, Certified Mail, Return Receipt Requested (7021 2720 0003 0195 3831), depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus

Sworn to before me this
28th day of August 2024.

NOTARY PUBLIC

MAUREEN I MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in New York County
My Commission Expires 05-31-20 26



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BF BORGERS CPA PC
c/o BENJAMIN F. BORGERS
425 ROLAND DRIVE
BAILEY, CO 80421

9590 9402 7310 2028 4840 23

2. Article Number (Transfer from service label)

7021 2720 0003 0195 3831

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☒ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

---

**USPS TRACKING #**

9590 9402 7310 2028 4840 23

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

° Sender: Please print your name, address, and ZIP+4® in this box°

POMERANTZ, LLP
600 THIRD AVE., 20TH FL.
NEW YORK, N.Y. 10016

TARAH SAYRE

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery  $
Postage
$
Total Postage and Fees
$
Sent To BF BORGERS CPA PC
Street and Apt. No., or PO Box No. c/o BENJAMIN F. BORGERS
City, State, ZIP+4 425 ROLAND DR. BAILEY, CO

Postmark
Here

ZIP 80421

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

CERTIFIED MAIL

7021 2720 0003 0195 3831

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RAHUL PATANGE, Individually and on behalf of all
Others similarly situated,

Case No.
2:23-cv-10619-HDV-SK

Plaintiff

-v-

AFFIDAVIT OF
SERIVE BY
CERTIFIED MAIL

GOLDEN HEAVEN GROUP HOLDINGS LTD,
QIONG JIN, JINUANG GONG, et. al.,

Defendants,

STATE OF NEW YORK}
COUNTY OF NEW YORK} ss.:

Bruce Lazarus, being duly sworn, deposes and says, I am not a party to this action, am over 18 years old and reside at New York, NY:

On August 28, 2024, I mailed a copy of the within SUMMONS, AMENDED COMPLAINT, SCHEDULING ORDER and JUDGE'S RULES to BF BORGERS CPA PC c/o BENJAMIN FITZPATRICK BORGERS, defendant therein named, at 5400 WEST CEDAR AVENUE, LAKEWOOD, CO 80226 by enclosing same in an envelope, postage prepaid, Certified Mail, Return Receipt Requested (7021 2720 0003 0195 3848), depository under the exclusive custody and control of the United States Postal service. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Bruce Lazarus

Sworn to before me this
28th day of August 2024.

NOTARY PUBLIC

MAUREEN I MINTZER
NOTARY PUBLIC-STATE OF NEW YORK
No. 02MI4827421
Qualified in New York County
My Commission Expires 05-31-20__



**COMPLETE THIS SECTION ON DELIVERY**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

1. Article Addressed to:

*BF BORGERS CPA PC*
*C/O BENJAMIN BORGERS*
*5400 W. CEDAR AVE.*
*LAKEWOOD, CO 80226*

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

9590 9402 7310 2028 4839 03

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ail
☐ ail Restricted Delivery (over $500)

☐ Priority Mail Express®
☑ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

2. Article Number (Transfer from service label)

7021 2720 0003 0195 3848

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt

**USPS TRACKING #**

9590 9402 7310 2028 4839 03

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4® in this box°

*POMERANTZ LLP*
*600 THIRD AVE. 20TH FL*
*NEW YORK, N.Y 10016*

*TARAH SAYRE*

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Denver CO 80226   **OFFICIAL USE**

Certified Mail Fee
$ 4.05

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)   $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery   $
☐ Adult Signature Required   $
☐ Adult Signature Restricted Delivery   $

Postmark
Here

Postage
$ 20.05

Total Postage and Fees
$ 27.10   ZIP 80226

Sent To *BF BORGERS CPA PC*
Street and Apt. No., or PO Box No. *C/O BENJAMIN BORGERS CO*
City, State, ZIP+4® *5400 W. CEDAR AVE, LAKEWOOD*

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

CERTIFIED MAIL

7021 2720 0003 0195 3848