# EXHIBIT D

ALERT: TROPICAL STORM FRANCINE, FLOODING, AND SEVERE WEATHER IN THE SOUTHER...

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70212720000301953848

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 11:05 am on September 4, 2024 in DENVER, CO 80226.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Left with Individual**

DENVER, CO 80226
September 4, 2024, 11:05 am

**In Transit to Next Facility**

September 1, 2024

**Departed Post Office**

DELRAY BEACH, FL 33484
August 28, 2024, 6:00 pm

**USPS in possession of item**

DELRAY BEACH, FL 33484
August 28, 2024, 10:48 am

Hide Tracking History

**What Do USPS Tracking Statuses Mean?** (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

## Text & Email Updates                                               ︿

**Select what types of updates you'd like to receive and how. Send me a notification for:**

**Text**        **Email**

☐        ☐    All Below Updates

☐        ☐    Expected Delivery Updates ⓘ

☐        ☐    Day of Delivery Updates ⓘ

☐        ☐    Package Delivered ⓘ

☐        ☐    Available for Pickup ⓘ

☐        ☐    Delivery Exception Updates ⓘ

☐        ☐    Package In-Transit Updates ⓘ

---

## USPS Tracking Plus®                                               ︿

Your item is eligible for USPS Tracking Plus. This feature allows you to buy extended access to your tracking history and receive a statement via email upon request. Without this feature, your regular tracking history is only available on this site until August 29, 2026. To extend your access to this tracking history, select the length of time you would like and confirm your selection. You can only purchase extended history once, so all orders are final and are not eligible for a refund.

**Note:** For multiple tracking numbers, you can save and continue adding USPS Tracking Plus selections to your cart until you are ready to complete your purchase.

```
3 Years
$3.75
```

```
5 Years
$4.75
```

7 Years
**$5.75**

10 Years
**$6.75**

☐ I have read, understand, and agree to the **Terms and Conditions.**
**(https://www.usps.com/terms-conditions/tracking-plus.htm)**

**Confirm Selection**

---

## Product Information ⌃

| | | |
|---|---|---|
| **Postal Product:** | **Features:** | **See tracking for related item:** |
| Priority Mail® | Certified Mail™ | 9590940273102028483903 |
| | Up to $100 insurance included. Restrictions Apply ⓘ | (/go/TrackConfirmAction? tLabels=9590940273102028483903) |

**See Less** ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**