# EXHIBIT E



### *Return of Service*

I declare under oath that I served the **Summons in a Civil Action, Amended Class Action Complaint, Judge's Rules and Scheduling Order** in Park County, State of Colorado upon **BF Borgers CPA PC, c/o Benjamin Borgers** at the following location: **165 Roland Drive, Bailey, CO on:**

Date: _____    Time: _____

_____ by leaving it with the above individual identified to me as _____
_____ by leaving it with_____    _____
                            Name                              Relationship

Description: M  F   skin_____   hair_____ age_____ hgt_____ wgt_____

---

### *Affidavit of Non-Service*

Date: 9.10.24    Time: 0625

Service was attempted on 4 occasions to (subject's name) BENJAMIN BORGER

but have been **unable to serve** the party for the following reason(s): REFUSED TO COME TO GATE / REFUSED TO CALL BACK AFTER MULTIPLE ATTEMPTS

_____ 529/9522
Park County Sheriff's Officers Signature

TUCKER
Printed Last Name



# Park County Sheriff's Office
## Sheriff Tom McGraw
P.O. Box 1732
Bailey, CO 80421
Attn: Civil Division
Bailey Substation: 303-838-4441

**CIVIL NUMBER*** 13058    **DATE** 8/27/2024    **SERVICE TYPE** Summons in a Civil Action, Amended Class Action Complaint, Judge's Rules and Scheduling Order
*Reference this number on all correspondence

**PERSON TO BE SERVED:** BF Borgers CPA PC
c/o Benjamin Borgers    **ADDRESS:** 165 Roland Dr, Bailey, CO

**SERVE BY DATE:** 9/5/2024

**REQUESTED BY:** Legal Ease Inc.    **PHONE:**    **FAX:**
**ATTN:**    **EMAIL ADDRESS:** aureen@legaleaseinc.com
**ADDRESS:** 41 Madison Ave
**CITY:** New York    **STATE:** NY    **ZIP:** 10010

**NOTES:**

Unable to serve. No contact.

| | | |
|---|---|---|
| Date Served: | Time Served: | Total Mileage: 36    No Service: XX |
| Service Fee: | ~~$20.00~~ | (effective 1-1-23, our mileage fee is now based on the IRS mileage rate) |
| Mileage Fee: | ~~$23.58~~ | |
| Postage Due | | |
| Total Due: | ~~$43.58~~ | |
| Total received: | ~~$35.00~~ Check # | 22567    Check Date    8/20/2024 |
| | Check #    Ck Date | |
| Balance Due: | ~~$8.58~~ Date Billed: | 9/10/2024 |

**Processes Attempted**

| Number | Date | Time | Location | Officer | Mileage | Disposition |
|---|---|---|---|---|---|---|
| 1 | 9/3/2024 | 7:09 | 165 Roland Dr. | Young | 12 | no contact |
| 2 | 9/4/2024 | 13:00 | 165 Roland Dr. | Martin | 0 | no contact |
| 3........... | 9/8/2024 | 8:22 | 165 Roland Dr. | Tucker | 12 | no contact |
| 4 | 9/10/2024 | 6:25 | 165 Roland Dr. | Tucker | 12 | no contact |
| | | | | | | |
| | | | Balance Due | | | |
| | | | | | | |