# EXHIBIT F

**REQUEST FOR CHANGE OF ADDRESS OR BOXHOLDER INFORMATION NEEDED FOR SERVICE OF LEGAL PROCESS**

LEGALEASE, INC.

41 Madison Avenue, 31st Floor
New York, NY 10010

**Please do the best you can to verify!!**

**Would the mailperson be able to tell us if mail gets picked up or is it just piling up outside? Very important to know!!**

Postmaster:                          **August 9, 2024**

Please furnish the new address or the name and street address (if a boxholder) for the following:

# BF Borgers CPA PC
# 5400 West Cedar Avenue
# Lakewood, CO 80226

The following information is provided in accordance with 39 CFR 265.14(d)(5)(ii). There is no fee for providing boxholder or change of address information.

1.  Capacity of Requester: Process Server
2.  Statute or regulation that empowers me to serve process: CPLR 2103
3.  The names of all known parties to the litigation: Patange v. BF Borgers CPA PC
4.  The court in which the case has been or will be heard: Central Dist. Of CA
5.  The docket of other identifying number if one has been issued: 23cv10619
6.  The capacity in which the individual is to be served: Defendant

WARNING: **The submission of false information to obtain and use change of address information or boxholder information for any purpose other than the service of legal process in connection with actual or prospective litigation could result in criminal penalties including a fine of up to $10,000 or imprisonment of not more than 5 years (Title 18 U.S.C. section 1001).**

I certify that the above information is true and that the address information is needed and will be used solely for the service of legal process in connection with actual or prospective litigation.

Bruce Lazarus

-----------------------------------------------------------------------------------------------------------

**FOR POST OFFICE USE ONLY**

√ No Change of address order on file.

___ Not known at address given.

___ Moved left no forwarding address.

___ No such address.

√ Deliverable as addressed.

NEW ADDRESS or BOXHOLDER
NAME and STREET ADDREES

LAKEWOOD CO 80226
AUG 15 2024
USPS

**POSTAL STAMP with DATE**