**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | Case No. 2:23-cv-10619-HDV-SK<br><br>~~[PROPOSED]~~ **ORDER ALLOWING SUBSTITUTED SERVICE OF DEFENDANT BF BORGERS CPA PC [DKT. NO. 81]**<br><br>JUDGE:  Hernán D. Vera |

The Court, having considered the Plaintiff's Motion for an Order Authorizing Substituted Service [Dkt. No. 81], orders as follows:

Service of summons and complaint in this action on Defendant BF Borgers CPA PC may be made by Service on the Colorado Secretary of State as well as the posting of the papers to the address of the registered agent by local Sheriffs and a secondary certified mailing to the same address.

SO ORDERED.

Dated:  October 30, 2024
         Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

[PROPOSED] ORDER - 2:23-cv-10619-HDV-SK

1