POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff*
*[additional counsel listed in signature block]*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION <br><br> THIS DOCUMENT RELATES TO *ALL ACTIONS* | Case No.: 2:23-cv-10619-HDV-SK <br><br> **Notice of Filing of Certification** |

NOTICE OF FILING

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

Plaintiff submits this notice in support of his Amended Complaint, filed July 16, 2024 at ECF No. 63.

Exhibit 1 is a shareholder certification with Schedule A (Schedule of Transactions) signed by Rahul Patange.

Dated: November 12, 2024                    Respectfully submitted,

**POMERANTZ LLP**

*/s/ Samantha Daniels*
Samantha Daniels (admitted *pro hac vice)*
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: 9212) 661-1100
(310) 405-7190
sdaniels@pomlaw.com
jpafiti@pomlaw.com

J. Alexander Hood II
(admitted *pro hac vice)*
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com

*Counsel for Plaintiff*

BRONSTEIN, GEWIRTZ & GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff*

1
NOTICE OF FILING