Jonathan P. Hersey (Cal. Bar No. 189240)
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902
Email: jonathan.hersey@klgates.com

*Attorneys for Defendants*
Cogency Global Inc. and
Colleen De Vries

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION, | CLASS ACTION |
| | Case No. 2:23-cv-10619-HDV-SK |
| | Judge: Hon. Hernán D. Vera |
| THIS DOCUMENT RELATES TO: *ALL ACTIONS* | **JOINDER BY DEFENDANTS COGENCY GLOBAL INC. AND COLLEEN DE VRIES IN DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD.'S REPLY IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| | Hearing:<br>Date:    January 30, 2025<br>Time:    10:00 a.m.<br>Courtroom:  5B |

Pursuant to Fed. R. Civ. P. Rules 7 and 12(g), and C.D. Cal. L.R. 7-10, defendants Cogency Global Inc. and Colleen De Vries (together, the "Cogency Defendants"), join in and adopt the arguments set forth in defendant Golden Heaven Group Holdings Ltd.'s Reply in Support of its Motion to Dismiss the Amended Class Action Complaint for Violation of Federal Securities Laws [ECF 91] (the "Reply").

For the reasons stated in Golden Heaven's Motion to Dismiss the Amended Class Action Complaint (the "Motion") [ECF 77], the Memorandum of Points and Authorities in Support of Golden Heaven's Motion to Dismiss [ECF 77-1], and the Reply [ECF 91], all claims against the Cogency Defendants should be dismissed with prejudice.

By joining Golden Heaven's Motion and Reply, the Cogency Defendants reserve all rights to which they may be entitled and do not waive any possible arguments or defenses they may have.

K&L GATES LLP

Dated:  December 18, 2024                By:  /s/ *Jonathan P. Hersey*
                                                                     Jonathan P. Hersey
                                                                     *Attorneys for Defendants*
                                                                     Cogency Global Inc. and
                                                                     Colleen De Vries

## <u>CERTIFICATE OF COMPLIANCE</u>

The undersigned, counsel of record for the Cogency Defendants, certifies that this brief contains 147 words.  In keeping with L.R. 11-6.1, the word court stated above includes all headings, footnotes, and quotations but excludes the caption, the signature block, the certification required by L.R. 11-6.2, and any indices and exhibits.

/s/ *Jonathan P. Hersey*
Jonathan P. Hersey

JOINDER BY DEFS. COGENCY GLOBAL INC. AND COLLEEN DE VRIES IN DEF. GOLDEN HEAVEN GROUP HOLDINGS LTD.'S REPLY IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT