HUNTER TAUBMAN FISCHER & LI LLC
Jenny Johnson-Sardella, Esquire
California Bar No. 343174
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel:    (305) 629-1180
Fax:    (305) 629-8099
jsardella@htflawyers.com

*Attorneys for Defendant Golden Heaven Group Holdings Ltd.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Case. No. 2:23-cv-10619-HDV-SK

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | CLASS ACTION<br><br>**DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Hernán D. Vera<br>Complaint Filed:  December 19, 2023<br>Trial Date:  None Set |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Defendant Golden Heaven Group Holdings Ltd. ("Golden Heaven") respectfully submits the following supplemental authority in the form of a recent decision since the hearing on Golden Heaven's Motion to Dismiss the Amended Class Action Complaint (Docket Entry 77) on January 30, 2025.

1

*Hunter Taubman Fischer & Li LLC*
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Golden Heaven respectfully provides the following case as supplemental authority:

*Pirani v. Slack Technologies, Inc., et al.*, No. 20-16419, 2025 WL 440850 (9th Cir. Feb. 10, 2025).   On February 10, 2025, the United States Court of Appeals for the Ninth Circuit, Judge Eric D. Miller, issued an opinion that traceability to a prospectus or oral communication is element of a claim for misstatement or omission in a prospectus or oral communication; and that the shareholder failed to allege his shares were traceable to the prospectus.   A true and correct copy of the opinion is attached as Exhibit 1.  The plaintiff argued that he could use a statistical probability analysis to prove that it was likely at least some portion of his 30,000 shares could be traced to the initial public offering registration statement.  The Ninth Circuit rejected the plaintiff's argument, pointing out that it's just as likely that since he only made one purchase, the entire lot of shares came from a single source, which source could have been unregistered shares from one of the founders.

Dated: February 14, 2025
        Miami, Florida

                                Respectfully submitted,


                                */s/ Jenny Johnson-Sardella*
                                Jenny Johnson-Sardella, Esquire (SBN 343174)
                                Mark David Hunter, Esquire (Admitted *Pro Hac Vice*)
                                Hunter Taubman Fischer & Li LLC
                                848 Brickell Avenue, Suite 200
                                Miami, Florida 33131
                                Tel: 305-629-1180
                                Fax : 347-623-1684
                                E-Mail : jsardella@htflawyers.com
                                            mhunter@htflawyers.com

2

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

**PROOF OF SERVICE**

I, hereby certify that on February 14, 2025, I caused the foregoing: DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD.'S NOTICE OF SUPPLEMENTAL AUTHORITY to be transmitted electronically to the persons below through the United States District Court, Central District of the State of California's CM/ECF service to the following addresses listed on the CM/ECF website for service:

**Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: lrosen@rosenlegal.com

**Jennifer Pafiti**
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Email: jpafiti@pomlaw.com

**J. Alexander Hood , II**
**Samantha Daniels**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
          sdaniels@pomlaw.com

**Adam E Polk**
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
Email: apolk@girardsharp.com

**Jonathan Peter Hersey**
K and L Gates LLP
1 Park Place 12th Floor
Irvine, CA 92614
Email: jonathan.hersey@klgates.com

3

Evan S. Strassberg
**Michael Best & Friedrich, LLP**
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Email: esstrassberg@michaelbest.com

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

4