HUNTER TAUBMAN FISCHER & LI LLC
Jenny Johnson-Sardella, Esquire
California Bar No. 343174
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel:     (305) 629-1180
Fax:    (305) 629-8099
jsardella@htflawyers.com

*Attorneys for Defendant Golden Heaven Group Holdings Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case. No. 2:23-cv-10619-HDV-SK

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | <u>CLASS ACTION</u><br><br>**DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Judge: Hon. Hernán D. Vera |

Hunter Taubman Fischer & Li<br>848 Brickell Avenue, Suite 200<br>Miami, Fl 33131<br>Tel: (305) 629-1180 | FAX: (714) 503-0788

1

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant Golden Heaven Group Holdings Ltd. ("Golden Heaven" or the "Company") hereby submits this Motion to Strike Plaintiff's Response to Defendant's Notice of Supplemental Authority pursuant to Federal Rule of Civil Procedure ("Rule") 12(f).  In furtherance of the same, Defendant Golden Heaven respectfully states as follows:

## I.   **Introduction**

On February 14, 2025, Defendant Golden Heaven filed its Notice of Supplemental Authority (the "Notice") (Docket Entry ("D.E.") 107) in connection with its pending Motion to Dismiss Plaintiff's Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion").  *See* D.E. 77.  The purpose of the Notice was to inform the Court of a recent decision of the Ninth Circuit that addressed substantially similar claims and arguments as those addressed in Golden Heaven's pending Motion to Dismiss. *See Pirani v. Slack Technologies, Inc., et al.*, No. 20-16419, 2025 WL 440850 (9th Cir. Feb. 10, 2025) ("*Slack*").  Golden Heaven's Notice simply provided the Court with notice of the Slack decision and its holding, without providing any additional substantive argument. Plaintiff filed its Response to Defendant's Notice of Supplemental Authority ("Plaintiff's Response") (D.E. 108) on February 20, 2025.

## II.   **Plaintiff's Response Should Be Stricken as an Improper Surreply Filed Without Leave of Court.**

As an initial matter, Plaintiff's Response has introduced new legal argument to the record, and seeks to supplement Plaintiff's opposition to the Golden Heaven's Motion to Dismiss, several weeks after that motion was taken under submission by the Court, and, more specifically, was filed without prior leave from this Court.  Plaintiff's Response attempts to draw inferences for the Court as to the relevance and applicability of specific portions of the decision to Golden Heaven's Motion to Dismiss.  *See* D.E. 108 at 2.  For this reason, Plaintiff's Response violates Local Rule 7-10, constituting an impermissible response to Golden Heaven's Reply to Plaintiff's

Hunter Taubman Fischer & Li
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

2

Memorandum of Points and Authorities in Opposition to the Motion to Dismiss (the "Reply") (D.E. 91). "Absent prior written order of the Court, the opposing party shall not file a response to the reply." C.D. Cal. R. 7-10.

In the present case, Plaintiff's did not seek approval from this Court prior to filing the Response. *See United Broadcasting Corp. v. Miami Tele-Communications*, 140 F.R.D. 12, 13 (S.D. Fla. 1991) ("a 'notice of supplemental authority' that raises an argument that is not in defendant's previous memorandum in opposition is in fact an attempt at a sur-response, which is not permitted in the absence of court order."); *Dioquino v. Sempris, LLC*, No. CV 11-05556 SJO (MRWx), 2012 WL 6742528, 2012 U.S. Dist. LEXIS 183643, at *8 (C.D. Cal. Apr. 9, 2012) (Striking portions of a notice of supplemental authority that addressed new matters). Consequentially, Plaintiff's Response constitutes an impermissible response to the Reply and should be stricken in its entirety.

### III.   In the alternative, Golden Heaven Requests Leave to Submit a Reply to Plaintiff's Response to the Notice of Supplemental Authority.

Should the Court nevertheless be inclined to consider Plaintiff's submission on the merits, Golden Heaven respectfully requests leave to file its own brief reply to Plaintiff's Response so that Golden Heaven may be heard and have an opportunity to clarify the impact of the *Slack* decision in connection with the pending Motion to Dismiss. A brief reply addressing the impact of the *Slack* decision would cause no prejudice to Plaintiff, who has already submitted arguments on this topic, and will result in a more informed decision by the Court after having heard from both parties on the new *Slack* decision.

Hunter Taubman Fischer & Li
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

3

Accordingly, Defendant Golden Heaven respectfully moves to strike Plaintiff's Response, or alternatively, for leave to file a supplemental brief clarifying the applicability of the *Slack* decision to Defendant Golden Heaven's pending Motion to Dismiss.

Dated: February 24, 2025
       Miami, Florida

Respectfully submitted,

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel: 305-629-1180
Fax : 347-623-1684
E-Mail : jsardella@htflawyers.com

Hunter Taubman Fischer & Li
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

4

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY

## PROOF OF SERVICE

I, hereby certify that on February 24, 2025, I caused the foregoing: DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY to be transmitted electronically to the persons below through the United States District Court, Central District of the State of California's CM/ECF service to the following addresses listed on the CM/ECF website for service:

**Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: lrosen@rosenlegal.com

**Jennifer Pafiti**
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Email: jpafiti@pomlaw.com

**J. Alexander Hood , II**
**Samantha Daniels**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
sdaniels@pomlaw.com

**Adam E Polk**
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
Email: apolk@girardsharp.com

**Jonathan Peter Hersey**
K and L Gates LLP
1 Park Place 12th Floor
Irvine, CA 92614
Email: jonathan.hersey@klgates.com

Evan S. Strassberg
**Michael Best & Friedrich, LLP**
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Email: esstrassberg@michaelbest.com

I declare under penalty of perjury that the above is true and correct.

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S MOTION TO STRIKE PLAINTIFF'S RESPONSE TO DEFENDANT'S NOTICE OF SUPPLEMENTAL AUTHORITY