Jonathan P. Hersey (SBN 189240)
 jonathan.hersey@klgates.com
**K&L GATES LLP**
1 Park Plaza
Twelfth Floor
Irvine, CA 92614
Telephone: (949) 253-0900
Facsimile: (949) 253-0902

*Attorneys for Defendants Cogency
Global Inc. and Colleen De Vries*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION, | CLASS ACTION<br><br>Case No. 2:23-cv-10619-HDV-SK<br><br>**ANSWER BY DEFENDANTS COGENCY GLOBAL INC. AND COLLEEN A. DE VRIES TO PLAINTIFFS' FIRST AMENDED COMPLAINT; and**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Hernán D. Vera |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Defendants Cogency Global Inc. ("Cogency") and Colleen A. De Vries ("De Vries" and together with Cogency, "the Cogency Defendants"), by and through their undersigned counsel, respectfully submit this Answer to the Amended Class Action Complaint (the "Amended Complaint") for Violations of the Securities Act of 1933 (the "Securities Act") and the Securities Exchange Act of 1934 (the "Exchange Act"), filed by Rahul Patange, Individually and on Behalf of all Others Similarly Situated ("Plaintiffs").

The Cogency Defendants respond below to the separately numbered paragraphs and prayer for relief contained in the Amended Complaint.  To the extent that any allegation is not admitted, it is denied.  Moreover, to the extent that the Amended Complaint refers to or quotes from external documents, statutes, or other sources, the Cogency Defendants may refer to such materials for their accurate and complete contents; however, the Cogency Defendants' references are not intended to be, and should not be construed to be, an admission that the cited materials: (a) are correctly cited or quoted by Plaintiffs; (b) are relevant to this, or any other, action; or (c) are admissible in this, or any other, action.  The Cogency Defendants are not required to respond to the headings of the Amended Complaint, but, to the extent that any response is required, the Cogency Defendants deny the allegations and characterizations of the allegations set forth in the headings of the Amended Complaint.  The Cogency Defendants answer the allegations in the Amended Complaint as follows:

## I.    VIOLATIONS OF THE EXCHANGE ACT

### A.    The Nature of the Exchange Act Action

1.    The allegations contained in paragraph 1 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations, except admit that the Amended Complaint is styled as a class action on behalf of persons or entities who purchased or otherwise acquired publicly traded Golden Heaven securities between April 13, 2023 and December 8, 2023, inclusive, and seeks to recover for purported compensable damages under the Exchange

Act of 1934 (the "Exchange Act").

2.    The Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 2, except admit that Golden Heaven Group Holdings Ltd. ("Golden Heaven") is a company organized under the laws of the Cayman Islands and is in the business of managing and operating amusement parks.

3.    To the extent that the allegations contained in paragraph 3 purport to state legal conclusions or are not directed at the Cogency Defendants, no response is required. To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 3, except admit that Golden Heaven conducted an IPO in 2023. The Cogency Defendants refer to the Offering Documents for their complete and accurate contents and deny any paraphrasing, summarizing, or characterization of those documents and any factual inferences or legal conclusions made by Plaintiffs on the basis of those documents.

4.    The allegations contained in paragraph 4 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations as to themselves, and state that they lack sufficient knowledge to admit or deny the allegations as they relate to other Defendants.

5.    To the extent that the allegations contained in paragraph 5 purport to state legal conclusions or are not directed at the Cogency Defendants, no response is required. To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 5.

6.    The allegations contained in paragraph 6 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations as to themselves, and state that they lack sufficient knowledge to admit or deny the allegations as they relate to other Defendants.

**B.    Jurisdiction and Venue for the Exchange Act Claims**

7.    The allegations contained in paragraph 7 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants

deny such allegations, except admit that the Amended Complaint purports to state claims under Sections 10(b) and 20(a) of the Exchange Act and Rule 10b-5 promulgated thereunder.

8.     The allegations contained in paragraph 8 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants admit that the Court has subject matter jurisdiction over this action.

9.     The allegations contained in paragraph 9 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants lack sufficient information to admit or deny the allegations and deny the same.

10.     The allegations contained in paragraph 10 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations with respect to themselves and state that they lack sufficient information to admit or deny the allegations as to the other Defendants.

### C.     The Exchange Act Parties

11.     The allegations contained in paragraph 11 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 11 and deny the same.

12.     The allegations in paragraph 12 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants lack information to admit or deny the allegations in paragraph 12, except admit that Golden Heaven is incorporated in the Cayman Islands and its shares trade on NASDAQ under GDHG.

13.     The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 13, except admit that Qiong Jin ("Jin") served as Golden Heaven's Chief Executive Officer ("CEO") and as Chairman of the Company's Board of Directors when the Registration Statement was signed.

