**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | Case No. 2:23-CV-10619-HDV-SK <br><br> CLASS ACTION |
| THIS DOCUMENT RELATES TO: <br> *ALL ACTIONS* | **ORDER GRANTING STIPULATION RE: R.F. LAFFERTY & CO., LTD'S DEADLINE FOR FILING ANSWER TO AMENDED COMPLAINT** <br><br> Judge: Hon. Hernán D. Vera |

WHEREAS, the Court has considered the stipulation regarding Defendant R.F. Lafferty & Co., Ltd.'s ("Lafferty's") deadline for filing an answer to the Amended Complaint;

IT IS HEREBY ORDERED THAT Lafferty's response to the amended complaint shall be filed on or before April 11, 2025.

SO ORDERED.

DATED: <u>March 21, 2025</u>

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

1