JAMES M. JOHNSON (Cal. Bar No. 229811)
JOHNSON TRIAL LAW, LLC
100 Wilshire Boulevard
Suite 700
Santa Monica, California 90401
Telephone: (424) 272-6680
E-mail: james@johnsontrial.com

Attorneys for Defendant
BF BORGERS CPA PC

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*ALL ACTIONS* | Case No. 2:23-cv-10619-HDV-SK<br><br>CLASS ACTION<br><br>**DEFENDANT BF BORGERS CPA PC'S ANSWER, AFFIRMATIVE DEFENSES, AND DEMAND FOR JURY TRIAL IN RESPONSE TO PLAINTIFF'S AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS [Doc No. 63]** |

Defendant BF Borgers CPA PC ("BF Borgers") submits the following answer, affirmative defenses, and demand for jury trial in response to Plaintiff Rahul Patange's amended class action complaint for violations of the federal securities laws (the "Amended Complaint"):

## I.   VIOLATIONS OF THE EXCHANGE ACT

### A.   The Nature of the Exchange Action

1. Paragraph 1 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 1 of the Amended Complaint.

- 1 -
**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

2.      BF Borgers admits, on information and belief, that Golden Heaven is a Cayman Islands company that manages and operates amusement parks. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in Paragraph 2 of the Amended Complaint and, on that basis, denies those allegations.

3.      The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with those statements. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in Paragraph 3 of the Amended Complaint and, on that basis, denies those allegations.

4.      BF Borgers denies the factual allegations set forth in Paragraph 4 of the Amended Complaint.

5.      BF Borgers denies the factual allegations set forth in Paragraph 5 of the Amended Complaint.

6.      BF Borgers denies the factual allegations set forth in Paragraph 6 of the Amended Complaint.

**B.      Jurisdiction and Venue for the Exchange Act Claims**

7.      Paragraph 7 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 7 of the Amended Complaint.

8.      BF Borgers admits the factual allegations set forth in Paragraph 8 of the Amended Complaint.

9      Paragraph 9 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 9 of the Amended Complaint.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND
JURY TRIAL DEMAND**

10.    Paragraph 10 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 10 of the Amended Complaint.

**C.    The Exchange Act Parties**

11.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegation that he purchased Golden Heaven securities during the Class Period and, on that basis, denies that allegation. BF Borgers denies that Plaintiff was damaged.

12.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 12 of the Amended Complaint and, on that basis, denies those allegations.

13.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 13 of the Amended Complaint and, on that basis, denies those allegations.

14.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 14 of the Amended Complaint and, on that basis, denies those allegations.

15.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 15 of the Amended Complaint and, on that basis, denies those allegations.

16.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 16 of the Amended Complaint and, on that basis, denies those allegations.

17.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 17 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND
JURY TRIAL DEMAND**

18. Paragraph 18 of the Amended Complaint does not contain factual allegations requiring a response from BF Borgers.

19. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 19 of the Amended Complaint and, on that basis, denies those allegations.

20. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 20 of the Amended Complaint and, on that basis, denies those allegations.

21. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 21 of the Amended Complaint and, on that basis, denies those allegations.

22. Paragraph 22 of the Amended Complaint does not contain factual allegations requiring a response from BF Borgers.

**D.** **The Exchange Act Substantive Allegations**

   **1.** **Chinese-Based Amusement Park Company, Golden Heaven, Solicits U.S. Funding for IPO.**

23. BF Borgers admits the factual allegations set forth in Paragraph 23 of the Amended Complaint upon information and belief.

24. BF Borgers admits the factual allegations set forth in Paragraph 24 of the Amended Complaint upon information and belief.

25. BF Borgers admits the factual allegations set forth in Paragraph 25 of the Amended Complaint upon information and belief.

26. The content of the investor presentation speaks for itself and BF Borgers denies any allegations inconsistent with those contents.

27. The "business overview" speaks for itself and BF Borgers denies any allegations inconsistent with the written content of the "business overview."

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

28.   The "March 23 presentation" speaks for itself and BF Borgers denies any allegations inconsistent with the content of that presentation.

29.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 29 of the Amended Complaint and, on that basis, denies those allegations.

