MICHAEL BEST & FRIEDRICH, LLP
Evan S. Strassberg (219336)
esstrassberg@michaelbest.com
Anne T. Freeland (*admitted pro hac vice*)
atfreeland@michaelbest.com
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

Attorneys for Defendant
R.F. Lafferty & Co.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAHUL PATANGE, Individually and on behalf of all others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>GOLDEN HEAVEN GROUP HOLDINGS LTD., QIONG JIN, JINGUANG GONG, BIN CHEN, DAOFU LIN, REVERE SECURITIES LLC, R.F. LAFFERTY & CO., BF BORGERS CPA PC, COGENCY GLOBAL INC., and COLLEEN A. DE VRIES,<br>   Defendants. | Case No. 2:23-cv-10619-HDV-SK<br><br>CLASS ACTION<br><br>**R.F. LAFFERTY & CO.'S CROSSCLAIM AGAINST DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD.**<br><br>**DEMAND FOR JURY TRIAL** |
| R.F. LAFFERTY & CO.,<br><br>   Crossclaim Plaintiff,<br><br>v.<br><br>GOLDEN HEAVEN GROUP HOLDINGS LTD.,<br><br>   Crossclaim Defendant. | |

  Defendant R.L. Lafferty & Co. ("Lafferty"), by and through its counsel of record, submits the following Crossclaim for indemnification against Golden Heaven Group Holdings, LTD. ("Golden Heaven").

1.    Crossclaim Plaintiff R.F. Lafferty & Co., Inc. ("Lafferty") is a New York corporation with its principal place of business located in New York, New York.

2.    Crossclaim Defendant Golden Heaven is a Cayman Islands exempted company with its principal place of business located in China.

3.    Lafferty served as an underwriter in connection with Golden Heaven's initial public offering (the "IPO"), which occurred on or about April 12, 2023.

4.    On or about April 11, 2023, Golden Heaven and Lafferty entered into an Underwriting Agreement relating to the work Lafferty performed in connection with the Golden Heaven IPO.

5.     Pursuant to the Underwriting Agreement, Golden Heaven agreed to indemnify and hold harmless Lafferty, its affiliates, and other related parties

> against any and all loss, liability, claim, damage, and expense whatsoever (including but not limited to any and all legal or other expenses reasonably incurred in investigating, preparing, or defending against any litigation, commenced or threatened, or any claim whatsoever, whether arising out of any action between any of the Underwriter Indemnified Parties and the Company [Golden Heaven] or between any of the Underwriter Indemnified Parties and any third party, or otherwise) to which they or any of them may become subject under the Securities Act, the Exchange Act or any other statute or at common law or otherwise or under the laws of foreign countries (a "**Claim**"), arising out of or based upon any untrue statement or alleged untrue statement of a material fact contained, or the omission or alleged omission therefrom of a material fact required to be stated therein or necessary to make the statements therein, in light of the circumstances under which they were made, not misleading, in (A) the Registration Statement, the Pricing Disclosure Package, any Preliminary Prospectus, the Prospectus, or in any Issuer Free Writing Prospectus or in any Written Testing-the-Waters Communication (as from time to time each may be amended and supplemented); (B) any materials or information provided to investors by, or with the approval of, the Company in connection with the marketing of the Offering, including any "road show" or investor presentations made to investors by the Company (whether in person or electronically); or (C) any application or other document or written communication (in this Section 5, collectively called "application") executed by the Company or based upon written information furnished by the Company in any jurisdiction in order to qualify the Shares under the securities laws thereof or filed with the Commission, any state securities commission or agency, the Exchange or any other national securities exchange; *unless*, with respect to each subsection (A) through (C), such statement or omission was made in reliance upon, and in conformity with, the Underwriters'

2

R.F. LAFFERTY & CO.'S CROSSCLAIM AGAINST DEFENDANT
GOLDEN HEAVEN GROUP HOLDINGS, LTD.

Information.

6.      The lawsuit filed by Plaintiff Rahul Patange ("Plaintiff") asserts a "Claim" against Lafferty as that term is defined in the Underwriting Agreement.

7.      The Underwriting Agreement constitutes a binding, enforceable contract between Golden Heaven and Lafferty.

8.      Although Lafferty denies any liability of any kind to Plaintiff, Lafferty is entitled under the Underwriting Agreement to be indemnified and held harmless in connection with this lawsuit, including, without limitation, (a) the reimbursement of the attorneys' fees and expenses that it has incurred, and will incur, in defending against the lawsuit, whether or not Plaintiff prevails on its claims against Lafferty, and (b) full indemnity for any liability that is ultimately assessed against Lafferty in the lawsuit.

9.      Despite demand, Golden Heaven has failed and refused to reimburse Lafferty for attorneys' fees and costs incurred in defending this action.

10.     Thus, Golden Heaven is in breach of the Underwriting Agreement, as a result of which Lafferty has incurred and will continue to incur damages in an amount to be proven at trial.

11.     This Court has supplemental jurisdiction over this crossclaim under 28 U.S.C. § 1367(a) because it is so related to claims in the action within this Court's original jurisdiction that they form part of the same case or controversy.

WHEREFORE, Lafferty requests relief as follows:

a.   For judgment against Golden Heaven for the attorneys' fees, costs, and expenses it incurs in defending against Plaintiff's claims;

b.   For judgment against Golden Heaven, if and only if any liability is assessed against Lafferty on Plaintiff's claims, in the full amount of any such liability;

c.   For an award of the attorneys' fees, costs, and expenses it incurs in prosecuting this counterclaim; and

d.   For such further relief as the Court deems just.

## DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38, Lafferty demands a trial by jury on all claims for relief for which a jury trial is available.

DATED this 18th day of April 2025.

**MICHAEL BEST & FRIEDRICH, LLP**


/s/ Evan S. Strassberg

Evan S. Strassberg (219336)
esstrassberg@michaelbest.com
650 S. Main Street, Suite 500
Salt Lake City, UT 84101
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

*Counsel for R.F. Lafferty & Co., Ltd.*

4

R.F. LAFFERTY & CO.'S CROSSCLAIM AGAINST DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS, LTD.