HUNTER TAUBMAN FISCHER & LI LLC
Jenny Johnson-Sardella, Esquire
California Bar No. 343174
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel:     (305) 629-1180
Fax:     (305) 629-8099
jsardella@htflawyers.com

*Attorneys for Defendant Golden Heaven Group Holdings Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case. No. 2:23-cv-10619-HDV-SK

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | <u>CLASS ACTION</u><br><br>**DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO R.F. LAFFERTY & CO.'S CROSSCLAIM**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge: Hon. Hernán D. Vera |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | |

Defendant Golden Heaven Group Holdings Ltd. ("Defendant" or "Golden Heaven") hereby answers R.F. Lafferty & Co.'s ("Lafferty") Crossclaim against Golden Heaven ("Crossclaim") (Docket Entry ("D.E.") 125) and admits, denies, and avers as follows:

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO LAFFERTY'S CROSSCLAIM

1

1. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 1, and therefore denies the same.

2. Golden Heaven admits the allegations set forth in paragraph 2.

3. Golden Heaven admits the allegations set forth in paragraph 3.

4. Golden Heaven admits the allegations set forth in paragraph 4.

5. The "Underwriting Agreement" speaks for itself. To the extent the allegations set forth in paragraph 5 are inconsistent with the "Underwriting Agreement," Defendant Golden Heaven denies the same.

6. The "Underwriting Agreement" speaks for itself. To the extent the allegations set forth in paragraph 6 are inconsistent with the "Underwriting Agreement," Defendant Golden Heaven denies the same.

7. The allegations set forth in paragraph 7 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same.

8. The allegations set forth in paragraph 8 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same.

9. The allegations set forth in paragraph 9 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same.

10. The allegations set forth in paragraph 10 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same.

11. The allegations set forth in paragraph 11 are legal conclusions, and therefore do

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO LAFFERTY'S CROSSCLAIM

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same.

### AFFIRMATIVE AND OTHER DEFENSES

As separate defenses to the Crossclaim, and without assuming the burden of proof on matters as to which they have no such burden, Golden Heaven states as follows:

### FIRST AFFIRMATIVE DEFENSE

The Crossclaim fails to state a claim upon which relief may be granted. Lead Plaintiff Rahual Patange, individual and on behalf of all other persons similarly situated (collectively, "Plaintiffs") have not alleged facts sufficient to support a claim that any of the wrongdoing occurred.

### SECOND AFFIRMATIVE DEFENSE

Lafferty's claim is barred, in whole or in part, because Lafferty failed to mitigate their damages.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs and Lafferty were comparatively negligence about the matters alleged in the First Amended Complaint (D.E. 63) and said negligence was the proximate or legal cause of Plaintiffs' and the Lafferty's injuries, if any.

### DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38 Golden Heaven hereby demands a trial by jury as to all issues so triable.

### PRAYER FOR RELIEF

WHEREFORE, Golden Heaven respectfully request that all relief requested in Lafferty's Crossclaim be denied in its entirety, and for such other relief as the Court deems proper.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO LAFFERTY'S CROSSCLAIM

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Dated: May 9, 2025
     Miami, Florida

Respectfully submitted,

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella, Esquire (SBN 343174)
Mark David Hunter, Esquire (Admitted *Pro Hac Vice*)
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel: 305-629-1180
Fax : 347-623-1684
E-Mail : jsardella@htflawyers.com
          mhunter@htflawyers.com

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO LAFFERTY'S CROSSCLAIM

4

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

**PROOF OF SERVICE**

I, hereby certify that on May 9, 2025, I caused the foregoing: DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO LAFFERTY'S CROSSCLAIM to be transmitted electronically to the persons below through the United States District Court, Central District of the State of California's CM/ECF service to the following addresses listed on the CM/ECF website for service:

**Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: lrosen@rosenlegal.com

**Jennifer Pafiti**
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Email: jpafiti@pomlaw.com

**J. Alexander Hood , II**
**Samantha Daniels**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
            sdaniels@pomlaw.com

**Adam E Polk**
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
Email: apolk@girardsharp.com

**Jonathan Peter Hersey**
K&L Gates LLP
1 Park Place 12th Floor
Irvine, CA 92614
Email: jonathan.hersey@klgates.com

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO LAFFERTY'S CROSSCLAIM

Evan S. Strassberg
**Michael Best & Friedrich, LLP**
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Email: esstrassberg@michaelbest.com

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO LAFFERTY'S CROSSCLAIM

6