HUNTER TAUBMAN FISCHER & LI LLC
Jenny Johnson-Sardella, Esquire
California Bar No. 343174
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel:    (305) 629-1180
Fax:    (305) 629-8099
jsardella@htflawyers.com

link 131

*Attorneys for Defendant Golden Heaven Group Holdings Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case. No. 2:23-cv-10619-HDV-SK

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | CLASS ACTION |
| | **[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE** |
| | Judge: Hon. Hernán D. Vera |
| | Hearing Date:  September 9, 2025 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Hearing Time: 10:00a.m. |
| | Courtroom:    5B |

WHEREAS, the Court has considered Jenny Johnson-Sardella's Request for Remote Appearance at the Scheduling Conference currently scheduled for September 9, 2025, at 10:00 a.m. before this Court, as well as the accompanying Declaration of Jenny Johnson-Sardella in Support of the Request for Remote Appearance.

IT IS HEREBY ORDERED THAT:

**[PROPOSED] ORDERE RE: REQUEST FOR REMOTE APPEARANCE**

1

*Hunter Taubman Fischer & Li LLC*
*848 Brickell Avenue, Suite 200*
*Miami, Fl 33131*
*Tel: (305) 629-1180 | FAX: (714) 503-0788*

1.      The Request for Remote Appearance is GRANTED in its entirety. Jenny Johnson-Sardella may appear telephonically at the Scheduling Conference currently scheduled for September 9, 2025, at 10:00 a.m. before this Court.

SO ORDERED.

Dated: ___09/05/_____, 2025
           Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

**[PROPOSED] ORDERE RE: REQUEST FOR REMOTE APPEARANCE**