LINK 132

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | Case No.: 2:23-cv-10619-HDV-SK |
| | **[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE** |
| THIS DOCUMENT RELATES TO *ALL ACTIONS* | Judge: Hon. Hernán D. Vera |
| | Hearing Date: September 9, 2025 |
| | Hearing Time: 10:00 a.m. |
| | Courtroom: 5B |

[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE, CASE NO. 2:23-cv-10619-HDV-SK

WHEREAS, the Court has considered Samantha Daniels's Request for Remote Appearance at the Scheduling Conference currently scheduled for September 9, 2025, at 10:00 a.m. before this Court, as well as the accompanying Declaration of Samantha Daniels in Support of the Request for Remote Appearance.

IT IS HEREBY ORDERED THAT:

The Request for Remote Appearance is GRANTED in its entirety. Samantha Daniels may appear telephonically at the Scheduling Conference currently scheduled for September 9, 2025, at 10:00 a.m. before this Court.

Dated: ___09/05/_____, 2025
          Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE, CASE NO. 2:23-cv-10619-HDV-SK

1