MICHAEL BEST & FRIEDRICH, LLP
Evan S. Strassberg (219336)
esstrassberg@michaelbest.com
Anne T. Freeland  (Pro Hac Vice)
atfreeland@michaelbest.com
650 S. Main Street, Suite 500
Salt Lake City, Utah 84101
Telephone: (801) 833-0500
Facsimile: (801) 931-2500

link 133

Attorneys for Defendant
R.F. Lafferty & Co.

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | Case No. 2:23-CV-10619-HDV-SK <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE |
| THIS DOCUMENT RELATES TO: <br><br> *ALL ACTIONS* | Judicial Officer: Hon. Hernán D. Vera <br><br> Hearing Date: September 9, 2025 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 5B |

WHEREAS, the Court has considered Evan S. Strassberg's Request for Appearance at the Scheduling Conference currently scheduled for September 9, 2025, at 10:00 a.m. before this Court, as well as the accompanying Declaration of Evan S. Strassberg in Support of the Request for Remote Appearance.

IT IS HERBY ORDERED THAT:

1.    The Request for Remote Appearance is GRANTED in its entirety.  Evan S. Strassberg may appear remotely at the Scheduling Conference currently scheduled for September 9, 2025, at 10:10 a.m. before this Court.

SO ORDERED.

Dated: _09/05/_____, 2025
Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

2

[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE