POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Rahul Pantage
and Lead Counsel for the Class*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO *ALL ACTIONS* | Case No. 2:23-cv-10619-HDV-SK<br><br>**LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE THE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:   November 13, 2025<br>Time:   10:00 a.m.<br>Ctrm:  5B, Fifth Floor<br>Judge: Hon. Hernán D. Vera |

## NOTICE OF MOTION & MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on November 13, 2025 at 10:00 a.m. or as soon thereafter as the matter may be heard, before the Honorable Hernán D. Vera, in Courtroom 5B, at 350 West First Street in Los Angeles California, Lead Plaintiff, Rahul Patange ("Lead Plaintiff"), pursuant to Fed. R. Civ. P. 15(a)(2), this Court's Scheduling Conference and Order (ECF 137) entered on September 9, 2025, will and does hereby respectfully move this Court for an entry of an order granting Lead Plaintiff leave to amend its complaint and file the [Proposed] Second Amended Complaint for Violation of the Federal Securities Laws ("Proposed SAC"), submitted herewith in file-ready form as Exhibit 1 and in redlined form compared against the FAC as Exhibit 2.

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and the accompanying Proposed Order, and all other pleadings and papers on file, and upon such other oral and/or documentary matters as may be presented to the Court at or before the hearing of this motion.

Dated:  October 16, 2025          Respectfully submitted,

**POMERANTZ LLP**

*/s/ Samantha Daniels*
Samantha Daniels (admitted *pro hac vice*)
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: 9212) 661-1100

(310) 405-7190
sdaniels@pomlaw.com
jpafiti@pomlaw.com

J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com

*Counsel for Plaintiff*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff*