HUNTER TAUBMAN FISCHER & LI LLC
Jenny Johnson-Sardella, Esquire
California Bar No. 343174
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel:    (305) 629-1180
Fax:    (305) 629-8099
jsardella@htflawyers.com

*Attorneys for Defendant Golden Heaven Group Holdings Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case. No. 2:23-cv-10619-HDV-SK

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | <u>CLASS ACTION</u><br><br>**DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE THE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Judge: Hon. Hernán D. Vera<br>Hearing Date: November 20, 2025<br>Hearing Time: 10:00 a.m.<br>Courtroom: 5B |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that Defendant Golden Heaven Group Holdings Ltd. ("Golden Heaven") respectfully submits this notice in connection with Plaintiffs' Motion

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE THE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**
1

*(Left margin, rotated:)* Hunter Taubman Fischer & Li LLC | 848 Brickell Avenue, Suite 200 | Miami, Fl 33131 | Tel: (305) 629-1180 | FAX: (714) 503-0788

for Leave to Amend Complaint and File the [Proposed] Second Amended Complaint for Violations of the Federal Securities Laws ("Motion to Amend").

On October 16, 2025, Plaintiffs file their Motion to Amend. *See* Docket Entry 138. Defendant Golden Heaven reviewed the Motion to Amend and has determined that it does not oppose the Motion to Amend.

Dated: October 30, 2025
        Miami, Florida

Respectfully submitted,

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella, Esquire (SBN 343174)
Mark David Hunter, Esquire (Admitted *Pro Hac Vice*)
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel: 305-629-1180
Fax : 347-623-1684
E-Mail : jsardella@htflawyers.com
              mhunter@htflawyers.com

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE THE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

2

**PROOF OF SERVICE**

I, hereby certify that on October 30, 2025, I caused the foregoing: **DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE THE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS** to be transmitted electronically to the persons below through the United States District Court, Central District of the State of California's CM/ECF service to the following addresses listed on the CM/ECF website for service:

**Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: lrosen@rosenlegal.com

**Jennifer Pafiti**
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Email: jpafiti@pomlaw.com

**J. Alexander Hood , II**
**Samantha Daniels**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
             sdaniels@pomlaw.com

**Adam E Polk**
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
Email: apolk@girardsharp.com

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE THE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**Jonathan Peter Hersey**
K and L Gates LLP
1 Park Place 12th Floor
Irvine, CA 92614
Email: jonathan.hersey@klgates.com


Evan S. Strassberg
**Michael Best & Friedrich, LLP**
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Email: esstrassberg@michaelbest.com

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

**NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT AND FILE THE [PROPOSED] SECOND AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**