

**Samantha Daniels**
Of Counsel

November 11, 2025

**Via ECF**

Hon. Hernan D. Vera
United States District Judge
U.S.D.C. Central District of California
350 West First Street
Courtroom 5B, Fifth Floor
Los Angeles, CA 90012

      Re:    *Jarrod Parks v. Golden Heaven Group Holdings Ltd. et al.*,
              Case No. 2:23-cv-10619-HDV-SK (C.D.C.A.)

Dear Judge Vera:

I am pleased to report to the Court that Plaintiff and Revere Securities LLC and R.F. Lafferty & Co. (the "Underwriter Defendants") have reached a settlement in principle of this action and the related state court case *Udani Family Living Trust vs. Golden Heaven Group Holdings Ltd. et al*, Index No. 161978/2023, pending at the Supreme Court of the State of New York.

In accordance with the Underwriter Defendants' agreement, the settlement will be presented in the state court—where the first of the cases asserting substantially similar claims against the Defendants was filed. Upon the final approval of the state case, the parties will stipulate to the voluntary dismissal of this action with prejudice. Consequently, we respectfully request that the Court stay this action as to the Underwriter Defendants only pending the finalization of the settlement in the state court.

                                                          Respectfully,

                                                           **POMERANTZ LLP**
                                                           /s/ *Samantha Daniels*
                                                           Samantha Daniels
                                                           *Counsel for Plaintiffs*

cc: All counsel of record (via ECF)

sdaniels@pomlaw.com
600 Third Avenue, New York, NY 10016   Main: 212.661.1100   Direct: 646.581.9993
NEW YORK   CHICAGO   LOS ANGELES   LONDON   PARIS   TEL AVIV
www.pomlaw.com