**POMERANTZ LLP**
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Counsel for Lead Plaintiff Rahul Patange*
*and Lead Counsel for the Class*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | Case No.: 2:23-cv-10619-HDV-SK |
| This Document Relates to: | **CLASS ACTION** |
| *ALL ACTIONS* | JOINT NOTICE OF FORTHCOMING SETTLEMENT AND [PROPOSED] ORDER STAYING PROCEEDINGS <br><br> Judge: Hon. Hernán D. Vera <br><br> Hearing Date: November 20, 2025 <br> Hearing Time: 10:00 a.m. <br> Courtroom: 5B |

STIPULATION AND [PROPOSED] ORDER - 2:23-cv-10619-HDV-SK

The parties hereby notify the Court that Plaintiff and Revere Securities LLC and R.F. Lafferty & Co. (the "Underwriter Defendants") have reached a settlement in principle of this action and the related state court case *Udani Family Living Trust vs. Golden Heaven Group Holdings Ltd. et al*, Index No. 161978/2023, pending at the Supreme Court of the State of New York.

In accordance with the Plaintiff and Underwriter Defendants' agreement, the settlement will be presented in the state court—where the first of the cases asserting substantially similar claims against the Defendants was filed. Upon the final approval of the state case, the parties will stipulate to the voluntary dismissal of this action with prejudice. Consequently, we respectfully request that the Court stay this action as to the Underwriter Defendants only pending the finalization of the settlement in the state court.

**IT IS SO STIPULATED.**

Dated:  November 17, 2025

**POMERANTZ LLP**

| | |
|---|---|
| */s/ Samantha Daniels* | */s/ Evan S. Strassberg* |
| Samantha Daniels | Evan S. Strassberg |
| (admitted *pro hac vice)* | Michael Best and Friedrich LLP |
| Jennifer Pafiti (SBN 282790) | 2750 Cottonwood Pkwy Suite 560 |
| 1100 Glendon Avenue, 15th Floor | Cottonwood Heights, UT 84121 |
| Los Angeles, California 90024 | Telephone: (385) 695-6456 |
| Telephone: (212) 661-1100 | Facsimile:  (801) 931-2500 |
| Facsimile:  (310) 405-7190 | estrassberg@michaelbest.com |
| sdaniels@pomlaw.com | |
| jpafiti@pomlaw.com | Keith J. Wesley |
| | Ellis George LLP |

1

STIPULATION AND [PROPOSED] ORDER - 2:23-cv-10619-HDV-SK

J. Alexander Hood II
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
ahood@pomlaw.com

*Counsel for Plaintiff*

BRONSTEIN, GEWIRTZ &
GROSSMAN, LLC
Peretz Bronstein
(*pro hac vice* application forthcoming)
60 East 42nd Street, Suite 4600
New York, New York 10165
Telephone: (212) 697-6484
Facsimile: (212) 697-7296
peretz@bgandg.com

*Additional Counsel for Plaintiff*

2121 Avenue of the Stars, 30th Floor
Los Angeles, CA 90067
Telephone:  (310) 274-7100
Facsimile:  (31) 275-5967
kwesley@ellisgeorge.com

*Attorneys for Defendants Revere Securities LLC and R.F. Lafferty & Co.*

## ATTESTATION PURSUANT TO L.R. 5-1(h)(3)

I hereby attest that all signatories listed above on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

/s/ Samantha Daniels
Samantha Daniels

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: _____, 2025
        Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER - 2:23-cv-10619-HDV-SK