# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA



IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION

THIS DOCUMENT RELATES TO *ALL ACTIONS*

Case No.: 2:23-cv-10619-HDV-SK

**[PROPOSED]~~ ORDER RE: MOTION FOR LEAVE TO AMEND**

Judge: Hon. Hernán D. Vera

Hearing Date: November 13, 2025
Hearing Time: 10:00 a.m.
Courtroom: 5B

[~~PROPOSED~~] ORDER RE: REQUEST FOR REMOTE APPEARANCE, CASE NO. 2:23-cv-10619-HDV-SK

WHEREAS, the Court, having considered the Plaintiff's Motion for Leave to Amend and the Proposed Second Amended Complaint, as well as the arguments set forth in the accompanying Memorandum of Law;

WHEREAS, the Defendant Golden Heaven Group has filed a notice of non-opposition to that Motion for Leave to Amend, the Court orders as follows:

IT IS HEREBY ORDERED THAT:

The Motion for Leave to Amend is GRANTED in its entirety.

Dated: December 18, 2025
       Los Angeles, California

_____
HONORABLE HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE
CENTRAL DISTRICT OF CALIFORNIA

[PROPOSED] ORDER RE: REQUEST FOR REMOTE APPEARANCE, CASE NO. 2:23-cv-10619-HDV-SK

1