HUNTER TAUBMAN FISCHER & LI LLC
Jenny Johnson-Sardella, Esquire
California Bar No. 343174
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel:    (305) 629-1180
Fax:    (305) 629-8099
jsardella@htflawyers.com

*Attorneys for Defendant Golden Heaven Group Holdings Ltd.*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Case. No. 2:23-cv-10619-HDV-SK

| | |
|---|---|
| IN RE GOLDEN HEAVEN GROUP HOLDINGS LTD. SECURITIES LITIGATION | CLASS ACTION |
| | **DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS; and** |
| | **DEMAND FOR JURY TRIAL** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | Judge: Hon. Hernán D. Vera |

Defendant Golden Heaven Group Holdings Ltd. ("Defendant" or "Golden Heaven") hereby answers Lead Plaintiff Rahul Patange's ("Plaintiff"), individually and on behalf of all other persons similarly situated (collectively, "Plaintiffs"), Second Amended Class Action

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

*Hunter Taubman Fischer & Li LLC*
*848 Brickell Avenue, Suite 200*
*Miami, Fl 33131*
*Tel: (305) 629-1180 | FAX: (714) 503-0788*

Complaint for Violations of the Federal Securities Laws (Docket Entry 150) and admits, denies, and avers as follows:

## I.    VIOLATIONS OF THE EXCHANGE ACT

### A.  The Nature of the Exchange Act Action

1.    The allegations set forth in paragraph 1 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

2.    Golden Heaven admits the allegations set forth in paragraph 2.

3.    Golden Heaven's Offering Documents speak for themselves.  To the extent the allegations set forth in paragraph 3 are inconsistent with Golden Heaven's Offering Documents, Golden Heaven denies the same.  Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in the last sentence of paragraph 3, and therefore denies the same and leaves Plaintiff to his proof.

4.    The allegations set forth in paragraph 4 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

5.    Golden Heaven denies the allegations set forth in the first sentence of paragraph 5, except that Golden Heaven admits that its shares were down 88.99%.  Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 5, and therefore denies the same and leaves Plaintiff to his proof.

6.    Golden Heaven denies the allegations set forth in paragraph 6, and therefore leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

### B.    Jurisdiction and Venue for the Exchange Act Claims

7.    The allegations set forth in paragraph 7 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

8.    The allegations set forth in paragraph 8 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

9.    The allegations set forth in paragraph 9 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

10.    The allegations set forth in paragraph 10 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

### C.    The Exchange Act Parties

11.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 11, and therefore denies the same and leave Plaintiff to his proof.

12.    Golden Heaven admits the allegations set forth in paragraph 12.

13.    Golden Heaven admits the allegations set forth in paragraph 13.

14.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 14, except that Golden Heaven admits Jinzheng Investment held 5,000,000 class A shares and 10,000,000 class B

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND
AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

shares in Golden Heaven as of September 2023.  Golden Heaven therefore denies the remaining allegations in paragraph 14 and leaves the Plaintiff to his proof.

15.    Golden Heaven admits the allegations set forth in paragraph 15.

16.    Golden Heaven admits the allegations set forth in paragraph 16.

17.    Golden Heaven admits the allegations set forth in paragraph 17.

18.    The 2023 Registration Statement speaks for itself.  To the extent the allegations set forth in paragraph 18 are inconsistent with the 2023 Registration Statement, Golden Heaven denies the same and leaves Plaintiff to his proof.  Golden Heaven admits the remaining allegations set forth in paragraph 18.

19.    Golden Heaven admits that Defendant Qingyu Investment Ltd. held 10,000,000 ordinary shares of Golden Heaven at the time of the IPO.  Golden Heaven admits that Xuezheng Chen owns 100% of Qingyu Investment and that the business address is located at Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands.  Golden Heaven denies the remaining allegations set forth in paragraph 19 and leaves Plaintiff to his proof.

20.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 20, and therefore denies the same and leaves Plaintiff to his proof.

21.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 21, and therefore denies the same and leaves Plaintiff to his proof.

22.    The allegations set forth in paragraph 22 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

23.     The allegations set forth in paragraph 23 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

24.     The allegations set forth in paragraph 24 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

25.     Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 25, and therefore denies the same and leaves Plaintiff to his proof.

**D.      The Exchange Act Substantive Allegations**

26.     Golden Heaven admits the allegations set forth in paragraph 26.

27.     Golden Heaven admits the allegations set forth in paragraph 27.

28.     Golden Heaven admits the allegations set forth in paragraph 28.

29.     Golden Heaven admits the allegations set forth in paragraph 29.

30.     Golden Heaven's "Business Overview" speaks for itself.  To the extent the allegations set forth in paragraph 30 of the regarding the parks are inconsistent with the "Business Overview," Defendant Golden Heaven denies the same and leaves Plaintiff to his proof.

31.     Golden Heaven's March 2023 presentation speaks for itself.  To the extent the allegations set forth in paragraph 31 are inconsistent with the March 2023 presentation, Golden Heaven denies the same and leaves Plaintiff to his proof.

32.     Golden Heaven admits the allegations set forth in paragraph 32.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

33.     The April 13, 2023 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 33 are inconsistent with the April 13, 2023 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

34.     The April 13, 2023 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 34 are inconsistent with the April 13, 2023 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

35.     The April 13, 2023 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 35 are inconsistent with the April 13, 2023 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

36.     The April 13, 2023 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 36 are inconsistent with the April 13, 2023 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

37.     The Offering Documents speak for themselves.  To the extent the allegations set forth in paragraph 37 are inconsistent with the Offering Documents, Golden Heaven denies the same and leaves Plaintiff to his proof.

38.     Golden Heaven admits to the quoted language set forth in paragraph 38.  Golden Heaven denies the remaining allegations set forth in paragraph 38 and leaves Plaintiff to his proof.