14.     The Cogency Defendants lack sufficient information to admit or deny the

-4-

allegations contained in paragraph 14, except admit that Jinguang Gong ("Gong") was the CFO when the Registration Statement was signed.

15. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 15, except admit that Bin Chen served as director when the Registration Statement was signed.

16. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 16, except admit that Daofu Lin served as director when the Registration Statement was signed.

17. The allegations in paragraph 17 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations, except admit that Colleen A. De Vries signed the Registration Statement on behalf of her employer, Defendant Cogency Global, Inc. The Cogency Defendants specifically deny that Defendant De Vries herself served as an authorized representative for Golden Heaven or signed the Registration Statement for Golden Heaven in her individual capacity.

18. Paragraph 18 contains no factual allegations, thus no response is required.

19. The allegations contained in paragraph 19 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations as they relate to Defendant Colleen A. De Vries and lack information to admit or deny the allegations with respect to the other Individual Defendants.

20. The allegations contained in paragraph 20 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations as they relate to themselves and lack information to admit or deny the allegations with respect to the other Defendants.

21. The allegations contained in paragraph 21 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations as they relate to Defendant Colleen A. De Vries and lack

information to admit or deny the allegations with respect to the other Individual Defendants.

22.    Paragraph 22 contains no factual allegations, thus no response is required.

**D.    The Exchange Act Substantive Allegations**

23.    The Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 23, except admit that at the time of the Registration Statement Golden Heaven operated amusement parks in China.

24.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 24 and refer to the Offering Documents for their complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

25.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 25.

26.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 26, except admit that Golden Heaven conducted an IPO in April 2023.  The Cogency Defendants refer to the Offering Documents for their complete and accurate contents, and deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

27.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 27 and refer to the Offering Documents for their complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

28.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 28 and refer to the Offering Documents for their complete and accurate contents.  The Cogency Defendants deny any

paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

29. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 29 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

30. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 30 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

31. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 31 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

32. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 32 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

33. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 33 and refer to the Offering Documents Prospectus their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

34. The Cogency Defendants state that they lack sufficient information to admit

or deny the allegations contained in paragraph 34 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

35.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 35 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

36.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 36 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

37.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 37.

38.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 38.

39.     The allegations in paragraph 39 state legal arguments for which no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 39.

40.     The allegations in paragraph 40 state legal arguments for which no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 40.

41.     The allegations in paragraph 41 state legal arguments for which no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 41 and refer to the Offering Documents for their complete and accurate contents.

42.    The Cogency Defendants deny the allegations contained in paragraph 42 as they relate to Defendant Colleen A. De Vries, and state that they lack sufficient information to admit or deny the allegations as to other Defendants.

43.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 43.

44.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 44.

45.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 45.

46.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 46.

47.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 47; except admit that BF Borgers CPA PC formerly served as Golden Heaven's accounting firm in connection with the Offering.

48.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 48.

49.    The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 49; except admit that Golden Heaven filed a Form 6-K on or about November 8, 2023 announcing a change in auditor and refer to the Form 6-K for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

50.    To the extent the allegations in paragraph 50 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 50.

51.    The Cogency Defendants state that they lack sufficient information to admit

or deny the allegations contained in paragraph 51.

52.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 52.

53.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 53.

54.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 54.

55.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 55.

**E.     Materially False and Misleading Statements for the Exchange Act Claims**

56.     The allegations contained in paragraph 56 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations, except admit that Golden Heaven filed a 424(b)(4) prospectus on or about April 13, 2023 (the "April 2023 Prospectus").

57.     The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 57 and refer to the April 2023 Prospectus for its complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

58.     The Cogency Defendants deny the allegations in paragraph 58 and refer to the April 2023 Prospectus for its complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

59.     The allegations contained in paragraph 59 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 59 and on that basis deny the same.

60. The Cogency Defendants deny the allegations in paragraph 60 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

61. The allegations contained in paragraph 61 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

62. The Cogency Defendants deny the allegations in paragraph 62 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

63. The allegations contained in paragraph 63 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

64. The Cogency Defendants deny the allegations in paragraph 64 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

65. The allegations contained in paragraph 65 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

66. The Cogency Defendants deny the allegations in paragraph 66 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

67. The allegations contained in paragraph 67 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

68. The Cogency Defendants deny the allegations in paragraph 68 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

69. The allegations contained in paragraph 69 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

70. The Cogency Defendants deny the allegations in paragraph 70 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

71. The allegations contained in paragraph 71 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 71 and on that basis deny the same.

72. The Cogency Defendants deny the allegations in paragraph 72 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

73. The allegations contained in paragraph 73 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph and on that basis deny the same.