**2.    During the IPO and After, Golden Heaven Touts Strong Demand from Park Guests and Well-Maintained Rides and Attractions at its Six Parks.**

30.   The "April 13, 2023 Prospectus" (as used in this Answer, the "Prospectus") speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

31.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

32.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

33.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

34.   The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

35.   The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

36.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

37.   BF Borgers admits the factual allegations set forth in Paragraph 37 of the Amended Complaint upon information and belief.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

38.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 38 of the Amended Complaint and, on that basis, denies those allegations.

**3.    Unknown to U.S. Investors, The Golden Heaven Parks are Largely Empty, With Poorly Maintained Rides and Attractions.**

39.    BF Borgers denies the factual allegations set forth in Paragraph 39 of the Amended Complaint.

40.    BF Borgers denies the factual allegations set forth in Paragraph 40 of the Amended Complaint.

41.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

**4.    Unknown to U.S. Investors, The Parties Promoting Golden Heaven's IPO and Financing Have a Shady Record of Performance.**

42.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 42 of the Amended Complaint and, on that basis, denies those allegations.

43.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 43 of the Amended Complaint and, on that basis, denies those allegations.

44.    BF Borgers denies the factual allegations set forth in Paragraph 44 of the Amended Complaint.

45.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 45 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

46.     BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 46 of the Amended Complaint and, on that basis, denies those allegations.

47.     BF Borgers denies that it has a "checkered history." BF Borgers admits that it was subject to an SEC investigation and that the SEC issued the press release quoted in Paragraph 47 of the Amended Complaint. BF Borgers denies all allegations and/or insinuations of wrongdoing contained in Paragraph 47 of the Amended Complaint and denies any wrongdoing in connection with its work on the Golden Heaven IPO.

48.     BF Borgers admits that it was subject to an SEC investigation and that the SEC issued the press release quoted in Paragraph 48 of the Amended Complaint. BF Borgers denies all allegations and/or insinuations of wrongdoing contained in Paragraph 48 of the Amended Complaint and denies any wrongdoing in connection with its work on the Golden Heaven IPO.

49.     BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 49 of the Amended Complaint and, on that basis, denies those allegations.

50.     BF Borgers denies the factual allegations set forth in Paragraph 50 of the Amended Complaint.

**5.     Two Investigations Confirm Golden Heaven's Fraud.**

51.     BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 51 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 51) and, on that basis, denies those allegations.

52.     BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 52 of the Amended

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND
JURY TRIAL DEMAND**

Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 52) and, on that basis, denies those allegations.

53.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 53 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 53) and, on that basis, denies those allegations.

54.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 54 of the Amended Complaint and, on that basis, denies those allegations.

55.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 55 of the Amended Complaint and, on that basis, denies those allegations.

**E.    Materially False and Misleading Statements for the Exchange Act Claims**

56.    Paragraph 56 of the Amended Complaint contains legal conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

57.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

58.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

59.    BF Borgers denies the factual allegations set forth in Paragraph 59 of the Amended Complaint.

60.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

61.    BF Borgers denies the factual allegations set forth in Paragraph 61 of the Amended Complaint.

- 8 -

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

62.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

63.    BF Borgers denies the factual allegations set forth in Paragraph 63 of the Amended Complaint.

64.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

65.    BF Borgers denies the factual allegations set forth in Paragraph 65 of the Amended Complaint.

66.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

67.    BF Borgers denies the factual allegations set forth in Paragraph 67 of the Amended Complaint.

68.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

69.    BF Borgers denies the factual allegations set forth in Paragraph 69 of the Amended Complaint.

70.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

71.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

72.    BF Borgers denies the factual allegations set forth in Paragraph 72 of the Amended Complaint.

73.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

74.    The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

- 9 -

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND
JURY TRIAL DEMAND**

75. The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

76. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

77. BF Borgers denies the factual allegations set forth in Paragraph 77 of the Amended Complaint.

78. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

79. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

80. BF Borgers denies the factual allegations set forth in Paragraph 80 of the Amended Complaint.

81. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

82. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

83. BF Borgers denies the factual allegations set forth in Paragraph 83 of the Amended Complaint.

84. The press release referenced in Paragraph 84 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

85. BF Borgers denies the factual allegations set forth in Paragraph 85 of the Amended Complaint.

86. The press release referenced in Paragraph 86 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

87. BF Borgers denies the factual allegations set forth in Paragraph 87 of the Amended Complaint.

88. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 88 of the Amended Complaint and, on that basis, denies those allegations.

89. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 89 of the Amended Complaint and, on that basis, denies those allegations.

90. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 90 of the Amended Complaint and, on that basis, denies those allegations.

91. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 91 of the Amended Complaint and, on that basis, denies those allegations.

92. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 92 of the Amended Complaint and, on that basis, denies those allegations.

93. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 93 of the Amended Complaint and, on that basis, denies those allegations.

94. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 94 of the Amended Complaint and, on that basis, denies those allegations.

95. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 95 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

96. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 96 of the Amended Complaint and, on that basis, denies those allegations.

97. BF Borgers denies the factual allegations set forth in Paragraph 97 of the Amended Complaint.

98. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 98 of the Amended Complaint and, on that basis, denies those allegations.

99. BF Borgers denies the factual allegations set forth in Paragraph 99 of the Amended Complaint.

100. BF Borgers denies the factual allegations set forth in Paragraph 100 of the Amended Complaint.

**F.     The Truth Emerges**

101. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 101 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 101) and, on that basis, denies those allegations.

102. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 102 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 102) and, on that basis, denies those allegations.

103. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 103 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 103) and, on that basis, denies those allegations.

104. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 104 of the Amended

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 104) and, on that basis, denies those allegations.

105. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 105 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 105) and, on that basis, denies those allegations.

106. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 106 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 106) and, on that basis, denies those allegations.

107. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 107 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 107) and, on that basis, denies those allegations.

108. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 108 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 108) and, on that basis, denies those allegations.

109. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 109 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 109) and, on that basis, denies those allegations.

110. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 110 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 110) and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

111. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 111 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 111) and, on that basis, denies those allegations.

112. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 112 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 112) and, on that basis, denies those allegations.

113. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 113 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 113) and, on that basis, denies those allegations.

114. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 114 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 114) and, on that basis, denies those allegations.

115. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 115 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 115) and, on that basis, denies those allegations.

116. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 116 of the Amended Complaint and, on that basis, denies those allegations.

117. The press release referenced in Paragraph 117 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

118.   The press release referenced in Paragraph 118 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

119.   The press release referenced in Paragraph 119 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

120.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 120 of the Amended Complaint and, on that basis, denies those allegations.

121.   The press release referenced in Paragraph 121 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

122.   The press release referenced in Paragraph 122 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

123.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 123 of the Amended Complaint and, on that basis, denies those allegations.

124.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 124 of the Amended Complaint and, on that basis, denies those allegations.

125.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 125 of the Amended Complaint and, on that basis, denies those allegations.

126.   The Form 6-K referenced in Paragraph 126 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with that form.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

127.    BF Borgers denies the factual allegations set forth in Paragraph 99 of the Amended Complaint.

**G.    Plaintiff's Independent Investigation Confirms the Truth**

128.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 128 of the Amended Complaint and, on that basis, denies those allegations.

129.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 129 of the Amended Complaint and, on that basis, denies those allegations.

130.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 130 of the Amended Complaint and, on that basis, denies those allegations.

131.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 131 of the Amended Complaint and, on that basis, denies those allegations.

132.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 132 of the Amended Complaint and, on that basis, denies those allegations.

133.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 133 of the Amended Complaint and, on that basis, denies those allegations.

134.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 134 of the Amended Complaint and, on that basis, denies those allegations.

135.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 135 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

136. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 136 of the Amended Complaint and, on that basis, denies those allegations.

137. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 137 of the Amended Complaint and, on that basis, denies those allegations.

138. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 138 of the Amended Complaint and, on that basis, denies those allegations.

139. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 139 of the Amended Complaint and, on that basis, denies those allegations.

140. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 140 of the Amended Complaint and, on that basis, denies those allegations.

141. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 141 of the Amended Complaint and, on that basis, denies those allegations.

142. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 142 of the Amended Complaint and, on that basis, denies those allegations.

143. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 143 of the Amended Complaint and, on that basis, denies those allegations.

144. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 144 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

145.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 145 of the Amended Complaint and, on that basis, denies those allegations.

146.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 146 of the Amended Complaint and, on that basis, denies those allegations.

147.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 147 of the Amended Complaint and, on that basis, denies those allegations.

148.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 148 of the Amended Complaint and, on that basis, denies those allegations.

**H.      Scienter Allegations for the Exchange Act Claims**

149.   BF Borgers denies the factual allegations set forth in Paragraph 149 of the Amended Complaint.

150.   Paragraph 150 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

151.   Paragraph 151 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

152.   Paragraph 152 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

153.   Paragraph 153 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

154. Paragraph 154 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

155. Paragraph 155 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

### I.    Class Action Allegations for the Exchange Act Claims

156. Paragraph 156 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

157. Paragraph 157 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

158. Paragraph 158 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

159. Paragraph 159 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

160. Paragraph 160 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

161. Paragraph 161 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

162.    Paragraph 162 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

163.    Paragraph 163 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

164.    Paragraph 164 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

## J.    Claims Under Section 10(b) and 20(a) of the Exchange Act

### COUNT I

### (Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)

165.    BF Borgers repeats its responses to the above allegations as if fully set forth herein.

166.    Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 166 of the Amended Complaint.

167.    Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 167 of the Amended Complaint.

168.    Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 168 of the Amended Complaint.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

169. Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 169 of the Amended Complaint.

170. Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 170 of the Amended Complaint.

171. Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 171 of the Amended Complaint.

172. Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 172 of the Amended Complaint.

173. Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 173 of the Amended Complaint.

174. Count I of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 174 of the Amended Complaint.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

## COUNT II

### (Violations of Section 20(a) of the Exchange Act Against the Individual Defendants)

175.  BF Borgers repeats its responses to the above allegations as if fully set forth herein.

176.  Count II of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 176 of the Amended Complaint.

177.  Count II of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 177 of the Amended Complaint.

178.  Count II of Plaintiff's Exchange Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 178 of the Amended Complaint.

## II.     VIOLATIONS OF THE SECURITIES ACT

### A.     The Nature of the Securities Action

179.  Paragraph 1 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 179 of the Amended Complaint.

180.  BF Borgers admits, on information and belief, that Golden Heaven is a Cayman Islands company that manages and operates amusement parks. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of the

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

remaining allegations set forth in Paragraph 180 of the Amended Complaint and, on that basis, denies those allegations.

181.   The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with those statements. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in Paragraph 181 of the Amended Complaint and, on that basis, denies those allegations.

182.   BF Borgers denies the factual allegations set forth in Paragraph 182 of the Amended Complaint.

183.   BF Borgers denies the factual allegations set forth in Paragraph 183 of the Amended Complaint.

184.   BF Borgers denies the factual allegations set forth in Paragraph 184 of the Amended Complaint.

**B.    Jurisdiction and Venue for the Exchange Act Claims**

185.   Paragraph 185 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 185 of the Amended Complaint.

186.   BF Borgers admits the factual allegations set forth in Paragraph 186 of the Amended Complaint.

187.   Paragraph 187 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 187 of the Amended Complaint.

188.   Paragraph 188 of the Amended Complaint does not contain any factual allegations and, instead, contains legal theories and conclusions to which no response

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

by BF Borgers is required. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 188 of the Amended Complaint.

### C.    <u>The Securities Act Parties</u>

189.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegation that he purchased Golden Heaven securities during the Class Period and, on that basis, denies that allegation. BF Borgers denies that Plaintiff was damaged.

190.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 190 of the Amended Complaint and, on that basis, denies those allegations.

191.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 191 of the Amended Complaint and, on that basis, denies those allegations.

192.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 192 of the Amended Complaint and, on that basis, denies those allegations.

193.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 193 of the Amended Complaint and, on that basis, denies those allegations.

194.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 194 of the Amended Complaint and, on that basis, denies those allegations.

195.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 195 of the Amended Complaint and, on that basis, denies those allegations.

196.    Paragraph 196 of the Amended Complaint does not contain factual allegations requiring a response from BF Borgers.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

197.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 197 of the Amended Complaint and, on that basis, denies those allegations.