39.     The April 13, 2023 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 39 are inconsistent with the April 13, 2023 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

40. The June and July 2023 press releases speak for themselves. To the extent the allegations set forth in paragraph 40 are inconsistent with the June and July 2023 press release, Golden Heaven denies the same and leaves Plaintiff to his proof.

41. Golden Heaven admits that its stock increased 320% from the IPO price and that as of November 12, 2023, Golden Heaven reported a market capitalization of $1.2 billion. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 41, and therefore denies the same and leaves Plaintiff to his proof.

42. Golden Heaven denies the allegations set forth in paragraph 42 and leaves Plaintiff to his proof.

43. Golden Heaven denies the allegations set forth in paragraph 43 and leaves Plaintiff to his proof.

44. Golden Heaven denies that the allegations set forth in paragraph 44 are "another confirmation that the parks are wildly overvalued" and leaves Plaintiff to his proof. Golden Heaven admits the remaining allegations set forth in paragraph 44.

45. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in the first sentence of paragraph 45, and therefore denies the same and leaves Plaintiff to his proof. With regard to the remaining allegations set forth in paragraph 45, the Chinese media's 2019 report speaks for itself. To the extent the remaining allegations set forth in paragraph 45 are inconsistent with the Chinese media's 2019 report, Golden Heaven denies the same and leaves Plaintiff to his proof.

46. The Qichacha database speaks for itself. To the extent the allegations set forth in the first sentence of paragraph 46 are inconsistent with the information found on the Qichacha

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

database, Golden Heaven denies the same. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 46, and therefore denies the same and leaves Plaintiff to his proof.

47.     Golden Heaven denies the allegations set forth in paragraph 47, and therefore leaves Plaintiff to his proof.

48.     Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 48, and therefore denies the same and leaves Plaintiff to his proof.

49.     Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 49, and therefore denies the same and leaves Plaintiff to his proof.

50.     Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 50, and therefore denies the same and leaves Plaintiff to his proof.

51.     Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 51, and therefore denies the same and leaves Plaintiff to his proof.

52.     Golden Heaven admits the allegations set forth in the first sentence of paragraph 52. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 52, and therefore denies the same and leaves Plaintiff to his proof.

53.     Golden Heaven denies the allegations set forth in paragraph 53, and therefore leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

54. The November 13, 2023 Hindenburg Research ("Hindenburg") posts on X.com speak for themselves. To the extent the allegations set forth in paragraph 54 are inconsistent with the November 13, 2023 Hindenburg X.com posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

55. Golden Heaven denies the allegations set forth in paragraph 55, and therefore leaves Plaintiff to his proof.

56. Hindenburg's findings speak for themselves. To the extent that the allegations set forth in paragraph 56 are inconsistent with the Hindenburg findings, Golden Heaven denies the same and leaves Plaintiff to his proof. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 56, and therefore denies the same and leaves Plaintiff to his proof.

57. Golden Heaven's statement and press release referenced in paragraph 57, speak for themselves. To the extent the allegations set forth in paragraph 57 are inconsistent with that statement and press release, Golden Heaven denies the same. Golden Heaven admits that its stock closed at $2.32 per share on December 7, 2023. Golden Heaven denies the remaining allegations set forth in paragraph 57, and therefore leaves Plaintiff to his proof.

58. Golden Heaven denies the allegations set forth in paragraph 58, and therefore leaves Plaintiff to his proof.

**E.** **Materially False and Misleading Statements for the Exchange Act Claims**

59. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 59, and therefore denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

60.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 60 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

61.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 61 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

62.     Golden Heaven denies the allegations set forth in the last sentence of paragraph 62.  The remaining allegations set forth in paragraph 62 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

63.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 63 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

64.     The allegations set forth in paragraph 64 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

65.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 65 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

66.     The allegations set forth in paragraph 66 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

67.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 67 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

68.     The allegations set forth in paragraph 68 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

69.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 69 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

70.     The allegations set forth in paragraph 70 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

71.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 71 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

72.     The allegations set forth in paragraph 72 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

73.     The "Products and Services" section speaks for itself.  To the extent that the allegations set forth in paragraph 73 are inconsistent with the "Products and Services" section, Golden Heaven denies the same and leaves Plaintiff to his proof.

74.     Golden Heaven admits the allegations set forth in paragraph 74.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

75. The allegations set forth in paragraph 75 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

76. The April 13 Prospectus speaks for itself. To the extent that the allegations set forth in paragraph 76 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

77. The Offering Documents speak for themselves. To the extent that the allegations set forth in paragraph 77 are inconsistent with the Offering Documents, Golden Heaven denies the same and leaves Plaintiff to his proof.

78. Golden Heaven admits the allegations set forth in paragraph 78.

79. The April 13 Prospectus speaks for itself. To the extent that the allegations set forth in paragraph 79 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

80. The allegations set forth in paragraph 80 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

81. The April 13 Prospectus speaks for itself. To the extent that the allegations set forth in paragraph 81 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

82. The "Capital Investments" section speaks for itself. To the extent that the allegations set forth in paragraph 82 are inconsistent with the "Capital Investments" section, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

83.     The allegations set forth in paragraph 83 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

84.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 84 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

85.     The April 13 Prospectus speaks for itself.  To the extent that the allegations set forth in paragraph 85 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

86.     The allegations set forth in paragraph 86 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

87.     The June 6, 2023 press release speaks for itself.  To the extent that the allegations set forth in paragraph 87 are inconsistent with the June 6, 2023 press release, Golden Heaven denies the same and leaves Plaintiff to his proof.