74. The Cogency Defendants deny the allegations in paragraph 74 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

75. The Cogency Defendants deny the allegations in paragraph 75 and refer to

the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

76.    The Cogency Defendants deny the allegations in paragraph 76 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

77.    The allegations contained in paragraph 77 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

78.    The Cogency Defendants deny the allegations in paragraph 78 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

79.    The Cogency Defendants deny the allegations in paragraph 79 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

80.    The allegations contained in paragraph 80 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

81.    The Cogency Defendants deny the allegations in paragraph 81 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

82.    The Cogency Defendants deny the allegations in paragraph 82 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and

any factual inferences or legal conclusions made by Plaintiffs based on those filings.

83. The allegations contained in paragraph 83 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

84. The Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 84.

85. The allegations contained in paragraph 85 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

86. The Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 86.

87. The allegations contained in paragraph 87 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

88. The Cogency Defendants deny the allegations contained in paragraph 88 as they relate to Defendant Colleen A. De Vries and lack sufficient information to admit or deny the allegations as they relate to other Individual Defendants.

89. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 89.

90. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 90.

91. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 91.

92. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 92.

93. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 93.

94. The Cogency Defendants lack sufficient information to admit or deny the

allegations contained in paragraph 94.

95. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 95.

96. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 96.

97. The allegations contained in paragraph 97 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations in paragraph 97.

98. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 98.

99. The allegations contained in paragraph 99 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

100. The allegations contained in paragraph 100 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

**F. The Truth Emerges**

101. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 101.

102. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 102.

103. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 103.

104. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 104.

105. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 105.

106. The Cogency Defendants lack sufficient information to admit or deny the

allegations contained in paragraph 106.

107. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 107.

108. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 108 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

109. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 109.

110. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 110.

111. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 111 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

112. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 112.

113. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 113 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

114. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 114.

115. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 115 and refer to the disclosures referenced therein for

their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing, or characterization of those disclosures and any factual inferences or legal conclusions made by Plaintiffs based on those disclosures.

116.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 116.

117.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 117 and refer to the press release referenced therein for its complete and accurate contents.

118.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 118 and refer to the press release referenced therein for its complete and accurate contents.

119.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 119 and refer to the press release referenced therein for its complete and accurate contents.

120.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 120.

121.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 121 and refer to the press release referenced therein for its complete and accurate contents.

122.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 122 and refer to the press release referenced therein for its complete and accurate contents.

123.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 123.

124.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 124.

125.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 125.

126. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 126, except admit that Golden Heaven filed a form 6-K on or about March 6, 2024, and refer to the Form 6-K for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing, or characterization of those disclosures and any factual inferences or legal conclusions made by Plaintiffs based on those disclosures.

127. The allegations contained in paragraph 127 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

**G.    Plaintiff's Independent Investigation Confirms the Truth**

128. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 128.

129. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 129.

130. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 130.

131. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 131.

132. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 132.

133. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 133.

134. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 134.

135. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 135.

136. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 136.

137.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 137.

138.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 138.

139.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 139.

140.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 140.

141.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 141.

142.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 142.

143.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 143.

144.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 144.

145.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 145.

146.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 146.

147.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 147.

148.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 148.

**H.    Scienter Allegations for the Exchange Act Claims**

149.   The allegations contained in paragraph 149 state legal conclusions to which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations as to themselves and state that they lack sufficient knowledge to

admit or deny the allegations as they relate to other Defendants.

150. To the extent that the allegations contained in paragraph 150 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 150.

151. To the extent that the allegations contained in paragraph 151 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent that a response is required, the Cogency Defendants deny the allegations.

152. To the extent that the allegations contained in paragraph 152 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent that a response is required, the Cogency Defendants deny the allegations.

153. To the extent that the allegations contained in paragraph 153 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent that a response is required, the Cogency Defendants deny the allegations and refer to the Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing, or characterization of the Prospectus and any factual inferences or legal conclusions made by Plaintiffs based on the Prospectus.

154. The allegations contained in paragraph 154 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations as to them and state that they lack sufficient knowledge to admit or deny the allegations as they relate to other Defendants.

155. The allegations contained in paragraph 155 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations as to them and state that they lack knowledge to admit or deny the allegations as they relate to other Defendants.

## I.    Class Action Allegations for the Exchange Act Claims

156.    The Cogency Defendants deny the allegations contained in paragraph 156, except admit that Plaintiffs purport to bring this action as a class action on behalf of all persons and entities who purchased or otherwise acquired Golden Heaven Securities pursuant and/or traceable to the Registration Statement.