198.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 198 of the Amended Complaint and, on that basis, denies those allegations.

199.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 199 of the Amended Complaint and, on that basis, denies those allegations.

200.    Paragraph 200 of the Amended Complaint does not contain factual allegations requiring a response from BF Borgers.

201.    BF Borgers admits the allegations in Paragraph 201 of the Amended Complaint.

202.    BF Borgers admits the allegations in Paragraph 202 of the Amended Complaint.

203.    Paragraph 203 of the Amended Complaint does not contain factual allegations requiring a response from BF Borgers.

204.    BF Borgers denies the factual allegations set forth in Paragraph 204 of the Amended Complaint.

205.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 205 of the Amended Complaint and, on that basis, denies those allegations.

206.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 206 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

207. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 207 of the Amended Complaint and, on that basis, denies those allegations.

208. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 208 of the Amended Complaint and, on that basis, denies those allegations.

209. BF Borgers admits that it audited Golden Heaven's financials for the Golden Heaven IPO. BF Borgers states that the audit report speaks for itself and BF Borgers denies any allegations inconsistent with the content of the audit report.

210. Paragraph 210 of the Amended Complaint does not contain factual allegations requiring a response from BF Borgers.

**D.      The Securities Act Substantive Allegations**

**1.      Chinese-Based Amusement Park Company, Golden Heaven, Solicits U.S. Funding for IPO.**

211. BF Borgers admits the factual allegations set forth in Paragraph 211 of the Amended Complaint upon information and belief.

212. BF Borgers admits the factual allegations set forth in Paragraph 212 of the Amended Complaint upon information and belief.

213. BF Borgers admits the factual allegations set forth in Paragraph 213 of the Amended Complaint upon information and belief.

214. The content of the investor presentation speaks for itself and BF Borgers denies any allegations inconsistent with those contents.

215. The "business overview" speaks for itself and BF Borgers denies any allegations inconsistent with the written content of the "business overview."

216. The "March 23 presentation" speaks for itself and BF Borgers denies any allegations inconsistent with the content of that presentation.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

217. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 217 of the Amended Complaint and, on that basis, denies those allegations.

**2.    During the IPO and After, Golden Heaven Touts Strong Demand from Park Guests and Well-Maintained Rides and Attractions at its Six Parks.**

218. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

219. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

220. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

221. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

222. The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

223. The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

224. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

225. BF Borgers admits the factual allegations set forth in Paragraph 225 of the Amended Complaint upon information and belief.

226. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 226 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

**3.    Unknown to U.S. Investors, The Golden Heaven Parks are Largely Empty, With Poorly Maintained Rides and Attractions.**

227.    BF Borgers denies the factual allegations set forth in Paragraph 227 of the Amended Complaint.

228.    BF Borgers denies the factual allegations set forth in Paragraph 228 of the Amended Complaint.

229.    The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

**4.    Unknown to U.S. Investors, The Parties Promoting Golden Heaven's IPO and Financing Have a Shady Record of Performance.**

230.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 230 of the Amended Complaint and, on that basis, denies those allegations.

231.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 231 of the Amended Complaint and, on that basis, denies those allegations.

232.    BF Borgers denies the factual allegations set forth in Paragraph 232 of the Amended Complaint.

233.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 233 of the Amended Complaint and, on that basis, denies those allegations.

234.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 234 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

235.   BF Borgers denies that it has a "checkered history." BF Borgers admits that it was subject to an SEC investigation and that the SEC issued the press release quoted in Paragraph 235 of the Amended Complaint. BF Borgers denies all allegations and/or insinuations of wrongdoing contained in Paragraph 235 of the Amended Complaint and denies any wrongdoing in connection with its work on the Golden Heaven IPO.

236.   BF Borgers admits that it was subject to an SEC investigation and that the SEC issued the press release quoted in Paragraph 236 of the Amended Complaint. BF Borgers denies all allegations and/or insinuations of wrongdoing contained in Paragraph 236 of the Amended Complaint and denies any wrongdoing in connection with its work on the Golden Heaven IPO.

237.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 237 of the Amended Complaint and, on that basis, denies those allegations.