88.     The allegations set forth in paragraph 88 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

89.     The July 5, 2023 press release speaks for itself.  To the extent that the allegations set forth in paragraph 89 are inconsistent with the July 5, 2023 press release, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

90.    The allegations set forth in paragraph 90 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

91.    Golden Heaven admits the allegations set forth in paragraph 91.

92.    Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 92 are inconsistent with the statements during the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

93.    Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 93 are inconsistent with the statements during the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

94.    CFO Gong's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 94 are inconsistent with the statements during the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

95.    The statements during the Q&A portion of the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 95 are inconsistent with the statements during the Q&A portion of the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

96.    The statements during the Q&A portion of the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

set forth in paragraph 96 are inconsistent with the statements during the Q&A portion of the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

97.     The statements during the Q&A portion of the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 97 are inconsistent with the statements during the Q&A portion of the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

98.     CFO Gong's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 98 are inconsistent with the statements during the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

99.     Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 99 are inconsistent with the statements during the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

100.     The allegations set forth in paragraph 100 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

101.     The October 23, 2023 press release speaks for itself.  To the extent that the allegations set forth in paragraph 101 are inconsistent with the October 23, 2023 press release, Golden Heaven denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

102.    The allegations set forth in paragraph 102 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

103.    The allegations set forth in paragraph 103 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

104.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 104, and therefore denies the same and leaves Plaintiff to his proof.

105.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 105, and therefore denies the same and leaves Plaintiff to his proof.

106.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 106, and therefore denies the same and leaves Plaintiff to his proof.

107.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 107, and therefore denies the same and leaves Plaintiff to his proof.

108.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 108, and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

109.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 106, and therefore denies the same and leaves Plaintiff to his proof.

110.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 110, and therefore denies the same and leaves Plaintiff to his proof.

111.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 111, and therefore denies the same and leaves Plaintiff to his proof.

112.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 112, and therefore denies the same and leaves Plaintiff to his proof.

113.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 113, and therefore denies the same and leaves Plaintiff to his proof.

114.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 114, and therefore denies the same and leaves Plaintiff to his proof.

115.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 115 and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

116.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 116, and therefore denies the same and leaves Plaintiff to his proof.

117.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 117, and therefore denies the same and leaves Plaintiff to his proof.

118.    Golden Heaven admits the allegations set forth in the first sentence of paragraph 118.  Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth that the images of the park were provided by Hindenburg.  Golden Heaven denies the remaining allegations set forth in paragraph 118, and therefore leaves Plaintiff to his proof.

119.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 119, and therefore denies the same and leaves Plaintiff to his proof.

120.    The November 16 Press Release speaks for itself.  To the extent that the allegations set forth in paragraph 120 are inconsistent with the November 16 Press Release, Golden Heaven denies the same.

121.    The November 16 Press Release speaks for itself.  To the extent that the allegations set forth in paragraph 121 are inconsistent with the November 16 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

122.    The November 16 Press Release speaks for itself.  To the extent that the allegations set forth in paragraph 122 are inconsistent with the November 16 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

123. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 123, and therefore denies the same and leaves Plaintiff to his proof.

124. The December 6 Press Release speaks for itself. To the extent that the allegations set forth in paragraph 124 are inconsistent with the December 6 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

125. Defendant Jin's comments in the December 6 Press Release speak for themselves. To the extent that the allegations set forth in paragraph 125 are inconsistent with the statements in the December 6 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

126. Golden Heaven admits that its stock closed at $2.32 per share on December 7, 2023. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 126, and therefore denies the same and leaves Plaintiff to his proof.

127. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 127, and therefore denies the same and leaves Plaintiff to his proof.

128. Golden Heaven admits that its stock closed at $1.36 per share on December 8, 2023, and $1.31 per share on December 11, 2023. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 128, and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

129. The March 6, 2024 form 6-K the Company filed with the SEC speaks for itself. To the extent that the allegations set forth in paragraph 129 are inconsistent with the March 6, 2024 form 6-K, Golden Heaven denies the same.

130. The allegations set forth in paragraph 130 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

**G.** **Plaintiff's Independent Investigation Confirms the Truth**

131. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 131, and therefore denies the same and leaves Plaintiff to his proof.

132. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 132, and therefore denies the same and leaves Plaintiff to his proof.

133. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 133, and therefore denies the same and leaves Plaintiff to his proof.

134. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 134, and therefore denies the same and leaves Plaintiff to his proof.

135. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 135, and therefore denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

136.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 136, and therefore denies the same and leaves Plaintiff to his proof.

137.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 137, and therefore denies the same and leaves Plaintiff to his proof.

138.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 138, and therefore denies the same and leaves Plaintiff to his proof.

139.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 139, and therefore denies the same and leaves Plaintiff to his proof.

140.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 140, and therefore denies the same and leaves Plaintiff to his proof.

141.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 141, and therefore denies the same and leaves Plaintiff to his proof.

142.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 142, and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

143.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 143, and therefore denies the same and leaves Plaintiff to his proof.

144.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 144, and therefore denies the same and leaves Plaintiff to his proof.

145.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 145, and therefore denies the same and leaves Plaintiff to his proof.

146.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 146, and therefore denies the same and leaves Plaintiff to his proof.

147.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 147, and therefore denies the same and leaves Plaintiff to his proof.

148.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 148, and therefore denies the same and leaves Plaintiff to his proof.

149.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 149, and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

150.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 150, and therefore denies the same and leaves Plaintiff to his proof.

151.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 151, and therefore denies the same and leaves Plaintiff to his proof.

**H.      Scienter Allegations for the Exchange Act Claims**

152.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 152, and therefore denies the same and leaves Plaintiff to his proof.

153.    The allegations set forth in paragraph 153 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

154.    The allegations set forth in paragraph 154 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

155.    The allegations set forth in paragraph 155 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

156.    The allegations set forth in paragraph 156 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

157. The allegations set forth in paragraph 157 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

158. The allegations set forth in paragraph 158 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

**I.      Class Action Allegations for the Exchange Act Claims**

159. The allegations set forth in paragraph 159 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

160. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 160, and therefore denies the same and leaves Plaintiff to his proof.

161. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 161, and therefore denies the same and leaves Plaintiff to his proof.

162. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 162, and therefore denies the same and leaves Plaintiff to his proof.

163. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 163, and therefore denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

164.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 164, and therefore denies the same and leaves Plaintiff to his proof.

165.    The allegations set forth in paragraph 165 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

166.    The allegations set forth in paragraph 166 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

167.    The allegations set forth in paragraph 167 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

**J.    Claims Under Section 10(b) and 20(a) of the Exchange Act**

**COUNT I**

**(Violations of Section 10(b) of the Exchange Act and Rule 10b-5 Promulgated Thereunder Against All Defendants)**

168.    Golden Heaven repeats its responses to paragraphs 1 through 167 above as if fully set forth herein.

169.    The allegations set forth in paragraph 169 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

170.    The allegations set forth in paragraph 170 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

171.    The allegations set forth in paragraph 171 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

172.    The allegations set forth in paragraph 172 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

173.    The allegations set forth in paragraph 173 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

174.    The allegations set forth in paragraph 174 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

175.    The allegations set forth in paragraph 175 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

176.    The allegations set forth in paragraph 176 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

177. The allegations set forth in paragraph 177 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

### **COUNT II**

**(Violations of Section 20(a) of the Exchange Act Against the Individual Defendants, Defendant Jinzheng Investment, and Defendant Qingyu Investment)**

178. Golden Heaven repeats its responses to paragraphs 1 through 177 above as if fully set forth herein.

179. The allegations set forth in paragraph 179 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

180. The allegations set forth in paragraph 180 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

181. The allegations set forth in paragraph 181 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

182. The allegations set forth in paragraph 182 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

183. The allegations set forth in paragraph 183 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

## II. VIOLATIONS OF THE SECURITIES ACT

### A. The Nature of the Securities Action

184. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 184, and therefore denies the same and leaves Plaintiff to his proof.

185. Golden Heaven admits the allegations set forth in paragraph 185.

186. Golden Heaven's Offering Documents speak for themselves. To the extent the allegations set forth in paragraph 186 are inconsistent with Golden Heaven's Offering Documents, Golden Heaven denies the same and leaves Plaintiff to his proof.

187. Golden Heaven denies the allegations set forth in paragraph 187, and therefore leaves Plaintiff to his proof.

188. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 188, and therefore denies the same and leaves Plaintiff to his proof.

189. The allegations set forth in paragraph 189 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

### B. Jurisdiction and Venue for the Securities Act Claims

190. The allegations set forth in paragraph 190 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Folden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

191.    The allegations set forth in paragraph 191 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

192.    The allegations set forth in paragraph 192 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

193.    The allegations set forth in paragraph 193 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

### C.    The Securities Act Parties

194.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 194, and therefore denies the same and leave Plaintiff to his proof.

195.    Golden Heaven admits the allegations set forth in paragraph 195.

196.    Golden Heaven admits the allegations set forth in paragraph 196.

197.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 197, except that Golden Heaven admits Jinzheng Investment held 5,000,000 class A shares and 10,000,000 class B shares in Golden Heaven as of September 2023.  Golden Heaven therefore denies the remaining allegations in paragraph 197 and leaves the Plaintiff to his proof.

198.    Golden Heaven admits the allegations set forth in paragraph 198.

199.    Golden Heaven admits the allegations set forth in paragraph 199.

200.    Golden Heaven admits the allegations set forth in paragraph 200.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

201.    The 2023 Registration Statement speaks for itself.  To the extent the allegations set forth in paragraph 18 are inconsistent with the 2023 Registration Statement, Golden Heaven denies the same and leaves Plaintiff to his proof.  Golden Heaven admits the remaining allegations set forth in paragraph 201.

202.    Golden Heaven admits that Defendant Qingyu Investment Ltd. held 10,000,000 ordinary shares of Golden Heaven at the time of the IPO.  Golden Heaven admits that Xuezheng Chen owns 100% of Qingyu Investment and that the business address is located at Craigmuir Chambers, Road Town, Tortola, VG 1110, British Virgin Islands.  Golden Heaven denies the remaining allegations set forth in paragraph 202, and therefore leaves Plaintiff to his proof.

203.    Golden Heaven admits the allegations set forth in the first sentence of paragraph 203.  Golden Heaven denies the remaining allegations set forth in paragraph 203, and therefore leaves Plaintiff to his proof.

204.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 204, and therefore denies the same and leaves Plaintiff to his proof.

205.    Golden Heaven denies the allegations set forth in paragraph 205, and therefore denies the same and leaves Plaintiff to his proof.

206.    Golden Heaven denies the allegations set forth in paragraph 206, and therefore denies the same and leaves Plaintiff to his proof.

207.    Golden Heaven denies the allegations set forth in paragraph 207, and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

208.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 208, and therefore denies the same and leaves Plaintiff to his proof.

209.    Golden Heaven admits the allegations set forth in paragraph 209.

210.    Golden Heaven admits the allegations set forth in paragraph 210.

211.    Golden Heaven admits the allegations set forth in paragraph 211.

212.    The allegations set forth in paragraph 212 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Folden Heaven denies the same and leaves Plaintiff to his proof.

213.    The allegations set forth in paragraph 213 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Folden Heaven denies the same and leaves Plaintiff to his proof.

214.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 214, and therefore denies the same and leaves Plaintiff to his proof.

215.    Golden Heaven admits the allegations set forth in paragraph 215.

216.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 216, and therefore denies the same and leaves Plaintiff to his proof.

217.    Golden Heaven admits the allegations set forth in the first sentence of paragraph 217.  Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in the second sentence of paragraph 217, and

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

therefore denies the same and leaves Plaintiff to his proof. Golden Heaven admits the allegations set forth in the last sentence of paragraph 217.