157.    The allegations contained in paragraph 157 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations, except admit that Golden Heaven's securities were traded on NASDAQ during the defined Class Period.

158.    The allegations contained in paragraph 158 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

159.    The allegations contained in paragraph 159 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

160.    The allegations contained in paragraph 160 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

161.    The allegations contained in paragraph 161 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

162.    The allegations contained in paragraph 162 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

163.    The allegations contained in paragraph 163 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

164.    The allegations contained in paragraph 164 state legal conclusions for

which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

### J.    Claims Under Section 10(b) and 20(a) of the Exchange Act

### COUNT I

**(Violations of Section 10(b) of the Exchange Act and Rule 10b- Promulgated Thereunder Against All Defendants)**

165.    Paragraph 165 purports to "repeat and reallege each and every allegation above" as support for Count I.  In response, the Cogency Defendants repeat and reallege each of their corresponding answers above.

166.    The Cogency Defendants deny the allegations contained in paragraph 166, except admit that Plaintiffs purport to bring a cause of action under Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder against all Defendants.

167.    The allegations in paragraph 167 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

168.    The allegations in paragraph 168 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

169.    The allegations in paragraph 169 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

170.    The allegations in paragraph 170 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

171.    The allegations in paragraph 171 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

172.    The allegations in paragraph 172 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

173.    The allegations in paragraph 173 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

174.    The allegations in paragraph 174 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

## COUNT II

### (Violations of Section 20(a) of the Exchange Act Against the Individual Defendants)

175.    Paragraph 175 purports to "repeat and reallege each and every allegation above" as support for Count II.  In response, the Cogency Defendants repeat and reallege each of their corresponding answers above.

176.    The allegations in paragraph 176 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

177.    The allegations in paragraph 177 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny

the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

178.   The allegations in paragraph 178 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations against them and lack sufficient information to admit or deny the allegations against the other Defendants.

## II.    VIOLATIONS OF THE SECURITIES ACT

### A.    The Nature of the Securities Action

179.   The allegations contained in paragraph 179 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations, except admit that the Amended Complaint is styled as a class action based on alleged violations of the Securities Act.

180.   The Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 180, except admit that Golden Heaven Group Holdings Ltd. ("Golden Heaven") is a company organized under the laws of the Cayman Islands and is in the business of managing and operating amusement parks.

181.   To the extent that the allegations contained in paragraph 181 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required.  To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 3, except admit that Golden Heaven conducted an IPO in 2023. The Cogency Defendants refer to the Offering Documents for their complete and accurate contents and deny any paraphrasing, summarizing, or characterization of those documents and any factual inferences or legal conclusions made by Plaintiffs on the basis of those documents.

182.   The allegations in contained in paragraph 182 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations as to themselves, and state that they lack sufficient knowledge to admit or deny the allegations as they relate to other Defendants.

183.   To the extent that the allegations contained in paragraph 183 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required.  To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 183.

184.   The allegations contained in paragraph 184 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations as to themselves, and state that they lack sufficient knowledge to admit or deny the allegations as they relate to other Defendants.

**B.     Jurisdiction and Venue for the Securities Act Claims**

185.   The allegations in paragraph 185 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations, except admit that the Amended Complaint purports to state claims for violations of sections 11 and 12(a)(2) of the Securities Act.

186.   The allegations contained in paragraph 186 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants admit that paragraph 186 purports to describe the basis for the Court's subject matter jurisdiction.

187.   The allegations contained in paragraph 187 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 187 and deny the same.

188.   The allegations contained in paragraph 188 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations with respect to themselves and state that they lack sufficient information to admit or deny the allegations as to the other Defendants.

**C.     The Securities Act Parties**

189.   The allegations contained in paragraph 189 state legal conclusions for which no response is required; to the extent a response is required, the Cogency

Defendants lack sufficient information to admit or deny the allegations in paragraph 189 and deny the same.

190. The allegations in paragraph 190 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants lack information to admit or deny the allegations in paragraph 190, except admit that Golden Heaven is incorporated in the Cayman Islands and its shares trade on NASDAQ under GDHG.

191. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 191, except admit that Qiong Jin ("Jin") served as Golden Heaven's Chief Executive Officer ("CEO") and as Chairman of the Company's Board of Directors when the Registration Statement was signed.

192. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 192, except admit that Jinguang Gong ("Gong") was the CFO when the Registration Statement was signed.

193. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 193, except admit that Bin Chen served as director when the Registration Statement was signed.

194. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 194, except admit that Daofu Lin served as director when the Registration Statement was signed.