238.   BF Borgers denies the factual allegations set forth in Paragraph 238 of the Amended Complaint.

### 5.     Two Investigations Confirm Golden Heaven's Fraud.

239.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 239 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 239) and, on that basis, denies those allegations.

240.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 240 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 240) and, on that basis, denies those allegations.

241.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 241 of the Amended

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 241) and, on that basis, denies those allegations.

242. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 242 of the Amended Complaint and, on that basis, denies those allegations.

243. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 243 of the Amended Complaint and, on that basis, denies those allegations.

**E.    Materially False and Misleading Statements for the Exchange Act Claims**

244. Paragraph 56 of the Amended Complaint contains legal conclusions to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

245. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

246. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

247. BF Borgers denies the factual allegations set forth in Paragraph 247 of the Amended Complaint.

248. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

249. BF Borgers denies the factual allegations set forth in Paragraph 249 of the Amended Complaint.

250. The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

251. BF Borgers denies the factual allegations set forth in Paragraph 251 of the Amended Complaint.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

252.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

253.   BF Borgers denies the factual allegations set forth in Paragraph 253 of the Amended Complaint.

254.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

255.   BF Borgers denies the factual allegations set forth in Paragraph 255 of the Amended Complaint.

256.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

257.   BF Borgers denies the factual allegations set forth in Paragraph 257 of the Amended Complaint.

258.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

259.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

260.   BF Borgers denies the factual allegations set forth in Paragraph 260 of the Amended Complaint.

261.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

262.   The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

263.   The Offering Documents speak for themselves and BF Borgers denies any allegations inconsistent with the content of those documents.

264.   The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND
JURY TRIAL DEMAND**

265.  BF Borgers denies the factual allegations set forth in Paragraph 265 of the Amended Complaint.

266.  The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

267.  The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

268.  BF Borgers denies the factual allegations set forth in Paragraph 268 of the Amended Complaint.

269.  The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

270.  The Prospectus speaks for itself and BF Borgers denies any allegations inconsistent with the content of the Prospectus.

271.  BF Borgers denies the factual allegations set forth in Paragraph 271 of the Amended Complaint.

**F.    The Registration Statement Failed to Comply with SEC Rules and Regulations and Applicable Accounting Principles.**

272.  BF Borgers denies the factual allegations set forth in Paragraph 272 of the Amended Complaint.

273.  Paragraph 273 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

274.  Paragraph 274 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

275.  Paragraph 275 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

276.    Paragraph 276 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

277.    Paragraph 277 of the Amended Complaint contains legal conclusions and theories to which no response by BF Borgers is required. To the extent a response is required, BF Borgers denies the same.

278.    BF Borgers denies the factual allegations set forth in Paragraph 273 of the Amended Complaint.

**G.    Events and Disclosures Following the Offering**

**1.    Golden Heaven Claims Strong Continued Growth in Park Attendance and Revenue Following the IPO.**

279.    The press release referenced in Paragraph 279 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

280.    BF Borgers denies the factual allegations set forth in Paragraph 280 of the Amended Complaint.

281.    The press release referenced in Paragraph 281 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

282.    BF Borgers denies the factual allegations set forth in Paragraph 282 of the Amended Complaint.

283.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 283 of the Amended Complaint and, on that basis, denies those allegations.

284.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 284 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

285.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 285 of the Amended Complaint and, on that basis, denies those allegations.

286.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 286 of the Amended Complaint and, on that basis, denies those allegations.

287.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 287 of the Amended Complaint and, on that basis, denies those allegations.

288.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 288 of the Amended Complaint and, on that basis, denies those allegations.

289.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 289 of the Amended Complaint and, on that basis, denies those allegations.

290.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 290 of the Amended Complaint and, on that basis, denies those allegations.

291.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 291 of the Amended Complaint and, on that basis, denies those allegations.

292.  BF Borgers denies the factual allegations set forth in Paragraph 292 of the Amended Complaint.

293.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 293 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND
JURY TRIAL DEMAND**

294.   BF Borgers denies the factual allegations set forth in Paragraph 294 of the Amended Complaint.

295.   BF Borgers denies the factual allegations set forth in Paragraph 295 of the Amended Complaint.

### 2.   Hindenburg Research Confirms the Falsity of These Statements

296.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 296 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 296) and, on that basis, denies those allegations.