218.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 218, and therefore denies the same and leaves Plaintiff to his proof.

**D.     The Securities Act Substantive Allegations**

219.    Golden Heaven admits the allegations in paragraph 219.

220.    Golden Heaven admits the allegations in paragraph 220.

221.    Golden Heaven admits the allegations in paragraph 221.

222.    The March 2023 investor presentation speaks for itself.  To the extent the allegations set forth in paragraph 222 are inconsistent with the March 2023 investor presentation, Golden Heaven denies the same.  Golden Heaven denies any remaining allegations set forth in paragraph 222, and therefore leaves Plaintiff to his proof.

223.    The "Business Overview" speaks for itself.  To the extent the allegations set forth in paragraph 223 are inconsistent with the "Business Overview," Golden Heaven denies the same and leaves Plaintiff to his proof.

224.    The March 2023 presentation speaks for itself.  To the extent the allegations set forth in paragraph 224 are inconsistent with the March 2023 presentation, Golden Heaven denies the same and leaves Plaintiff to his proof.

225.    Golden Heaven admits the allegations set forth in paragraph 225.

226.    The April 13, 2023 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 226 are inconsistent with the April 13, 2023 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

227. The April Prospectus speaks for itself. To the extent the allegations set forth in paragraph 227 are inconsistent with the April Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

228. The April Prospectus speaks for itself. To the extent the allegations set forth in paragraph 228 are inconsistent with the April Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

229. The April Prospectus speaks for itself. To the extent the allegations set forth in paragraph 229 are inconsistent with the April Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

230. The Offering Documents speak for themselves. To the extent the allegations set forth in paragraph 230 are inconsistent with the Offering Documents, Golden Heaven denies the same and leaves Plaintiff to his proof.

231. The Offering Documents speak for themselves. To the extent the allegations set forth in paragraph 231 are inconsistent with the Offering Documents, Golden Heaven denies the same and leaves Plaintiff to his proof.

232. The April Prospectus speaks for itself. To the extent the allegations set forth in paragraph 232 are inconsistent with the April Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

233. Golden Heaven admits the allegations set forth in the first sentence of paragraph 233. The June and July 2023 press releases speak for themselves. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof. The August 3, 2023 earnings call speaks for itself. To the extent a response is required, Golden Heaven denies the

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

same and leaves Plaintiff to his proof. Golden Heaven admits the allegations set forth in the last paragraph of 233.

234. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 234, and therefore denies the same and leaves Plaintiff to his proof.

235. The allegations set forth in paragraph 235 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

236. Golden Heaven denies the allegations set forth in paragraph 236, and therefore leaves Plaintiff to his proof.

237. The allegations set forth in paragraph 237 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

238. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 238, and therefore denies the same and leaves Plaintiff to his proof.

239. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 239, and therefore denies the same and leaves Plaintiff to his proof.

240. Golden Heaven denies the allegations set forth in paragraph 240, and therefore leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

241.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 241, and therefore denies the same and leaves Plaintiff to his proof.

242.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 242, and therefore denies the same and leaves Plaintiff to his proof.

243.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 243, and therefore denies the same and leaves Plaintiff to his proof.

244.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 244, and therefore denies the same and leaves Plaintiff to his proof.

245.    Golden Heaven admits the allegations set forth in the first sentence of paragraph 237.  Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 245, and therefore denies the same and leaves Plaintiff to his proof.

246.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 246, and therefore denies the same and leaves Plaintiff to his proof.

247.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 247, and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

248.   Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 248, and therefore denies the same and leaves Plaintiff to his proof.

249.   Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 249, and therefore denies the same and leaves Plaintiff to his proof.

250.   Golden Heaven's statement speaks for itself.  To the extent the allegations set forth in paragraph 242 are inconsistent with Golden Heaven's statement, Golden Heaven denies the same and leaves Plaintiff to his proof.  Golden Heaven admits the allegations set forth in the last paragraph of 242.  Golden Heaven admits its stock closed at $2.32 per share on December 7, 2023.  Golden Heaven denies the remaining allegations set forth in paragraph 250, and therefore leaves Plaintiff to his proof.

251.   Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 251, and therefore denies the same and leaves Plaintiff to his proof.

**E.**     **Materially False and Misleading Statements for the Exchange Act Claims**

252.   Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 252, and therefore denies the same and leaves Plaintiff to his proof.

253.   The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 253 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

254.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 254 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

255.    The allegations set forth in paragraph 255 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

256.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 256 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

257.    The allegations set forth in paragraph 257 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

258.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 258 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

259.    The allegations set forth in paragraph 259 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

260.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 260 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

261.    The allegations set forth in paragraph 261 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

262.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 262 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

263.    The allegations set forth in paragraph 263 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

264.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 264 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

265.    The allegations set forth in paragraph 265 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

266.    The "Products and Services" section speaks for itself.  To the extent the allegations set forth in paragraph 266 are inconsistent with the "Products and Services" section, Golden Heaven denies the same and leaves Plaintiff to his proof.

267.    The "Products and Services" section speaks for itself.  To the extent the allegations set forth in paragraph 267 are inconsistent with the "Products and Services" section, Golden Heaven denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

268.    The allegations set forth in paragraph 268 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

269.    The April Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 269 are inconsistent with the April Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

270.    The Offering Documents speak for themselves.  To the extent the allegations set forth in paragraph 270 are inconsistent with the Offering Documents, Golden Heaven denies the same and leaves Plaintiff to his proof.