195. The allegations in paragraph 195 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations, except admit that Defendant Cogency Global, Inc. was Golden Heaven's duly authorized representative in the United States and Colleen A. De Vries signed the Registration Statement on behalf of her employer, Defendant Cogency Global, Inc. The Cogency Defendants specifically deny that Defendant De Vries herself served as an authorized representative for Golden Heaven or signed the Registration Statement for Golden Heaven in her individual capacity.

196.    Paragraph 196 contains no factual allegations, thus no response is required.

197.    The allegations contained in paragraph 197 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations as they relate to Defendant Colleen A. De Vries and lack information to admit or deny the allegations with respect to the other Individual Defendants.

198.    The allegations contained in paragraph 198 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations as they relate to themselves and lack information to admit or deny the allegations with respect to the other Individual Defendants.

199.    The allegations contained in paragraph 199 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny the allegations as they relate to themselves and lack information to admit or deny the allegations with respect to the other Individual Defendants.

200.    Paragraph 200 contains no factual allegations, thus no response is required.

201.    The Cogency Defendants admit that Defendant Revere Securities LLC ("Revere") served as an underwriter for Golden Heaven's IPO.

202.    The Cogency Defendants admit that Defendant R.F. Lafferty & Co., Inc. ("R.F. Lafferty") served as an underwriter for Golden Heaven's IPO.

203.    Paragraph 203 contains no factual allegations, thus no response is required.

204.    To the extent that the allegations contained in paragraph 204 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required.  To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 204.

205.    To the extent that the allegations contained in paragraph 205 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required.  To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 205,

except admit that the Underwriter Defendants served as underwriters for the Golden Heaven IPO.

206.    To the extent that the allegations contained in paragraph 206 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required.  To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 206, except admit that the Underwriter Defendants signed the Registration Statement in connection with the IPO.

207.    To the extent that the allegations contained in paragraph 207 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required.  To the extent that a response is required, the Cogency Defendants state they lack sufficient information to admit or deny the allegations contained in paragraph 207.

208.    The allegations contained in paragraph 208 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations, except admit that Defendant Cogency Global Inc. was Golden Heaven's authorized U.S. representative for purposes of the IPO and Defendant Colleen A. De Vries signed the Registration Statement on behalf of her employer, Defendant Cogency Global Inc.

209.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 209, except admit that Defendant BF Borgers CPA PC was Golden Heaven's authorized accounting firm with respect to the IPO and signed the Registration Statement. The Cogency Defendants refer to the Registration Statement for its complete and accurate contents and deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

210.    Paragraph 210 contains no factual allegations, thus no response is required.

**D.    The Securities Act Substantive Allegations**

211.    The Cogency Defendants lack sufficient information to admit or deny the

allegations in paragraph 211, except admit that at the time of the Registration Statement Golden Heaven operated amusement parks in China.

212. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 212 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

213. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 213.

214. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 214, except admit that Golden Heaven conducted an IPO in April 2023. Cogency Defendants refer to the Offering Documents for their complete and accurate contents, and deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

215. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 215 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

216. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 216 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

217. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 217 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any

paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

218.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 218 and refer to the Offering Documents for their complete and accurate contents.   The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

219.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 219 and refer to the Offering Documents for their complete and accurate contents.   The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

220.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 220 and refer to the Offering Documents for their complete and accurate contents.   The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

221.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 221 and refer to the Offering Documents their complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

222.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 222 and refer to the Offering Documents for their complete and accurate contents.   The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

223.   The Cogency Defendants state that they lack sufficient information to admit

or deny the allegations contained in paragraph 223 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

224. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 224 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

225. The Cogency Defendants stat that they lack sufficient information to admit or deny the allegations contained in paragraph 225.

226. The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 226.

227. The allegations in paragraph 227 state legal arguments for which no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 227.

228. The allegations in paragraph 228 state legal arguments for which no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 228.

229. The allegations in paragraph 229 state legal arguments to which no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 229 and refer to the Offering Documents for their complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

230.   The Cogency Defendants deny the allegations contained in paragraph 230 as they relate to Defendant Colleen A. De Vries, and state that they lack sufficient information to admit or deny the allegations as to other Individual Defendants.

231.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 231.

232.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 232.

233.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 233.

234.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 234.

235.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 235; except admit that BF Borgers CPA PC served as Golden Heaven's accounting firm in connection with the Offering.

236.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 236.

237.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 237 except admit that Golden Heaven filed a Form 6-K on or about November 8, 2023 announcing a change in auditor and refer to the Form 6-K for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

238.   To the extent the allegations in paragraph 238 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 238.

239.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 239.

240.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 240.

241.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 241.

242.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 242.

243.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 243.

**E.      Materially False and Misleading Statements for the Exchange Act Claims**

244.   The allegations contained in paragraph 244 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations, except admit that Golden Heaven filed a 424(b)(4) prospectus on or about April 13, 2023 (the "April 2023 Prospectus").