297.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 297 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 297) and, on that basis, denies those allegations.

298.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 298 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 298) and, on that basis, denies those allegations.

299.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 299 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 299) and, on that basis, denies those allegations.

300.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 300 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 300) and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

301. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 301 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 301) and, on that basis, denies those allegations.

302. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 302 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 302) and, on that basis, denies those allegations.

303. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 303 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 303) and, on that basis, denies those allegations.

304. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 304 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 304) and, on that basis, denies those allegations.

305. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 305 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 305) and, on that basis, denies those allegations.

306. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 306 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 306) and, on that basis, denies those allegations.

307. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 307 of the Amended

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 307) and, on that basis, denies those allegations.

308.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 308 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 308) and, on that basis, denies those allegations.

309.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 309 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 309) and, on that basis, denies those allegations.

310.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 310 of the Amended Complaint (or of the truth of Hindenburg's purported investigative findings referenced in Paragraph 310) and, on that basis, denies those allegations.

311.  BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 311 of the Amended Complaint and, on that basis, denies those allegations.

312.  The press release referenced in Paragraph 312 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

313.  The press release referenced in Paragraph 313 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

314.  The press release referenced in Paragraph 314 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

315.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 315 of the Amended Complaint and, on that basis, denies those allegations.

316.    The press release referenced in Paragraph 316 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

317.    The press release referenced in Paragraph 317 of the Amended Complaint speaks for itself and BF Borgers denies any allegations inconsistent with the content of that press release.

318.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 318 of the Amended Complaint and, on that basis, denies those allegations.

319.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 319 of the Amended Complaint and, on that basis, denies those allegations.

320.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 320 of the Amended Complaint and, on that basis, denies those allegations.

**3.    Plaintiff's Investigative Firm Confirms the Falsity of These Statements.**

321.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 321 of the Amended Complaint and, on that basis, denies those allegations.

322.    BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 322 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

323. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 323 of the Amended Complaint and, on that basis, denies those allegations.

324. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 324 of the Amended Complaint and, on that basis, denies those allegations.

325. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 325 of the Amended Complaint and, on that basis, denies those allegations.

326. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 326 of the Amended Complaint and, on that basis, denies those allegations.

327. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 327 of the Amended Complaint and, on that basis, denies those allegations.

328. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 328 of the Amended Complaint and, on that basis, denies those allegations.

329. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 329 of the Amended Complaint and, on that basis, denies those allegations.

330. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 330 of the Amended Complaint and, on that basis, denies those allegations.

331. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 331 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

332.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 332 of the Amended Complaint and, on that basis, denies those allegations.

333.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 333 of the Amended Complaint and, on that basis, denies those allegations.

334.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 334 of the Amended Complaint and, on that basis, denies those allegations.

335.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 335 of the Amended Complaint and, on that basis, denies those allegations.

336.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 336 of the Amended Complaint and, on that basis, denies those allegations.

337.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 337 of the Amended Complaint and, on that basis, denies those allegations.

338.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 338 of the Amended Complaint and, on that basis, denies those allegations.

339.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 339 of the Amended Complaint and, on that basis, denies those allegations.

340.   BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 340 of the Amended Complaint and, on that basis, denies those allegations.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

341. BF Borgers is without sufficient knowledge or information to form a belief as to the truth of Plaintiff's allegations in Paragraph 341 of the Amended Complaint and, on that basis, denies those allegations.

**H.** **Class Action Allegations for the Securities Act Claims**

342. Paragraph 342 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same.

343. Paragraph 343 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same.

344. Paragraph 344 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same. BF Borgers specifically denies any and all allegations of wrongful conduct or wrongdoing in connection with the Golden Heaven IPO.

345. Paragraph 345 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same.

346. Paragraph 346 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same.

347. Paragraph 347 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

## I.       Claims Under Section 11 of the Securities Act

## COUNT I

## FOR VIOLATIONS OF SECTION 11 OF THE SECURITIES ACT

## AGAINST THE SECURITIES ACT DEFENDANTS

348.   BF Borgers repeats its responses to the above allegations as if fully set forth herein.

349.   Paragraph 349 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same.

350.   BF Borgers denies the factual allegations set forth in Paragraph 350 of the Amended Complaint.

351.   Paragraph 351 of the Amended Complaint contains legal conclusions to which no response is required. To the extent a response is required, BF Borgers denies the same.