271.    Golden Heaven admits the allegations set forth in paragraph 271.

272.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 272 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

273.    The allegations set forth in paragraph 273 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

274.    The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 274 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

275.    The "Capital Investments" section speaks for itself.  To the extent the allegations set forth in paragraph 275 are inconsistent with the "Capital Investments" section, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

276.     The allegations set forth in paragraph 276 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

277.     The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 277 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

278.     The April 13 Prospectus speaks for itself.  To the extent the allegations set forth in paragraph 278 are inconsistent with the April 13 Prospectus, Golden Heaven denies the same and leaves Plaintiff to his proof.

279.     The allegations set forth in paragraph 279 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

### F. The Registration Statement Failed to Comply with SEC Rules and Regulations and Applicable Accounting Principles

280.     The allegations set forth in paragraph 280 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

281.     The allegations set forth in paragraph 281 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

282.     The allegations set forth in paragraph 282 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

283. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 283, and therefore denies the same and leaves Plaintiff to his proof.

284. The 1989 Interpretive Release speaks for itself. To the extent the allegations set forth in paragraph 284 are inconsistent with the 1989 Interpretive Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

285. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 285, and therefore denies the same and leaves Plaintiff to his proof.

286. The allegations set forth in paragraph 286 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

### G. Events and Disclosures Following the Offering

287. The June 6, 2023 press release entitled "Golden Heaven Group Holdings Ltd. Achieves an Approximately 30% Year-over-Year Traffic Growth During China's Labor Day Holiday" speaks for itself. To the extent the allegations set forth in paragraph 287 are inconsistent with the June 6, 2023 press release entitled "Golden Heaven Group Holdings Ltd. Achieves an Approximately 30% Year-over-Year Traffic Growth During China's Labor Day Holiday," Golden Heaven denies the same and leaves Plaintiff to his proof.

288. The allegations set forth in paragraph 288 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

289. The July 5, 2023 press release speaks for itself. To the extent the allegations set forth in paragraph 289 are inconsistent with the July 5, 2023 press release, Golden Heaven denies the same and leaves Plaintiff to his proof.

290. The allegations set forth in paragraph 290 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

291. Golden Heaven admits the allegations set forth in paragraph 291.

292. Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves. To the extent the allegations set forth in paragraph 292 are inconsistent with Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

293. Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves. To the extent the allegations set forth in paragraph 293 are inconsistent with Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

294. CFO Gong's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves. To the extent the allegations set forth in paragraph 294 are inconsistent with CFO Gong's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

295.    The statements during the Q&A portion of the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 295 are inconsistent with the statements during the Q&A portion of the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

296.    The statements during the Q&A portion of the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 296 are inconsistent with the statements during the Q&A portion of the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

297.    The statements during the Q&A portion of the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent that the allegations set forth in paragraph 297 are inconsistent with the statements during the Q&A portion of the First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

298.    CFO Gong's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent the allegations set forth in paragraph 298 are inconsistent with CFO Gong's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

299.    Defendant Jin's statements during the Company's First Half of Fiscal Year 2023 Earnings Conference Call speak for themselves.  To the extent the allegations set forth in paragraph 293 are inconsistent with Defendant Jin's statements during the Company's First

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Half of Fiscal Year 2023 Earnings Conference Call, Golden Heaven denies the same and leaves Plaintiff to his proof.

300.    The allegations set forth in paragraph 300 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

301.    The October 23, 2023 press release entitled "Golden Heaven Group Holdings Ltd. Announces Approximately 10% Year-on-Year Traffic Growth during China's 2023 Mid-Autumn Festival and National Day Holidays" speaks for itself.  To the extent the allegations set forth in paragraph 301 are inconsistent with the October 23, 2023 press release entitled "Golden Heaven Group Holdings Ltd. Announces Approximately 10% Year-on-Year Traffic Growth during China's 2023 Mid-Autumn Festival and National Day Holidays," Golden Heaven denies the same and leaves Plaintiff to his proof.

302.    The allegations set forth in paragraph 302 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

303.    The allegations set forth in paragraph 303 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

304.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 304, and therefore denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

305.    The November 13, 2023 Hindenburg posts speaks for themselves.  To the extent the allegations set forth in paragraph 305 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

306.    The November 13, 2023 Hindenburg posts speaks for themselves.  To the extent the allegations set forth in paragraph 306 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

307.    The November 13, 2023 Hindenburg posts speaks for themselves.  To the extent the allegations set forth in paragraph 307 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

308.    The November 13, 2023 Hindenburg posts speaks for themselves.  To the extent the allegations set forth in paragraph 308 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

309.    The November 13, 2023 Hindenburg posts speaks for themselves.  To the extent the allegations set forth in paragraph 309 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

310.    The November 13, 2023 Hindenburg posts speaks for themselves.  To the extent the allegations set forth in paragraph 310 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

311.    The November 13, 2023 Hindenburg posts speaks for themselves.  To the extent the allegations set forth in paragraph 311 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

312. The November 13, 2023 Hindenburg posts speaks for themselves. To the extent the allegations set forth in paragraph 312 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

313. The November 13, 2023 Hindenburg posts speaks for themselves. To the extent the allegations set forth in paragraph 313 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

314. The November 13, 2023 Hindenburg posts speaks for themselves. To the extent the allegations set forth in paragraph 314 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

315. The November 13, 2023 Hindenburg posts speaks for themselves. To the extent the allegations set forth in paragraph 315 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

316. The November 13, 2023 Hindenburg posts speaks for themselves. To the extent the allegations set forth in paragraph 316 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

317. The November 13, 2023 Hindenburg posts speaks for themselves. To the extent the allegations set forth in paragraph 317 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

318. The November 13, 2023 Hindenburg posts speaks for themselves. To the extent the allegations set forth in paragraph 318 are inconsistent with the November 13, 2023 Hindenburg posts, Golden Heaven denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

319. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 319, and therefore denies the same and leaves Plaintiff to his proof.