245.   The Cogency Defendants state that they lack sufficient information to admit or deny the allegations contained in paragraph 245 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

246.   The Cogency Defendants deny the allegations contained in paragraph 246 and refer to the April 2023 Prospectus for its complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

247.   The allegations contained in paragraph 247 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

248.   The Cogency Defendants deny the allegations contained in paragraph 248

and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

249. The allegations contained in paragraph 249 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

250. The Cogency Defendants deny the allegations contained in paragraph 250 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

251. The allegations contained in paragraph 251 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

252. The Cogency Defendants deny the allegations contained in paragraph 252 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

253. The allegations contained in paragraph 253 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

254. The Cogency Defendants deny the allegations contained in paragraph 254 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

255. The allegations contained in paragraph 255 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

256. The Cogency Defendants deny the allegations contained in paragraph 256 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

257. The allegations contained in paragraph 257 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

258. The Cogency Defendants deny the allegations contained in paragraph 258 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

259. The allegations contained in paragraph 259 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

260. The Cogency Defendants deny the allegations contained in paragraph 260 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

261. The Cogency Defendants deny the allegations contained in paragraph 261 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those

filings.

262.   The Cogency Defendants deny the allegations contained in paragraph 262 and refer to the April 2023 Prospectus for its complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

263.   The Cogency Defendants deny the allegations in paragraph 263 and refer to the April 2023 Prospectus for its complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

264.   The Cogency Defendants deny the allegations contained in paragraph 264 and refer to the April 2023 Prospectus for its complete and accurate contents.  The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

265.   The allegations contained in paragraph 265 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

266.   The Cogency Defendants deny the allegations contained in paragraph 266 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

267.   The Cogency Defendants deny the allegations contained in paragraph 267 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

268. The allegations contained in paragraph 268 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

269. The Cogency Defendants deny the allegations contained in paragraph 269 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

270. The Cogency Defendants deny the allegations contained in paragraph 270 and refer to the April 2023 Prospectus for its complete and accurate contents. The Cogency Defendants deny any paraphrasing, summarizing or characterization of those filings and any factual inferences or legal conclusions made by Plaintiffs based on those filings.

271. The allegations contained in paragraph 271 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

**F.     <u>The Registration Statement Failed to Comply with SEC Rules and Regulations and Applicable Accounting Principles</u>**

272. The allegations contained in paragraph 272 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

273. The allegations contained in paragraph 273 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

274. The allegations contained in paragraph 274 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

275. The allegations contained in paragraph 275 state legal conclusions for

which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

276. The allegations contained in paragraph 276 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

277. The allegations contained in paragraph 277 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

278. The allegations contained in paragraph 278 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

**G.    Events and Disclosures Following the Offering**

279. The Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 279.

280. The allegations contained in paragraph 280 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

281. The Cogency Defendants lack sufficient information to admit or deny the allegations in paragraph 281.

282. The allegations contained in paragraph 282 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny the allegations.

283. The Cogency Defendants deny the allegations contained in paragraph 283 as they relate to Defendant Colleen A. De Vries, and lack sufficient information to admit or deny the allegations as they relate to other Individual Defendants.

284. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 284.

285. The Cogency Defendants lack sufficient information to admit or deny the

allegations contained in paragraph 285.

286. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 286.

287. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 287.

288. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 288.

289. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 289.

290. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 290.

291. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 291.

292. The allegations contained in paragraph 292 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

293. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 293.

294. The allegations contained in paragraph 294 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

295. The allegations contained in paragraph 295 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

296. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 296.

297. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 297.

298.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 298.

299.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 299.

300.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 300.

301.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 301.

302.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 302.

303.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 303.

304.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 304.

305.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 305.

306.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 306.

307.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 307.

308.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 308.

309.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 309.

310.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 310.

311.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 311.

312.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 312.

313.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 313.

314.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 314.

315.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 315.

316.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 316.

317.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 317.

318.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 318.

319.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 319.

320.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 320.

321.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 321.

322.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 322.

323.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 323.

324.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 324.

325.   The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 325.

326.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 326.

327.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 327.

328.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 328.

329.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 329.

330.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 330.

331.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 331.

332.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 332.

333.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 333.

334.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 334

335.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 335.

336.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 336.

337.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 337.

338.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 338.

339.    The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 339.

340. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 340.

341. The Cogency Defendants lack sufficient information to admit or deny the allegations contained in paragraph 341.

**H.     Class Action Allegations for the Securities Act Claims**

342. The Cogency Defendants deny the allegations contained in paragraph 342, except admit that Plaintiffs purport to bring this action as a class action on behalf of all persons and entities who purchased or otherwise acquired Golden Heaven Securities pursuant and/or traceable to the Registration Statement.