352.   BF Borgers denies the factual allegations set forth in Paragraph 352 of the Amended Complaint.

353.   BF Borgers denies the factual allegations set forth in Paragraph 353 of the Amended Complaint.

354.   BF Borgers denies the factual allegations set forth in Paragraph 354 of the Amended Complaint.

355.   BF Borgers denies the factual allegations set forth in Paragraph 355 of the Amended Complaint.

## COUNT II

## FOR VIOLATIONS OF SECTION 15 OF THE SECURITIES ACT

## AGAINST THE SECURITIES ACT DEFENDANTS

356.   BF Borgers repeats its responses to the above allegations as if fully set forth herein.

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

357. Count II of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 357 of the Amended Complaint.

358. Count II of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 358 of the Amended Complaint.

359. Count II of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 359 of the Amended Complaint.

360. Count II of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 360 of the Amended Complaint.

## COUNT III

### FOR VIOLATIONS OF SECTION 12 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT UNDERWRITER DEFENDANTS

361. BF Borgers repeats its responses to the above allegations as if fully set forth herein.

362 Count III of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 362 of the Amended Complaint.

363. Count III of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

extent a response is required, BF Borgers denies the factual allegations in Paragraph 363 of the Amended Complaint.

364.   Count III of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 364 of the Amended Complaint.

365.   Count III of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 365 of the Amended Complaint.

366.   Count III of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 366 of the Amended Complaint.

367.   Count III of Plaintiff's Securities Act causes of action is not being asserted against BF Borgers and, as a result, no response is required by BF Borgers. To the extent a response is required, BF Borgers denies the factual allegations in Paragraph 367 of the Amended Complaint.

368.   BF Borgers expressly denies each and every factual allegation, averment, characterization, or insinuation contained in Plaintiff's Amended Complaint that is not specifically admitted above.

In addition, BF Borgers asserts the following affirmative defenses in response to all of Plaintiff's causes of action and claims against BF Borgers as set forth in the Amended Complaint. BF Borgers reserves the right to amend this answer to include additional affirmative defenses and/or additional factual bases for affirmative defenses stated below to the extent BF Borgers deems such amendments necessary.

- 44 -

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

### (Due Diligence)

BF Borgers performed all required due diligence and, after reasonable investigation, had reasonable grounds to believe and did believe, at the time the Registration Statement became effective, that the statements certified by BF Borgers were true and that there were no omissions or misstatements of materials facts by BF Borgers.

### SECOND AFFIRMATIVE DEFENSE

### (Inability to Trace)

Plaintiff cannot trace the purchase of his shares from the shares issued under the Registration Statement at issue in this action.

### THIRD AFFIRMATIVE DEFENSE

### (Waiver, Estoppel, and Laches)

Plaintiff's claims are barred by the doctrines of waiver, estoppel, and/or laches because, among other reasons, Plaintiff performed no due diligence prior to purchasing his Golden Heaven shares.

### FOURTH AFFIRMATIVE DEFENSE

### (Adoption of Other Affirmative Defenses)

BG Borgers adopts and asserts all other affirmative defenses which have been or will be asserted by all other defendants in this action.

### JURY DEMAND

BF Borgers demands a trial by jury on all disputed issues so triable.

- 45 -

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**

# **PRAYER FOR RELIEF**

BF Borgers respectfully requests the following relief from this Court:

1. For a jury trial on all triable claims in this action;

2. That Plaintiff's Amended Complaint be dismissed with prejudice and that judgment be entered in favor of BF Borgers on all claims against it in this action;

3. That BF Borgers be awarded its costs of suit incurred in its defense of this action; and

4. For such further and other relief as the Court deems just and proper.

Respectfully submitted on April 16, 2025.


/s/ James M. Johnson
James M. Johnson
james@johnsontrial.com

*Attorneys for Defendant*
*BF Borgers CPA PC*

**DEFENDANT BF BORGERS CPA, PC'S ANSWER, AFFIRMATIVE DEFENSES, AND JURY TRIAL DEMAND**