320. The November 16, 2023 Press Release speaks for itself. To the extent the allegations set forth in paragraph 320 are inconsistent with the November 16, 2023 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

321. The November 16, 2023 Press Release speaks for itself. To the extent the allegations set forth in paragraph 321 are inconsistent with the November 16, 2023 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

322. The November 16, 2023 Press Release speaks for itself. To the extent the allegations set forth in paragraph 322 are inconsistent with the November 16, 2023 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

323. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 323, and therefore denies the same and leaves Plaintiff to his proof.

324. The December 6, 2023 Press Release speaks for itself. To the extent the allegations set forth in paragraph 324 are inconsistent with the December 6, 2023 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

325. The December 6, 2023 Press Release speaks for itself. To the extent the allegations set forth in paragraph 325 are inconsistent with the December 6, 2023 Press Release, Golden Heaven denies the same and leaves Plaintiff to his proof.

326. Golden Heaven admits that its stock closed at $2.32 per share on December 7, 2023. Golden Heaven is without sufficient knowledge or information upon which to form a

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

belief as to the truth of the remaining allegations set forth in paragraph 326, and therefore denies the same and leaves Plaintiff to his proof.

327. The Bloomberg Article speaks for itself. To the extent the allegations set forth in paragraph 327 are inconsistent with the Bloomberg Article, Golden Heaven denies the same and leaves Plaintiff to his proof.

328. Golden Heaven admits that its stock closed at $1.36 per share on December 8, 2023, and $1.31 per share on December 11, 2023. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the remaining allegations set forth in paragraph 328, and therefore denies the same and leaves Plaintiff to his proof.

329. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 329, and therefore denies the same and leaves Plaintiff to his proof.

330. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 330, and therefore denies the same and leaves Plaintiff to his proof.

331. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 331, and therefore denies the same and leaves Plaintiff to his proof.

332. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 332, and therefore denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

333.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 333, and therefore denies the same and leaves Plaintiff to his proof.

334.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 334, and therefore denies the same and leaves Plaintiff to his proof.

335.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 335, and therefore denies the same and leaves Plaintiff to his proof.

336.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 336, and therefore denies the same and leaves Plaintiff to his proof.

337.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 337, and therefore denies the same and leaves Plaintiff to his proof.

338.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 338, and therefore denies the same and leaves Plaintiff to his proof.

339.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 339, and therefore denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

340. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 340, and therefore denies the same and leaves Plaintiff to his proof.

341. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 341, and therefore denies the same and leaves Plaintiff to his proof.

342. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 342, and therefore denies the same and leaves Plaintiff to his proof.

343. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 343, and therefore denies the same and leaves Plaintiff to his proof.

344. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 344, and therefore denies the same and leaves Plaintiff to his proof.

345. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 345, and therefore denies the same and leaves Plaintiff to his proof.

346. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 346, and therefore denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

347. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 347, and therefore denies the same and leaves Plaintiff to his proof.

348. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 348, and therefore denies the same and leaves Plaintiff to his proof.

349. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 349, and therefore denies the same and leaves Plaintiff to his proof.

**H.  Class Action Allegations for the Securities Act Claims**

350. The allegations set forth in paragraph 350 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

351. The allegations set forth in paragraph 351 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

352. The allegations set forth in paragraph 352 are legal arguments or statements of the law to which no response is necessary.  To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

353. Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of the allegations set forth in paragraph 353, and therefore denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

354. The allegations set forth in paragraph 354 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

355. The allegations set forth in paragraph 355 are legal arguments or statements of the law to which no response is necessary. To the extent a response is required, Golden Heaven denies the same and leaves Plaintiff to his proof.

**I.** **Claims Under Section 11 of the Securities Act**

## COUNT I

**FOR VIOLATIONS OF SECTION 11 OF THE SECURITIES ACT
AGAINST THE SECURITIES ACT DEFENDANTS**

356. Golden Heaven repeats its responses to paragraphs 1 through 355 above as if fully set forth herein.

357. The allegations set forth in paragraph 357 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

358. The allegations set forth in paragraph 358 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

359. Golden Heaven admits the allegations set forth in the first sentence of paragraph 351. The remaining allegations set forth in paragraph 359 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

360. The allegations set forth in paragraph 360 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

361. The allegations set forth in paragraph 361 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

362. The allegations set forth in paragraph 362 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

363. The allegations set forth in paragraph 363 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

## COUNT II

### FOR VIOLATIONS OF SECTION 15 OF THE SECURITIES ACT AGAINST THE SERCURITIES ACT DEFENDANTS

364. Golden Heaven repeats its responses to paragraphs 1 through 363 above as if fully set forth herein.

365. The allegations set forth in paragraph 365 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

366. The allegations set forth in paragraph 366 are legal conclusions, and therefore do not require a response from Golden Heaven. In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

367.    The allegations set forth in paragraph 367 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

368.    The allegations set forth in paragraph 368 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

369.    The allegations set forth in paragraph 369 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

370.    The allegations set forth in paragraph 370 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

## COUNT III

### FOR VIOLATIONS OF SECTION 12 OF THE SECURITIES ACT AGAINST THE SECURITIES ACT UNDERWRITER DEFENDANTS

371.    Golden Heaven repeats its responses to paragraphs 1 through 370 above as if fully set forth herein.

372.    The allegations set forth in paragraph 372 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

373.    The allegations set forth in paragraph 373 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

374.    The allegations set forth in paragraph 374 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

375.    The allegations set forth in paragraph 375 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

376.    Golden Heaven is without sufficient knowledge or information upon which to form a belief as to the truth of allegations set forth in paragraph 376, and therefore denies the same and leaves Plaintiff to his proof.

377.    The allegations set forth in paragraph 377 are legal conclusions, and therefore do not require a response from Golden Heaven.  In the alternative, Golden Heaven denies the same and leaves Plaintiff to his proof.