343. The allegations contained in paragraph 343 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations, except admit that Golden Heaven's securities were traded on NASDAQ during the defined Class Period.

344. The allegations contained in paragraph 344 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

345. The allegations contained in paragraph 345 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

346. The allegations contained in paragraph 346 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

347. The allegations contained in paragraph 347 state legal conclusions for which no response is required; to the extent a response is required, the Cogency Defendants deny such allegations.

**I.     Claims Under Section 11 of the Securities Act**

///

///

**COUNT I**

**FOR VIOLATIONS OF SECTION 11 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT DEFENDANTS**

348.  Paragraph 348 purports to "repeat and reallege each and every allegation above" as support for Count I.  In response, the Cogency Defendants repeat and reallege each of their corresponding answers above.

349.  The Cogency Defendants deny the allegations contained in paragraph 349, except admit that Plaintiffs purport to bring a cause of action under Section 11 of the Securities Act against all Securities Act Defendants.

350.  The allegations contained in paragraph 350 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

351.  To the extent the allegations contained in paragraph 351 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

352.  To the extent the allegations contained in paragraph 352 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations, except admit that Defendant Colleen A. De Vries signed the Registration Statement on behalf of her employer, Defendant Cogency Global, Inc., Golden Heaven's U.S. authorized representative for the Offering.

353.  To the extent the allegations contained in paragraph 353 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

354.  The allegations contained in paragraph 354 state legal conclusions for which no response is required. To the extent a response is required, the Cogency

-44-

Defendants deny such allegations.

355.   The allegations contained in paragraph 355 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

## COUNT II

## FOR VIOLATIONS OF SECTION 15 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT DEFENDANTS

356.   Paragraph 356 purports to "repeat and reallege each and every allegation above" as support for Count II. In response, the Cogency Defendants repeat and reallege each of their corresponding answers above.

357.   The Cogency Defendants deny the allegations contained in paragraph 357, except admit that Plaintiffs purport to bring a cause of action under Section 15 of the Securities Act against all Securities Act Defendant.

358.   To the extent the allegations contained in paragraph 358 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

359.   The allegations contained in paragraph 359 state legal conclusions for which no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

360.   To the extent the allegations contained in paragraph 360 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

## COUNT III

## FOR VIOLATIONS OF SECTION 12 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT UNDERWRITER DEFENDANTS

361.   Paragraph 361 purports to "repeat and reallege each and every allegation

above" as support for Count III. In response, the Cogency Defendants repeat and reallege each of their corresponding answers above.

362. To the extent the allegations contained in paragraph 362 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

363. To the extent the allegations contained in paragraph 363 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

364. To the extent the allegations contained in paragraph 364 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

365. To the extent the allegations contained in paragraph 365 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

366. To the extent the allegations contained in paragraph 366 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations, except admit that Plaintiffs purport to seek remedies available under Section 12(a)(2) of the Securities Act.

367. To the extent the allegations contained in paragraph 367 purport to state legal conclusions and are not directed at the Cogency Defendants, no response is required. To the extent a response is required, the Cogency Defendants deny such allegations.

## II.   PRAYER FOR RELIEF

The Cogency Defendants deny that Plaintiffs are entitled to any of the relief requested or to any other relief based on the allegations in the Amended Complaint.

## III.   DEMAND FOR TRIAL BY JURY

The Cogency Defendants reserve the right to challenge Plaintiffs' demand for a jury trial as to any claim for relief or defense for which a jury trial is not available.

## AFFIRMATIVE AND OTHER DEFENSES

As separate defenses to the Amended Complaint, and without assuming the burden of proof on matters as to which they have no such burden, the Cogency Defendants state as follows:

## FIRST DEFENSE

The Amended Complaint fails to state any cause of action against the Cogency Defendants upon which relief can be granted.

## SECOND DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the facts that Plaintiffs allege were misstated or omitted from the Offering Documents were not material to the investment decisions of a reasonable investor and/or Plaintiffs.

## THIRD DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Offering Documents at issue in the Amended Complaint bespoke caution about the risks of investing in the securities issued.

## FOURTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Cogency Defendants were not the actual or proximate cause of any injury to Plaintiffs or the putative class.

## FIFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because there are intervening and superseding causes of alleged harm, if any, suffered by Plaintiffs and/or the putative

class.

## SIXTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' and the putative class's damages, if any, are speculative and thus are not recoverable.

## SEVENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs and the putative class seek damages that exceed those permitted under federal securities laws and other applicable laws.

## EIGHTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because they are "without merit" within the meaning of the last sentence of Section 11(e) of the Securities Act.

## NINTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs and the putative class did not acquire their securities pursuant or traceable to the Offering Documents at issue.

## TENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the Cogency Defendants at all times acted with proper justification and in a reasonable and appropriate manner; in good faith; for a fair, honest and lawful reason; and in compliance with legal requirements, including the Securities Act of 1933, and all applicable rules and regulations promulgated thereunder.  The Cogency Defendants did not know, and could not have known, that the Offering Documents contained any material misstatements or omissions.  The Cogency Defendants acted in good faith and did not directly or indirectly induce any acts constituting the alleged violations or causes of action.

## ELEVENTH DEFENSE

Plaintiffs' cause of action under Section 15 of the Securities Act is barred, in whole or in part, because Plaintiffs and the putative class cannot establish the primary liability necessary for a claim for control person liability.

### TWELFTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because the putative class period is overbroad and, therefore, many of the putative class members are not entitled to any recovery.

### THIRTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, because, upon information and belief, Plaintiffs and the putative class have no damages compensable under Section 11 of the Securities Act.

### FOURTEENTH DEFENSE

Plaintiffs' claims against Ms. DeVries are barred, in whole or in part, under Sections 11 and 15 of the Securities Act of 1933, because Ms. DeVries did not sign the IPO Registration Statement as Golden Heaven's authorized U.S. representative, but rather as an individual employee of Golden Heaven's authorized U.S. representative Cogency Global; was neither a director nor officer of Golden Heaven; and did not fall within any of the other specifically enumerated categories of potential defendants under Section 11 of the Securities Act.  Ms. DeVries was not a culpable participant in any of the alleged acts and also did not exercise control under Section 15 of the Securities Act over any person alleged to have committed a primary violation of Section 11 of the Securities Act.

### FIFTEENTH DEFENSE

Plaintiffs' claims against the Cogency Defendants are barred in whole or in part because the Cogency Defendants had no knowledge of or reasonable grounds to believe in the existence of the facts by reason of which the liability of the controlled person is alleged to exist and, to the extent that lack of culpable participation is an element of any defense, did not culpably participate in any violation of the Securities Act.

### SIXTEENTH DEFENSE

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs' claims are not properly maintainable as class action claims.

## SEVENTEENTH DEFENSE

The Cogency Defendants are entitled to recover contribution and/or indemnity from others for any liability they incur as a result of any of the alleged misrepresentations, omissions, and conduct alleged in the Amended Complaint.

## EIGHTEENTH DEFENSE

Plaintiffs' claims against the Cogency Defendants are barred, in whole or in part, because Cogency Global received de minimis compensation in exchange for serving as Golden Heaven's duly authorized representative under Section 6(a) of the Securities Act.

## NINETEENTH DEFENSE

The Cogency Defendants adopt and incorporate by reference herein any applicable affirmative or other defenses asserted or to be asserted by any of the other defendants to the extent that the Cogency Defendants may share in such a defense.

## TWENTIETH DEFENSE

The recovery of damages allegedly incurred by Plaintiffs, if any, is subject to offset in the amount of any benefits, including the amount of any tax benefits, actually received by Plaintiffs.

## TWENTY-FIRST DEFENSE

Plaintiffs' claims against the Cogency Defendants is barred, in whole or in part, because of the contractual and/or administrative nature of the role that the Cogency Defendants performed.

## TWENTY-SECOND DEFENSE

Any recovery of damages allegedly incurred by Plaintiffs or members of the putative class is barred, in whole or in part, by the damages limitations in Section 11(g) of the Securities Act.

## RESERVATION OF RIGHTS

The Cogency Defendants reserve the right to amend this Answer or to assert other defenses, cross-claims and third-party claims as this action proceeds. Based upon all the

foregoing, as well as other grounds, the Cogency Defendants deny any wrongdoing, deny that they are liable to Plaintiffs, and deny that Plaintiffs are entitled to any relief.

## PRAYER FOR RELIEF

WHEREFORE, the Cogency Defendants pray for judgment in their favor and against Plaintiffs as follows:

1.     That Plaintiffs take nothing by reason of their complaint and that all claims for relief against the Cogency Defendants be dismissed with prejudice;

2.     That the Cogency Defendants be awarded their costs of suit incurred in defense of this action; and

3.     For such other relief as the Court deems proper.

## DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38, the Cogency Defendants demand a trial by jury on all claims for relief and defenses for which a jury trial is available.

Dated: March 17, 2025                    K&L GATES LLP

By:     */s/ Jonathan P. Hersey*
                                    Jonathan P. Hersey
                                    *Attorneys for Defendants Cogency*
                                    *Global Inc. and Colleen De Vries*