## II.    PRAYER FOR RELIEF

Golden Heaven denies that Plaintiffs are entitled to any of the relief requested or to any other relief based on the allegations in the Amended Complaint.

## III.    DEMAND FOR TRIAL BY JURY

Golden Heaven reserves the right to challenge Plaintiffs' demand for a jury trial as to any claim for relief or defense for which a jury trial is not available.

## AFFIRMATIVE AND OTHER DEFENSES

As separate defenses to the Amended Complaint, and without assuming the burden of proof on matters as to which they have no such burden, Golden Heaven states as follows:

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

**FIRST AFFIRMATIVE DEFENSE**

The Amended Complaint fails to state any cause of action against the Cogency Defendants upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the facts that Plaintiffs allege were misstated or omitted from the Offering Documents were not material to the investment decisions of a reasonable investor and/or Plaintiffs.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the Offering Documents at issue in the Amended Complaint raised caution about the risks of investing in the securities issued.

**FOURTH AFFIRMAIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Golden Heaven was not the actual or proximate cause of any injury to Plaintiffs or the putative class.

**FIFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because there are intervening and superseding causes of alleged harm, if any, suffered by Plaintiffs and/or the putative class.

**SIXTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' and the putative class's damages, if any, are speculative and thus are not recoverable.

**SEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Plaintiffs and the putative class seek damages that exceed those permitted under federal securities laws and other applicable laws.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

**EIGHTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because they are "without merit" within the meaning of the last sentence of Section 11(e) of the Securities Act.

**NINTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, to the extent that Plaintiffs and the putative class did not acquire their securities pursuant or traceable to the Offering Documents at issue.

**TENTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because Golden Heaven at all times acted with proper justification and in a reasonable and appropriate manner; in good faith; for a fair, honest and lawful reason; and in compliance with legal requirements, including the Securities Act of 1933, and all applicable rules and regulations promulgated thereunder. Golden Heaven acted in good faith and did not directly or indirectly induce any acts constituting the alleged violations or causes of action.

**ELEVENTH AFFIRMATIVE DEFENSE**

Plaintiffs' cause of action under Section 15 of the Securities Act is barred, in whole or in part, because Plaintiffs and the putative class cannot establish the primary liability necessary for a claim for control person liability.

**TWELFTH AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred, in whole or in part, because the putative class period is overbroad and, therefore many of the putative class members are not entitled to any recovery.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

### THIRTEENTH AFFIRMATIVE DEFENSE

Golden Heaven adopt and incorporate by reference herein any applicable affirmative or other defenses asserted or to be asserted by any of the other defendants to the extent that the Golden Heaven may share in such a defense.

### FOURTEENTH DEFENSE

The recovery of damages allegedly incurred by Plaintiffs, if any, is subject to offset in the amount of any benefits, including the amount of any tax benefits, actually received by Plaintiffs.

### FIFTEENTH AFFIRMATIVE DEFENSE

Any recovery of damages allegedly incurred by Plaintiffs or members of the putative class is barred, in whole or in part, by the damages limitations in Section 11(g) of the Securities Act.

### SIXTEENTH AFFIRMATIVE DEFENSE

To the extent that Plaintiffs suffered damages, if at all, such damages must be capped pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(e)(1).

### PRAYER FOR RELIEF

WHEREFORE, Golden Heaven prays for judgment in its favor and against Plaintiffs as follows:

1.      That Plaintiffs take nothing by reason of their complaint and that all claims for relief against Golden Heaven be dismissed with prejudice;

2.      That Golden Heaven be awarded their costs of suit incurred in defense of this action; and

3.      For such other relief as the Court deems proper.

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

## **DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38 Golden Heaven demand a trial by jury on all claims for relief and defenses for which a jury trial is available.

Dated: February 11, 2026
        Miami, Florida

Respectfully submitted,

*/s/ Jenny Johnson-Sardella*

Jenny Johnson-Sardella, Esquire (SBN 343174)
Mark David Hunter, Esquire (Admitted *Pro Hac Vice*)
Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Florida 33131
Tel: 305-629-1180
Fax : 347-623-1684
E-Mail : jsardella@htflawyers.com
           mhunter@htflawyers.com

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

## PROOF OF SERVICE

I, hereby certify that on February 11, 2026, I caused the foregoing: DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO FIRST AMENDED COMPLAINT to be transmitted electronically to the persons below through the United States District Court, Central District of the State of California's CM/ECF service to the following addresses listed on the CM/ECF website for service:

**Laurence M. Rosen**
Rosen Law Firm PA
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Email: lrosen@rosenlegal.com

**Jennifer Pafiti**
Pomerantz LLP
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Email: jpafiti@pomlaw.com

**J. Alexander Hood , II**
**Samantha Daniels**
Pomerantz LLP
600 Third Avenue, 20th Floor
New York, NY 10016
Email: ahood@pomlaw.com
        sdaniels@pomlaw.com

**Adam E Polk**
Girard Sharp LLP
601 California Street Suite 1400
San Francisco, CA 94108
Email: apolk@girardsharp.com

**Jonathan Peter Hersey**
K&L Gates LLP
1 Park Place 12th Floor
Irvine, CA 92614
Email: jonathan.hersey@klgates.com

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

Evan S. Strassberg
**Michael Best & Friedrich, LLP**
2750 East Cottonwood Pkwy, Suite 560
Cottonwood Heights, Utah 84121
Email: esstrassberg@michaelbest.com

*/s/ Jenny Johnson-Sardella*
Jenny Johnson-Sardella

Hunter Taubman Fischer & Li LLC
848 Brickell Avenue, Suite 200
Miami, Fl 33131
Tel: (305) 629-1180 | FAX: (714) 503-0788

DEFENDANT GOLDEN HEAVEN GROUP HOLDINGS LTD'S ANSWER TO SECOND AMENDED COMPLAINT